IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DIAMOND SERVICES CORPORATION,** | § § § § § | |
| Plaintiff | § § | |
| v. | § § | Civil Action No. 3:21-cv-00253-JVB |
| **RLB CONTRACTING, INC., HARBOR DREDGING, INC., and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** | § § § § § § § | |
| Defendant. | § | |

## DEFENDANT RLB CONTRACTING, INC.'S NOTICE OF COMPLIANCE WITH THE COURT'S LOCAL RULE 6 FOR MOTIONS TO DISMISS UNDER RULE 12(b)

Pursuant to Local Rule 6 of the Galveston District Court Rules of Practice, counsel for Defendant RLB Contracting, Inc. ("RLB") has: (1) conferred with counsel for Plaintiff Diamond Services Corporation ("Diamond") on October 25, 2021 about RLB's intention to file a motion to dismiss under Rule 12(b) and the expected bases for such a motion; and (2) informed Diamond's counsel, by letter dated October 26, 2021, of Diamond's right to amend its pleadings under Local Rule 6 of Galveston District Court Rules of Practice and specified in that letter that the amended pleading must be filed within 14 days of the date of the letter. The letter also included a copy of the Galveston District Court Rules of Practice and the grounds for the anticipated motion.

Dated: October 26, 2021

        Respectfully submitted,

        By: */s/ Mark C. Guthrie*
            Mark C. Guthrie
            Texas Bar No. 08636600
            Federal ID No. 6213
            Email: mguthrie@winstead.com
            Cody N. Schneider
            Texas Bar No. 24073595
            Federal ID No. 2228631
            Email: cschneider@winstead.com
            WINSTEAD PC
            600 Travis, Suite 5200
            Houston, Texas 77002-5895
            (713) 650-8400 (telephone)
            (713) 650-2400 (facsimile)
            -and-
            D. Blake Wilson
            State Bar No. 24090711
            Federal ID No. 3515726
            Email: bwilson@winstead.com
            401 Congress Avenue, Suite 2100
            Austin, Texas 78701
            Telephone: (512) 370-2800
            Facsimile: (512) 370-2850

**ATTORNEYS FOR DEFENDANTS RLB CONTRACTING, INC.**

## CERTIFICATE OF SERVICE

 I hereby certify that on October 26, 2021, a true and correct copy of the foregoing was electronically served on:

Harry E. Morse
Martin S. Bohman
BOHMAN MORSE, LLC
400 Poydras Street, Suite 2050
New Orleans, LA 70130
Telephone: (504) 930-4009
Fax: (888) 217-2744
E-mail: harry@bohmanmorse.com
E-mail: martin@bohmanmorse.com
*Attorneys for Plaintiff Diamond Services Corporation*

          */s/ Cody N. Schneider*
          Cody N. Schneider