UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**UNITED STATES OF AMERICA**
For the use and benefit of
**DIAMOND SERVICES CORPORATION**

**CIVIL ACTION NO.: 3:21-cv-00253**

**DISTRICT JUDGE**
**VERSUS**
**HON. JUDGE JEFFREY V BROWN**

**RLB CONTRACTING, INC.;**
**HARBOR DREDGING, INC. and**
**TRAVELERS CASUALTY AND SURETY**
**COMPANY OF AMERICA**

## CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Harbor Dredging, Inc. ("Harbor"), and states that it is a privately owned Mississippi corporation with no parent company, and no publicly-held corporation owns ten percent or more of the company's stock.

THIS the 9th day of November, 2021.

Respectfully submitted,

**HARBOR DREDGING, INC.**

By: /s/ David A. Barfield
    David A. Barfield
    Attorney-in-Charge
    TX Bar No. 24054082
    Federal ID No. 3710182

1

**Of Counsel:**
Biggs, Pettis, Ingram & Solop, PLLC
111 Capitol Building
111 East Capitol Street, Suite 101
Jackson, MS 39201
Telephone: (601) 987-5316
Facsimile:  (601) 987-5316
Email: dbarfield@bpislaw.com
Christopher Solop, Co-Counsel
Email: csolop@bpislaw.com

# CERTIFICATE OF SERVICE

I, David Barfield, attorney for Harbor Dredging, Inc., do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Harry E. Morse
Martin S. Bohman
400 Poydras Street, Suite 2050
New Orleans, LA 70130
Telephone: (504) 930-4009
Fax: (888) 217-2744
E-Mail: Harry@Bohmanmorse.com
E-Mail: Martin@Bohmanmorse.com

***ATTORNEYS FOR PLAINTIFFS***

Cody Nathan Schneider
Winstead PC
600 Travis Street, Suite 5200
Houston, TX  77002
Telephone: (713) 650-2665
Fax: (713) 650-2400
E-Mail: cschneider@winstead.com
***ATTORNEY FOR RLB CONTRACTING, INC.***

Steven Kyle Cannon
Krebs Farley & Dry, PLLC
909 18th Street
Plano, TX  75074
Telephone: (972) 737-2517
Fax: (972) 737-2543
E-Mail: scannon@krebsfarley.com
***ATTORNEY FOR DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA***

THIS the 9th day of November, 2021.

                        By: /s/ David A. Barfield