| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:21-CV-00253 |
|---|---|---|---|

| Diamond Services Corporation |
|---|
| *versus* |
| RLB Contracting, Inc., Harbor Dredging, Inc., and Travelers Casualty and Surety Company of America |

| | |
|---|---|
| Lawyer's Name | J. Megan Daily |
| Firm | Krebs Farley & Dry, PLLC |
| Street | 400 Poydras Street, Suite 2500 |
| City & Zip Code | New Orleans, LA 70130 |
| Telephone & Email | 504-299-3588 |
| Licensed: State & Number | LA 37650 |
| Federal Bar & Number | |

| Name of party applicant seeks to appear for: | Travelers Casualty and Surety Company of America |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/11/2021 | Signed: | /s/ J. Megan Daily |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:           Clerk's signature |

**Order**                    **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                       United States District Judge