IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DIAMOND SERVICES CORPORATION, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.: 3:21-CV-00253 |
| RLB CONTRACTING, INC., HARBOR DREDGING, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § § | |
| Defendants. | § | |

### TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Defendant, Travelers Casualty and Surety Company of America ("Travelers"), submits this motion for leave to file supplemental briefing to accompany their Motion to Dismiss Pursuant to Rule 12(b)(6) in excess of the thirty (30) page limit set by Local Rule 5(f). While Travelers' Rule 12(b)(6) Motion is only four (4) pages in length, Travelers adopts and incorporates by reference the Rule 12(b)(6) Motion [Dkt. 22], filed by its principal, Defendant RLB Contracting, Inc., which is thirty (30) pages.

The Southern District Court of Texas has held that any incorporation of other or additional briefing should be included in the filing's page total. *Curry v. M-I, LLC*, No. 2:18-CV-306, 2020 WL 487318, at *5 (S.D. Tex. Jan. 30, 2020). Therefore, Travelers respectfully moves the Court for leave to exceed the thirty (30) page limit allowed for briefs

under Local Rule 5(f), in order to adequately address Plaintiff's various claims, and to properly assert its defenses.

## PRAYER

Defendant Travelers Casualty and Surety Company of America requests that this Court grant this motion for leave to file its Motion to Dismiss [Dkt. 30] in excess of the page limit by four pages.

    Respectfully submitted,

**KREBS FARLEY & DRY, PLLC**

By: */s/ Steven K. Cannon*
Steven K. Cannon
State Bar No. 24086997
909 18th Street
Plano, TX 75074
(972) 737-2517 Telephone
(972) 737-2543 Facsimile
scannon@krebsfarley.com

Elliot Scharfenberg (admitted *pro hac vice*)
State Bar No. 35304
J. Megan Daily (admitted *pro hac vice*)
State Bar No. 37650
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
(504) 299-3570 Telephone
(504) 299-3583 Facsimile
escharfenberg@krebsfarley.com
mdaily@krebsfarley.com

**ATTORNEYS FOR DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 21st day of January, 2022.

                                            */s/ Steven K. Cannon*
                                            Steven K. Cannon