United States District Court
Southern District of Texas
**ENTERED**
February 08, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of DIAMOND SERVICES CORPORATION, | § § § § | |
| Plaintiff, | § § § | |
| vs. | § § | CIVIL ACTION NO.: 3:21-CV-00253 |
| RLB CONTRACTING, INC., HARBOR DREDGING, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT

On this day, the court considered the defendant Travelers Casualty and Surety Company of America's Motion for Leave to File Excess Pages. Dkt. 29. After considering the motion and pleadings of the parties, the court grants this motion. The court will consider the Rule 12(b)(6) motion filed by the defendant RLB Contracting, Inc. as being incorporated into Travelers' motion.

Signed on Galveston Island this 8th day of February, 2022.

_____
HONORABLE JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE