# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Diamond Services Corporation

v.   Case Number: 3:21−cv−00253

RLB Contracting, Inc., et al.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1613154013?pwd=WDlSYys2Rm05YzJFN1M3bjJLM0owdz09*
Meeting phone number: 646−828−7666
Meeting ID: 161 315 4013
Meeting Password: 071334

United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550

**DATE:** 5/13/2022

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Motion Hearing

RE: Motion for Leave to File Document − #32

Date:   May 10, 2022                                    Nathan Ochsner, Clerk