UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of DIAMOND SERVICES CORPORATION | CIVIL ACTION NO: 3:21-cv-00253 |
| VERSUS | DISTRICT JUDGE HON. JEFFERY V. BROWN |
| RLB CONTRACTING, INC., HARBOR DREDGING, INC., and TRAVLERS CASUALTY AND SURETY COMPANY OF AMERICA | MAGISTRATE JUDGE HON. ANDREW M. EDISON |

## FIRST AMENDED COMPLAINT

Use Plaintiff, DIAMOND SERVICES CORPORATION brings this first supplemental and amended complaint against defendants RLB Contracting, Inc.; Travelers Casualty and Surety Company of America; and Harbor Dredging, Inc, for the sole purpose of adding a Fed. R. Civ. P. 9(h) designation, as follows:

1.

Diamond designates this as an admiralty claim within the meaning of Fed. R. Civ. P. 9(h).

2.

Diamond re-pleads its original Complaint in full.

Respectfully submitted:

**BOHMAN | MORSE, LLC**

/s/Harry E. Morse
HARRY E. MORSE (#31515)
MARTIN S. BOHMAN (#22005)
400 POYDRAS STREET, SUITE 2050
NEW ORLEANS, LA 70130
TELEPHONE: (504) 930-4009
FAX: (888) 217-2744

E-MAIL: HARRY@BOHMANMORSE.COM
E-MAIL: MARTIN@BOHMANMORSE.COM

*Attorneys for Diamond Services Corporation*