# EXHIBIT 1-A

Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
1 of 243

**SOLICITATION NO. W912HY19B0028**

# HOUSTON CHANNEL, TEXAS
# BRADY ISLAND TO HSC TURNING BASIN
# IN HARRIS COUNTY, TEXAS

## PROJECT MANUAL FOR

## PIPELINE DREDGING

**JUNE 2019**



## DEPARTMENT OF THE ARMY
## GALVESTON DISTRICT, CORPS OF ENGINEERS
## P.O. BOX 1229
## GALVESTON, TEXAS

**"INCREASE PROFIT - SUBMIT VECP'S"**

This project was designed by the Galveston District of the U.S. Army Corps of Engineers. The initials or signatures and registration designations of individuals appear on these project documents within the scope of their employment as required by ER 1110-1-8152.

HONZA.WILLIE.J.1231036136  Digitally signed by HONZA.WILLIE.J.1231036136
Date: 2019.06.28 15:34:25 -05'00'

WILLIE J. HONZA, P.E.
CHIEF, ENGINEERING BRANCH

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

## PROJECT TABLE OF CONTENTS

### DIVISION 00 - PROCUREMENT AND CONTRACTING REQUIREMENTS

```
00 00 00          SOLICITATION, OFFER AND AWARD, SF-1442
XXXXXXXXX 45      XXXXXXXXXXXXXXXXXXX SHEET
00 11 00.00 45    BID SCHEDULE
XXX 11 XX 0       INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFERORS


00 45 XX 00       REPRESENTATION AND CERTIFICATIONS
00 72 00          CONTRACT CLAUSES
00 73 00.01 45    SPECIAL CONTRACT REQUIREMENTS, STANDARD
00 73 46          WAGE RATES
```

### DIVISION 01 - GENERAL REQUIREMENTS

```
01 10 00.01 45    NON-REGULATED SPECIAL CONTRACT REQUIREMENTS
01 22 00.10       MEASUREMENT AND PAYMENT
01 32 01.01 45    PROJECT SCHEDULE
01 33 00          SUBMITTAL PROCEDURES
01 35 26.01 45    GOVERNMENTAL SAFETY REQUIREMENTS
01 42 00          SOURCES FOR REFERENCE PUBLICATIONS
01 45 00.15 10    RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE(RMS CM)
01 45 01.00       QUALITY CONTROL
01 50 00.00 45    TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS
01 57 20.00 45    ENVIRONMENTAL PROTECTION
01 58 13.01 45    PROJECT IDENTIFICATION
```

### DIVISION 35 - WATERWAY AND MARINE CONSTRUCTION

```
35 20 23.16 45    PIPELINE DREDGING
35 20 23.33       NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM PIPELINE
                  HYDRAULIC DREDGE
```

-- End of Project Table of Contents --

RLB-0000002

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. W912HY19B0028 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) NEGOTIATED (RFP) | 3. DATE ISSUED 28-Jun-2019 | PAGE OF PAGES 1 OF 45 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. W912HY19C0015 | 5. REQUISITION/PURCHASE REQUEST NO. W45VAK91162545 | 6. PROJECT NO. |
|---|---|---|

| 7. ISSUED BY | CODE | W912HY | 8. ADDRESS OFFER TO (If Other Than Item 7) CODE |
|---|---|---|---|

US ARMY CORP OF ENGINEERS
2000 FORT POINT ROAD
GALVESTON TX 77553

See Item 7

TEL: 409 7663100          FAX: 409 766 3010          TEL:                    FAX:

| 9. FOR INFORMATION CALL: | A. NAME DEBORA L WELLS | B. TELEPHONE NO. 409 766 3943 | (Include area code) (NO COLLECT CALLS) |
|---|---|---|---|

**SOLICITATION**

**NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".**

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS          (Title, identifying no., date):

Maintenance dredging of Houston Ship Channel (HSC) from Brady Island to the Main Turning Basin Pipeline Dredging, issued Unrestricted, Full and Open Competition.

Completion Time: 150 Calendar Days/Estimated Production Rate: 5,000 cy/day.

Estimated magnitude for this effort is between $5,000,000 and $10,000,000.

Per AFARS 5132.702 (a)(ii)(B) "Funds are not presently available for this acquisition. No contract award will be made until appropriated funds are made available."

NAICS Code 237990, Other Heavy and Civil Engineering Construction. SB Size Standard is $27.5M.

11. The Contractor shall begin performance within __10__ calendar days and complete it within __150__ calendar days after receiving
[ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See _____.)

| 12 A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) [X] YES [ ] NO | 12B. CALENDAR DAYS 5 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __1__ copies to perform the work required are due at the place specified in Item 8 by __02:00 PM__ (hour) local time __29 Jul 2019__ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than __60__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212          1442-101          **STANDARD FORM 1442** (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

RLB-0000003

# SOLICITATION, OFFER, AND AWARD (Continued)
*(Construction, Alteration, or Repair)*

**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* 361-552-2104 |
|---|---|
| RLB CONTRACTING, INC.<br>PO BOX 1739<br>PORT LAVACA, TX 77979 | 16. REMITTANCE ADDRESS *(Include only if different than Item 14)*<br><br>See Item 14 |

| CODE 1Q0M3 | FACILITY CODE 555576417 | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirements stated in Item 13D.) Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

**AMOUNTS** SEE SCHEDULE OF PRICES

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation — give number and date of each)*

| AMENDMENT NO. | | | | | |
|---|---|---|---|---|---|
| DATE | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* RANDY L. BOYD, PRESIDENT | 20B. SIGNATURE | 20C. OFFER DATE JULY 29, 2019 |

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

CLINS 0001 - 0004 Total Schedule No. 1 $9,571,200

| 22. AMOUNT $9,571,200 (Estimated) | 23. ACCOUNTING AND APPROPRIATION DATA 096NAX2017312300000CCS:11EM3201708245600778096413320031C9F3325FH<br>096NAX2017312300000CCS:111M3201708245600778096413320031C9F3325FH8 096NAX2018312300000CCS:111M3201808245600778096413320031C9F3325FH8 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM 27 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO ☐ 10 U.S.C. 2304(c) ☐ 41 U.S.C. 253(c) |

| 26. ADMINISTERED BY CODE | 27. PAYMENT WILL BE MADE BY: CODE |
|---|---|
| U.S. Army Corps of Engineers<br>Galveston District Office<br>PO Box 1229<br>Galveston, Texas 77553-1229 | USAED, Finance Center<br>ATTN: CEFC-AO-P 5722<br>Integrity Drive<br>Millington, TN 38054-5000 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications or incorporated by reference in or attached to this contract. | ☒ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* Maria E. Rodriguez |
|---|---|
| 30B. SIGNATURE | 30C. DATE | TEL: (409) 766-6331 EMAIL: Maria.E.Rodriguez@usace.army.mil |
| | | 31B. UNITED STATES OF AMERICA BY RODRIGUEZ.MARIA.E.1 231838984 *Digitally signed by RODRIGUEZ.MARIA.E.1231838984 Date: 2019.09.04 16:24:38 -05'00'* | 31C. AWARD DATE 4-Sep-2019 |

NSN 7540-01-155-3212     **STANDARD FORM 1442 BACK** (REV. 4-85)

RLB-0000004

SOLICITATION NO.:W912HY19B0028

SECTION 00 11 00.00 45

BID SCHEDULE
11/17

PART 1   GENERAL

1.1   BID SCHEDULE

(TO BE ATTACHED TO STANDARD FORM 1442)

1.1.1   Schedule No. 1

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| | | SCHEDULE NO. 1 | | | |
| 0001 | Mobilization and Demobilization | 1 | JOB | SUM | $4,000,000.00 |
| 0002 | Pipeline Management | 1 | JOB | SUM | $1,500,000.00 |
| 0003 | Dredging HSC Sections 1-3 | 335,100 | C.Y. | $   12.00 | $4,021,200.00 |
| 0004 | Removal and Disposal of Tires | 50 | TN | $ 1,000.00 | $   50,000.00 |
| TOTAL SCHEDULE NO. 1 | | | | | $ 9,571,200.00 |

NOTE:  Completion time stated in SECTION 00 73 00.01 45 SPECIAL CONTRACT
REQUIREMENTS, STANDARD is for Schedule No. 1 work.
   -- End of Document --

RLB-0000005

(d) If the successful bidder, upon acceptance of its bid by the Government within the period specified for acceptance, fails to execute all contractual documents or furnish executed bond(s) within 10 days after receipt of the forms by the bidder, the Contracting Officer may terminate the contract for default.-

(e) In the event the contract is terminated for default, the bidder is liable for any cost of acquiring the work that exceeds the amount of its bid, and the bid guarantee is available to offset the difference.

(End of provision)


52.243-4    CHANGES (JUN 2007)

(a) The Contracting Officer may, at any time, without notice to the sureties, if any, by written order designated or indicated to be a change order, make changes in the work within the general scope of the contract, including changes--

(1) In the specifications (including drawings and designs);

(2) In the method or manner of performance of the work;

(3) In the Government-furnished property or services; or

(4) Directing acceleration in the performance of the work.

(b) Any other written or oral order (which, as used in this paragraph (b), includes direction, instruction, interpretation, or determination) from the Contracting Officer that causes a change shall be treated as a change order under this clause; provided, that the Contractor gives the Contracting Officer written notice stating

(1) the date, circumstances, and source of the order and

(2) that the Contractor regards the order as a change order.

(c) Except as provided in this clause, no order, statement, or conduct of the Contracting Officer shall be treated as a change under this clause or entitle the Contractor to an equitable adjustment.

(d) If any change under this clause causes an increase or decrease in the Contractor's cost of, or the time required for, the performance of any part of the work under this contract, whether or not changed by any such order, the Contracting Officer shall make an equitable adjustment and modify the contract in writing.  However, except for an adjustment based on defective specifications, no adjustment for any change under paragraph (b) of this clause shall be made for any costs incurred more than 20 days before the Contractor gives written notice as required.  In the case of defective specifications for which the Government is responsible, the equitable adjustment shall include any increased cost reasonably incurred by the Contractor in attempting to comply with the defective specifications.

(e) The Contractor must assert its right to an adjustment under this clause within 30 days after

(1) receipt of a written change order under paragraph (a) of this clause or (2) the furnishing of a written notice under paragraph (b) of this clause, by submitting to the Contracting Officer a written statement describing the general nature and amount of the proposal, unless this period is extended by the Government.  The statement of proposal for adjustment may be included in the notice under paragraph (b) above.

(f) No proposal by the Contractor for an equitable adjustment shall be allowed if asserted after final payment under this contract.

RLB-0000020

(End of clause)

52.244-2     SUBCONTRACTS (OCT 2010)

(a) Definitions. As used in this clause--

Approved purchasing system means a Contractor's purchasing system that has been reviewed and approved in accordance with Part 44 of the Federal Acquisition Regulation (FAR).

Consent to subcontract means the Contracting Officer's written consent for the Contractor to enter into a particular subcontract.

Subcontract means any contract, as defined in FAR Subpart 2.1, entered into by a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

(b) When this clause is included in a fixed-price type contract, consent to subcontract is required only on unpriced contract actions (including unpriced modifications or unpriced delivery orders), and only if required in accordance with paragraph (c) or (d) of this clause.

(c) If the Contractor does not have an approved purchasing system, consent to subcontract is required for any subcontract that—

(1) Is of the cost-reimbursement, time-and-materials, or labor-hour type; or

(2) Is fixed-price and exceeds—

(i) For a contract awarded by the Department of Defense, the Coast Guard, or the National Aeronautics and Space Administration, the greater of the simplified acquisition threshold or 5 percent of the total estimated cost of the contract; or

(ii) For a contract awarded by a civilian agency other than the Coast Guard and the National Aeronautics and Space Administration, either the simplified acquisition threshold or 5 percent of the total estimated cost of the contract.

(d) If the Contractor has an approved purchasing system, the Contractor nevertheless shall obtain the Contracting Officer's written consent before placing the following subcontracts:

(e)(1) The Contractor shall notify the Contracting Officer reasonably in advance of placing any subcontract or modification thereof for which consent is required under paragraph (b), (c), or (d) of this clause, including the following information:

(i) A description of the supplies or services to be subcontracted.

(ii) Identification of the type of subcontract to be used.

(iii) Identification of the proposed subcontractor.

(iv) The proposed subcontract price.

(v) The subcontractor's current, complete, and accurate certified cost or pricing data and Certificate of Current Cost or Pricing Data, if required by other contract provisions.

RLB-0000021

(vi) The subcontractor's Disclosure Statement or Certificate relating to Cost Accounting Standards when such data are required by other provisions of this contract.

(vii) A negotiation memorandum reflecting—

(A) The principal elements of the subcontract price negotiations;

(B) The most significant considerations controlling establishment of initial or revised prices;

(C) The reason certified cost or pricing data were or were not required;

(D) The extent, if any, to which the Contractor did not rely on the subcontractor's certified cost or pricing data in determining the price objective and in negotiating the final price;

(E) The extent to which it was recognized in the negotiation that the subcontractor's certified cost or pricing data were not accurate, complete, or current; the action taken by the Contractor and the subcontractor; and the effect of any such defective data on the total price negotiated;

(F) The reasons for any significant difference between the Contractor's price objective and the price negotiated; and

(G) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation shall identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

(2) The Contractor is not required to notify the Contracting Officer in advance of entering into any subcontract for which consent is not required under paragraph (c), (d), or (e) of this clause.

(f) Unless the consent or approval specifically provides otherwise, neither consent by the Contracting Officer to any subcontract nor approval of the Contractor's purchasing system shall constitute a determination—

(1) Of the acceptability of any subcontract terms or conditions;

(2) Of the allowability of any cost under this contract; or

(3) To relieve the Contractor of any responsibility for performing this contract.

(g) No subcontract or modification thereof placed under this contract shall provide for payment on a cost-plus-a-percentage-of-cost basis, and any fee payable under cost-reimbursement type subcontracts shall not exceed the fee limitations in FAR 15.404-4(c)(4)(i).

(h) The Contractor shall give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Contractor by any subcontractor or vendor that, in the opinion of the Contractor, may result in litigation related in any way to this contract, with respect to which the Contractor may be entitled to reimbursement from the Government.

(i) The Government reserves the right to review the Contractor's purchasing system as set forth in FAR Subpart 44.3.

(j) Paragraphs (c) and (e) of this clause do not apply to the following subcontracts, which were evaluated during negotiations:

_____

_____

(End of clause)

52.252-2    CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://farsite.hill.af.mil

(End of clause)


252.203-7004  DISPLAY OF HOTLINE POSTERS (OCT 2016)


(a)  Definition. "United States," as used in this clause, means the 50 States, the District of Columbia, and outlying areas.

(b)  Display of hotline poster(s).

(1)(i)  The Contractor shall display prominently the DoD fraud, waste, and abuse hotline poster prepared by the DoD Office of the Inspector General, in effect at time of contract award, in common work areas within business segments performing work under Department of Defense (DoD) contracts.

(ii)  For contracts performed outside the United States, when security concerns can be appropriately demonstrated, the contracting officer may provide the contractor the option to publicize the program to contractor personnel in a manner other than public display of the poster, such as private employee written instructions and briefings.

(2)  If the contract is funded, in whole or in part, by Department of Homeland Security (DHS) disaster relief funds and the work is to be performed in the United States, the DHS fraud hotline poster shall be displayed in addition to the DoD hotline poster. If a display of a DHS fraud hotline poster is required, the Contractor may obtain such poster from—

(i)  DHS Office of Inspector General/MAIL STOP 0305, Attn: Office of Investigations – Hotline, 245 Murray Lane SW, Washington, DC 20528-0305; or

(ii)  Via the internet at https://www.oig.dhs.gov/assets/Hotline/DHS_OIG_Hotline-optimized.jpg.

(c)(1)  The DoD hotline poster may be obtained from: Defense Hotline, The Pentagon, Washington, D.C. 20301-1900, or is also available via the internet at http://www.dodig.mil/hotline/hotline_posters.htm.

(2)  If a significant portion of the employee workforce does not speak English, then the poster is to be displayed in the foreign languages that a significant portion of the employees speak.

(3)  Additionally, if the Contractor maintains a company website as a method of providing information to employees, the Contractor shall display an electronic version of the required poster at the website.

(d)  Subcontracts. The Contractor shall include this clause, including this paragraph (d), in all subcontracts that exceed $5.5 million except when the subcontract is for the acquisition of a commercial item.


(End of clause)

(End of clause)


252.236-7001    CONTRACT DRAWINGS AND SPECIFICATIONS (AUG 2000)

(a) The Government will provide to the Contractor, without charge, one set of contract drawings and specifications, except publications incorporated into the technical provisions by reference, in electronic or paper media as chosen by the Contracting Officer.

(b) The Contractor shall--

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies;

(4) Be responsible for any errors that might have been avoided by complying with this paragraph (b); and

(5) Reproduce and print contract drawings and specifications as needed.

(c) In general--

(1) Large-scale drawings shall govern small-scale drawings; and

(2) The Contractor shall follow figures marked on drawings in preference to scale measurements.

(d) Omissions from the drawings or specifications or the misdescription of details of work that are manifestly necessary to carry out the intent of the drawings and specifications, or that are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work. The Contractor shall perform such details as if fully and correctly set forth and described in the drawings and specifications.

(e) The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | SWG File No. | Number of Drawings |
|---|---|---|
| HOUSTON CHANNEL, TEXAS BRADY ISLAND TO HSC TURNING BASIN IN HARRIS COUNTY, TEXAS | HSC 401-579 | 16 sheets (See Index Of Drawings) |

(End of clause)


252.236-7004    PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DEC 1991)

(a) The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1)        percent of the lump sum price upon completion of the contractor's mobilization at the work site.

(2) The remaining          percent upon completion of demobilization.

(b) The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs (a) (1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(i) Actual mobilization costs at completion of mobilization;

(ii) Actual demobilization costs at completion of demobilization; and

(iii) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph (b)(1) of this clause is not subject to appeal.

RLB-0000029

SECTION TABLE OF CONTENTS

DIVISION 00 - PROCUREMENT AND CONTRACTING REQUIREMENTS

SECTION 00 73 00.01 45

SPECIAL CONTRACT REQUIREMENTS, STANDARD

11/17

PART 1   GENERAL

1.1   COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984) (FAR
      52.211-10)
1.2   LIQUIDATED DAMAGES - CONSTRUCTION (SEPT 2000) (FAR 52.211-12)
1.3   PHYSICAL DATA (APR 1984) (FAR 52.236-4)
1.4   QUANTITY SURVEYS (APR 1984) (FAR 52.236-16)
1.5   LIABILITY (APR 1984) (FAR 28.307-2)
1.6   EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE(MAR 1995)
1.7   (SCR-S-102) CONTRACTOR SUPPLY AND USE OF ELECTRONIC SOFTWARE FOR
      PROCESSING DAVIS-BACON ACT CERTIFIED LABOR PAYROLLS (April 2011)
1.8   PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984) (52.236-1)

PART 2   PRODUCTS (Not Used)


PART 3   EXECUTION  (Not Used)


-- End of Section Table of Contents --

RLB-0000030

SWG FILE NO.:HSC 401-579                    SOLICITATION NO.:W912HY19B0028

SECTION 00 73 00.01 45

SPECIAL CONTRACT REQUIREMENTS, STANDARD
11/17

PART 1   GENERAL

1.1   COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK (APR 1984) (FAR 52.211-10)

The Contractor shall be required to:

(a)   Commence work under this contract within 10 calendar days after the date the Contractor receives the Notice to Proceed;

(b)   Prosecute the work diligently, and

(c)   Complete the entire work ready for use not later than 150 calendar days after the date the Contractor receives the Notice to Proceed.   The time stated for completion shall include final cleanup of the premises.

1.2   LIQUIDATED DAMAGES - CONSTRUCTION (SEPT 2000) (FAR 52.211-12)

(a)   If the Contractor fails to complete the work within the time specified in the contract, the Contractor shall pay liquidated damages to the Government in the amount of $3,527.00 for each calendar day of delay until the work is completed or accepted.

(b)   If the Government terminates the Contractor's right to proceed, liquidated damages will continue to accrue until the work is completed.   These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

1.3   PHYSICAL DATA (APR 1984) (FAR 52.236-4)

Data and information furnished or referred to below is for the Contractor's information.   The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

(a)   The indications of physical conditions on the drawings and in the specifications are the result of site investigations by surveys .

(b)   Weather Conditions.   Under ordinary conditions, the mean tidal range is about one feet.   The height of tide is largely dependent on the force, direction, and duration of the wind.   Strong northerly winds may depress the water surface as much as, and in some instances more than 3 feet below Mean Lower Low Water (MLLW), while southerly winds may raise the water surface as much as, and in some instances more than 5 feet above MLLW.

(c)   Transportation Facilities.   The immediate vicinity is served by railroad, highway, and deep and shallow draft channels.

(d)   Other Information.   Channel traffic consists of (deep draft ships, small boats of various sizes, fishing vessels, ferries, tugs,

DOCUMENT 00 73 00.01 45   Page 2

RLB-0000032

tows consisting of a tug and one or more barges).  Traffic will interfere with dredging operations to some extent.

The general shape of the existing section of channel to be dredged is shown by cross sections on the Contract drawings.

1.4   QUANTITY SURVEYS (APR 1984) (FAR 52.236-16)

(a)   Quantity surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and in place.

(b)   The Government shall conduct the original and final surveys and make the computations based on them.  The Contractor shall conduct the surveys for any periods for which progress payments are requested and make the computations based on these surveys.  All surveys conducted by the Contractor shall be conducted under the direction of the Contracting Officer, unless the Contracting Officer waives this requirement in a specific instance.

(c)   Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records relating to the survey or to the layout of the work to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments.  The Contractor shall retain copies of all such material furnished to the Contracting Officer.

1.5   LIABILITY (APR 1984) (FAR 28.307-2)

(a)   Workmen's compensation and employer's liability.  Contractors are required to comply with applicable Federal and State workers' compensation and occupational disease statutes.  If occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that it would not be practical to require this coverage.  Employer's liability coverage of at least $100,000 shall be required, except in States with exclusive or monopolistic funds that do not permit workers' compensation to be written by private carriers.  (See 28.305(c) for treatment of contracts subject to the Defense Base Act.)

(b)   General liability.

(1)   The contracting officer shall require bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

(2)   Property damage liability insurance shall be required only in special circumstances as determined by the agency.

(c)   Automobile liability.  The contracting officer shall require automobile liability insurance written on the comprehensive form of policy.  The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract.  Policies covering automobiles operated in the United States shall provide coverage of at least $200,000 per person and $500,000 per occurrence for bodily injury and $20,000 per occurrence for property damage.  The amount of

DOCUMENT 00 73 00.01 45   Page 3

RLB-0000033

liability coverage on other policies shall be commensurate with any
legal requirements of the locality and sufficient to meet normal and
customary claims.

(d)  Aircraft public and passenger liability.  When aircraft are used
in connection with performing the contract, the contracting officer
shall require aircraft public and passenger liability insurance.
Coverage shall be at least $200,000 per person and $500,000 per
occurrence for bodily injury, other than passenger liability, and
$200,000 per occurrence for property damage.  Coverage for passenger
liability bodily injury shall be at least $200,000 multiplied by the
number of seats or passengers, whichever is greater.

(e)  Vessel liability.  When contract performance involves use of
vessels, the contracting officer shall require, as determined by the
agency, vessel collision liability and protection and indemnity
liability insurance.

1.6   EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE(MAR 1995)

(a)  This special contract requirement does not apply to terminations.
See 52.249-5000, Basis for Settlement of Proposals, and FAR Part 49.

(b)  Allowable cost for construction and marine plant and equipment in
sound workable condition owned or controlled and furnished by a contractor
or subcontractor at any tier shall be based on actual cost data for each
piece of equipment or groups of similar serial and series for which the
Government can determine both ownership and operating costs from the con-
tractor's accounting records.  When both ownership and operating costs
cannot be determined for any piece of equipment or groups of similar
serial or series equipment from the contractor's accounting records, costs
for that equipment shall be based upon the applicable provisions of EP
1110-1-8, Construction Equipment Ownership and Operating Expense Schedule,
Region VI.  Working conditions shall be considered to be average for
determining equipment rates using the schedule unless specified otherwise
by the contracting officer.  For equipment not included in the schedule,
rates for comparable pieces of equipment may be used or a rate may be
developed using the formula provided in the schedule.  For forward
pricing, the schedule in effect at the time of negotiations shall apply.
For retroactive pricing, the schedule in effect at the time the work was
performed shall apply.

(c)  Equipment rental costs are allowable, subject to the provisions of
FAR 31.105(d)(ii) and  FAR 31.205-36, Rental Costs.  Rates for equipment
rented from an organization under common control, lease-purchase
arrangements, and sale-leaseback arrangements, will be determined using
the schedule, except that actual rates will be used for equipment leased
from an organization under common control that has an established practice
of leasing the same or similar equipment to unaffiliated lessees.

(d)  When actual equipment costs are proposed and the total amount of the
pricing action exceeds the SAT, the contracting officer shall request the
contractor to submit either certified cost or pricing data, or
partial/limited data, as appropriate.  The data shall be submitted on
Standard Form 1411, Contract Pricing Proposal Cover Sheet.

NOTE:  A copy of EP 1110-1-8, "CONSTRUCTION EQUIPMENT OWNERSHIP AND
OPERATING EXPENSE SCHEDULE," is available at the following website:
http://www.publications.usace.army.mil/USACEPublications/EngineerPamphlets.aspx

RLB-0000034

1.7 (SCR-S-102) CONTRACTOR SUPPLY AND USE OF ELECTRONIC SOFTWARE FOR PROCESSING DAVIS-BACON ACT CERTIFIED LABOR PAYROLLS (April 2011)

The contractor is encouraged to use a commercially-available electronic system to process and submit certified payrolls electronically to the Government. The requirements for preparing, processing and providing certified labor payrolls are established by the Davis-Bacon Act as stated in FAR 52.222-8, PAYROLLS AND BASIC RECORDS and FAR 52.222-13, COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS.

If the contractor elects to use an electronic Davis-Bacon payroll processing system, then the contractor shall be responsible for obtaining and providing for all access, licenses, and other services required to provide for receipt, processing, certifying, electronically transmitting to the Government, and storing weekly payrolls and other data required for the contractor to comply with Davis-Bacon and related Act regulations. When the contractor uses an electronic Davis-Bacon payroll system, the electronic payroll service shall be used by the contractor to prepare, process, and maintain the relevant payrolls and basic records during all work under this construction contract and the electronic payroll service shall be capable of preserving these payrolls and related basic records for the required 3 years after contract completion. If the contractor chooses to use an electronic Davis-Bacon payroll system, then the contractor shall obtain and provide electronic system access to the Government, as required to comply with the Davis-Bacon and related Act regulations over the duration of this construction contract. The access shall include electronic review access by the Government contract administration office to the electronic payroll processing system used by the contractor.

The contractor's provision and use of an electronic payroll processing system shall meet the following basic functional criteria: commercially available; compliant with appropriate Davis Bacon Act payroll provisions in the FAR; able to accommodate the required numbers of employees and subcontractors planned to be employed under the contract; capable of producing an Excel spreadsheet-compatible electronic output of weekly payroll records (format at http://rms.usace.army.mil/) for export in an Excel spreadsheet to be imported into the contractor's Quality Control System (QCS) version of Resident Management System (RMS), that in turn shall export payroll data to the Government's Resident Management System (RMS); demonstrated security of data and data entry rights; ability to produce contractor-certified electronic versions of weekly payroll data; ability to identify erroneous entries and track the data/time of all versions of the certified Davis Bacon payrolls submitted to the government over the life of the contract; capable of generating a durable record copy, that is, a CD or DVD and PDF file record of data from the system database at end of the contract closeout. This durable record copy of data from the electronic Davis-Bacon payroll processing system shall be provided to the Government during contract closeout.

All contractor-incurred costs related to the contractor's provision and use of an electronic payroll processing service shall be included in the contractor's price for the overall work under the contract. The costs for Davis-Bacon Act compliance using electronic payroll processing services shall not be a separately bid/proposed or reimbursed item under this contract.

RLB-0000035

SWG FILE NO.:HSC 401-579                    SOLICITATION NO.:W912HY19B0028

1.8   PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984) (52.236-1)

   The Contractor shall perform on the site, and with its own organization,
   work equivalent to at least 60 percent of the total amount of work to be
   performed under the contract.  This percentage may be reduced by a
   supplemental agreement to this contract if, during performing the work,
   the Contractor requests a reduction and the Contracting Officer determines
   that the reduction would be to the advantage of the Government.

PART 2   PRODUCTS (Not Used)

PART 3   EXECUTION   (Not Used)

      -- End of Document --

RLB-0000036

General Decision Number: TX190051 01/04/2019  TX51

Superseded General Decision Number: TX20180075

State: Texas

Construction Type: Heavy Dredging

Counties: Texas Statewide.

DREDGING PROJECTS ALONG THE TEXAS GULF COAST AREA INCLUDING ALL
PUBLIC CHANNELS, HARBORS, RIVERS, TRIBUTARIES AND THE GULF
INTRACOASTAL WATERWAYS


Note: Under Executive Order (EO) 13658, an hourly minimum wage of $10.60 for
calendar year 2019 applies to all contracts subject to the Davis-Bacon Act
for which the contract is awarded (and any solicitation was issued) on or
after January 1, 2015. If this contract is covered by the EO, the contractor
must pay all workers in any classification listed on this wage determination
at least $10.60 per hour (or the applicable wage rate listed on this wage
determination, if it is higher) for all hours spent performing on the
contract in calendar year 2019.  If this contract is covered by the EO and a
classification considered necessary for performance of work on the contract
does not appear on this wage determination, the contractor must pay workers
in that classification at least the wage rate determined through the
conformance process set forth in 29 CFR 5.5(a)(1)(ii) (or the EO minimum wage
rate, if it is higher than the conformed wage rate).  The EO minimum wage
rate will be adjusted annually.  Please note that this EO applies to the
above-mentioned types of contracts entered into by the federal government
that are subject to the Davis-Bacon Act itself, but it does not apply to
contracts subject only to the Davis-Bacon Related Acts, including those set
forth at 29 CFR 5.1(a)(2)-(60). Additional information on contractor
requirements and worker protections under the EO is available at
www.dol.gov/whd/govcontracts.


Modification Number      Publication Date
        0                01/04/2019

*  SUTX1994-001 01/18/1994

                              Rates          Fringes

Derrick Operator.................$  7.25

Dozer Operator...................$  7.25

Dredge 16" and Over
     DECKHAND....................$  7.25
     DREDGE TENDER OPERATOR......$  7.25
     FIREMAN.....................$  7.25
     FIRST ASSISTANT ENGINEER....$  7.25
     LEVERMAN....................$  7.25
     OILER.......................$  7.25
     SECOND ASSISTANT ENGINEER...$  7.25
     SHOREMAN....................$  7.25

RLB-0000038

```
        THIRD ASSISTANT ENGINEER....$  7.25
        TRUCK DRIVER................$  7.25
        WELDER......................$  7.25

Dredge Under 16"
        DECKHAND....................$  7.25
        DREDGE TENDER OPERATOR......$  7.25
        LEVERMAN....................$  7.25
        OILER.......................$  7.25
        WELDER......................$  7.25

Hydraulic Dredging
        FIRST COOK..................$  7.25
        HANDYMAN....................$  7.25
        JANITOR - CABIN PERSON......$  7.25
        MESS PERSON.................$  7.25
        SECOND COOK.................$  7.25

Marsh Buggy Dragline
        OILER.......................$  7.25
        OPERATOR....................$  7.25
```
----------------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation to which
welding is incidental.

================================================================

Note: Executive Order (EO) 13706, Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Davis-Bacon Act for which
the contract is awarded (and any solicitation was issued) on or after January
1, 2017.  If this contract is covered by the EO, the contractor must provide
employees with 1 hour of paid sick leave for every 30 hours they work, up to
56 hours of paid sick leave each year.  Employees must be permitted to use
paid sick leave for their own illness, injury or other health-related needs,
including preventive care; to assist a family member (or person who is like
family to the employee) who is ill, injured, or has other health-related
needs, including preventive care; or for reasons resulting from, or to assist
a family member (or person who is like family to the employee) who is a
victim of, domestic violence, sexual assault, or stalking.  Additional
information on contractor requirements and worker protections under the EO is
available at www.dol.gov/whd/govcontracts.

Unlisted classifications needed for work not included within the scope of the
classifications listed may be added after award only as provided in the labor
standards contract clauses (29CFR 5.5 (a) (1) (ii)).

----------------------------------------------------------------

The body of each wage determination lists the classification and wage rates
that have been found to be prevailing for the cited type(s) of construction
in the area covered by the wage determination. The classifications are listed
in alphabetical order of "identifiers" that indicate whether the particular
rate is a union rate (current union negotiated rate for local), a survey rate
(weighted average rate) or a union average rate (weighted union average
rate).

Union Rate Identifiers

A four letter classification abbreviation identifier enclosed in dotted lines beginning with characters other than "SU" or "UAVG" denotes that the union classification and rate were prevailing for that classification in the survey. Example: PLUM0198-005 07/01/2014. PLUM is an abbreviation identifier of the union which prevailed in the survey for this classification, which in this example would be Plumbers. 0198 indicates the local union number or district council number where applicable, i.e., Plumbers Local 0198. The next number, 005 in the example, is an internal number used in processing the wage determination. 07/01/2014 is the effective date of the most current negotiated rate, which in this example is July 1, 2014.

Union prevailing wage rates are updated to reflect all rate changes in the collective bargaining agreement (CBA) governing this classification and rate.


Survey Rate Identifiers

Classifications listed under the "SU" identifier indicate that no one rate prevailed for this classification in the survey and the published rate is derived by computing a weighted average rate based on all the rates reported in the survey for that classification.  As this weighted average rate includes all rates reported in the survey, it may include both union and non-union rates. Example: SULA2012-007 5/13/2014.  SU indicates the rates are survey rates based on a weighted average calculation of rates and are not majority rates.  LA indicates the State of Louisiana.  2012 is the year of survey on which these classifications and rates are based. The next number, 007 in the example, is an internal number used in producing the wage determination. 5/13/2014 indicates the survey completion date for the classifications and rates under that identifier.

Survey wage rates are not updated and remain in effect until a new survey is conducted.


Union Average Rate Identifiers

Classification(s) listed under the UAVG identifier indicate that no single majority rate prevailed for those classifications; however, 100% of the data reported for the classifications was union data. EXAMPLE: UAVG-OH-0010 08/29/2014. UAVG indicates that the rate is a weighted union average rate. OH indicates the state. The next number, 0010 in the example, is an internal number used in producing the wage determination. 08/29/2014 indicates the survey completion date for the classifications and rates under that identifier.

A UAVG rate will be updated once a year, usually in January of each year, to reflect a weighted average of the current negotiated/CBA rate of the union locals from which the rate is based.


----------------------------------------------------------------
                  WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?

RLB-0000040

This can be:

*  an existing published wage determination
*  a survey underlying a wage determination
*  a Wage and Hour Division letter setting forth a position on
   a wage determination matter
*  a conformance (additional classification and rate) ruling

On survey related matters, initial contact, including requests for summaries
of surveys, should be with the Wage and Hour Regional Office for the area in
which the survey was conducted because those Regional Offices have
responsibility for the Davis-Bacon survey program. If the response from this
initial contact is not satisfactory, then the process described in 2.) and
3.) should be followed.

With regard to any other matter not yet ripe for the formal process described
here, initial contact should be with the Branch of Construction Wage
Determinations.
Write to:

            Branch of Construction Wage Determinations
            Wage and Hour Division
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

2.) If the answer to the question in 1.) is yes, then an interested party
(those affected by the action) can request review and reconsideration from
the Wage and Hour Administrator (See 29 CFR Part 1.8 and 29 CFR Part 7).
Write to:

            Wage and Hour Administrator
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

The request should be accompanied by a full statement of the interested
party's position and by any information (wage payment data, project
description, area practice material, etc.) that the requestor considers
relevant to the issue. 3.) If the decision of the Administrator is not
favorable, an interested party may appeal directly to the Administrative
Review Board (formerly the Wage Appeals Board).
Write to:

            Administrative Review Board
            U.S. Department of Labor
            200 Constitution Avenue, N.W.
            Washington, DC 20210

4.) All decisions by the Administrative Review Board are final.

================================================================

            END OF GENERAL DECISION

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


                        SECTION TABLE OF CONTENTS

                      DIVISION 01 - GENERAL REQUIREMENTS

                          SECTION 01 10 00.01 45

                  NON-REGULATED SPECIAL CONTRACT REQUIREMENTS



     PART 1   GENERAL

       1.1   HARBOR MAINTENANCE FEE (1 SEP 1995)(EAL 88-1)

     PART 2   PRODUCTS (Not Used)


     PART 3   EXECUTION   (Not Used)


     -- End of Section Table of Contents --

RLB-0000042

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION 01 10 00.01 45

NON-REGULATED SPECIAL CONTRACT REQUIREMENTS

PART 1   GENERAL

1.1   HARBOR MAINTENANCE FEE (1 SEP 1995)(EAL 88-1)

Offerors contemplating use of U.S. ports in the performance of this
Contract are subject to paying a harbor maintenance fee on cargo.  Federal
law establishes an ad valorem port use fee on commercial cargo imported
into or exported from various U.S. ports.  The fee is 0.125 percent
(.00125).  Cargo to be used in performing work under Contracts with the
U.S. Government is not exempt from the fee, although certain exemptions do
exist.  Offerors are responsible for ensuring that the applicable fee and
associated costs are taken into consideration in the preparation of their
offers.  Failure to pay the harbor maintenance fee may result in
assessment of penalties by the U.S. Customs and Border Protection.

The statute is at Title 26 U.S. Code sections 4461 and 4462.  Department
of Treasury U.S. Customs and Border Protection regulations implementing
the statute, including a list of ports subject to the fee, are found at 19
CFR Section 24.24, Harbor Maintenance Fee.  Additional information may be
obtained from local U.S. Customs and Border Protection offices or by
writing to the Director, Budget Division, Office of Finance, Room 6328,
U.S. Customs and Border Protection, 1301 Constitution Avenue, N.W.,
Washington, D.C. 20229.

PART 2   PRODUCTS (Not Used)

PART 3   EXECUTION  (Not Used)

        -- End of Section --

RLB-0000044

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 22 00.10

MEASUREMENT AND PAYMENT

PART 1    GENERAL

  1.1    SUBMITTALS
  1.2    LUMP SUM (JOB) PAYMENT ITEMS
    1.2.1    Mobilization and Demobilization
      1.2.1.1    Payment
      1.2.1.2    Unit of Measure
    1.2.2    Pipeline Management
      1.2.2.1    Payment
      1.2.2.2    Unit of Measure
  1.3    UNIT PRICE PAYMENT ITEMS
    1.3.1    Dredging
      1.3.1.1    Payment
      1.3.1.2    Dredging Partial Payment
      1.3.1.3    Measurement
      1.3.1.4    Government Surveys
      1.3.1.5    Surveys During Progress of Work
      1.3.1.6    Unit of Measurement
    1.3.2    Removal and Disposal of Tires
      1.3.2.1    Payment
      1.3.2.2    Measurement
      1.3.2.3    Unit of Measure

PART 2    PRODUCTS (Not Used)


PART 3    EXECUTION (Not Used)


-- End of Section Table of Contents --

RLB-0000046

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION 01 22 00.10

MEASUREMENT AND PAYMENT


PART 1   GENERAL

1.1   SUBMITTALS

   Government approval is required for submittals with a "G" designation;
   submittals not having a "G" designation are for information only.  When
   used, a designation following the "G" designation identifies the office
   that will review the submittal for the Government.  Submit the following
   in accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES:

      SD-02 Shop Drawings

         Surveys; G

      SD-07 Certificates

         Certified Weight Scale Tickets; G

          Submit certified weight certificates for tires removed and
          disposed.

1.2   LUMP SUM (JOB) PAYMENT ITEMS

   Payment items for the work of this Contract for which Contract lump sum
   payments will be made are listed in the BID SCHEDULE and specified below.
   All costs for items of work, which are not specifically mentioned to be
   included in a particular lump sum or unit price payment item, are included
   in the listed lump sum item most closely associated with the work
   involved.  The lump sum price and payment made for each item listed
   constitutes full compensation for furnishing plant, labor, materials, and
   equipment, and performing any associated Contractor Quality Control,
   administrative requirements, environmental protection, meeting safety
   requirements, tests and reports, and for performing all work required for
   which separate payment is not otherwise provided.

1.2.1   Mobilization and Demobilization

1.2.1.1   Payment

   The Contract price for "Mobilization and Demobilization" will include the
   costs in connection with mobilization and demobilization of the plant
   necessary to perform work under the various bid items.  The Contract price
   shall include transportation and other costs incidental to delivery of the
   plant and other equipment to the general work area in condition ready for
   operation and, after the completion of the work, for removal of the plant
   and equipment from the work site(s).  Payment for mobilization and
   demobilization will be pursuant to the conditions as defined in the
   SECTION 00 72 00 CONTRACT CLAUSES.

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.2.1.2    Unit of Measure

  Unit of measure:  Job.

1.2.2    Pipeline Management

1.2.2.1    Payment

  Payment for "Pipeline Management" will be made for costs associated with
  laying, handling of dredge pipelines, from the dredge to the Placement
  Area, procurement of materials, and for construction of ramps or
  installation of culvert pipes that may be necessary in connection with
  placing and removal of pipeline and final clean up of pipeline route.
  Monthly partial payments will be based on the estimates of work completed
  during the period up to 80 percent of the Contract price and the remaining
  20 percent will be paid in the first monthly partial payment after removal
  of the pipeline and the final clean-up of the pipeline route.

1.2.2.2    Unit of Measure

  Unit of measure:  Job.

1.3    UNIT PRICE PAYMENT ITEMS

  Payment items for the work in this Contract on which the Contract unit
  price payments will be made are listed in the BID SCHEDULE and specified
  below.  The unit price and payment made for each item listed constitutes
  full compensation for furnishing all plant, labor, materials, and
  equipment, and performing any associated Contractor Quality Control,
  administrative requirements, environmental protection, meeting safety
  requirements, tests and reports, and for performing all work required for
  each of the unit price items.

1.3.1    Dredging

1.3.1.1    Payment

  Payment for "Dredging HSC Sections 1-3" in Schedule No. 1, will be made
  for costs associated with the removal of dredged material, transportation,
  and the National Dredging Quality Management Program for the pipeline
  dredge.

1.3.1.2    Dredging Partial Payment

  Partial payment will be based on approximate quantities determined by
  fathometer soundings or sweepings taken behind the dredge.  The Contractor
  may use its own hydrographic surveys to determine quantities for pay
  requests, but final quantities will be based on Government Before-Dredging
  and After-Dredging surveys.

1.3.1.3    Measurement

  The material removed will be measured by cubic yard in place, by means of
  soundings taken before and after dredging.  The total quantity of dredged
  material will be the theoretical quantity between the bottom surface shown
  by fathometer soundings of the last survey made "before-dredging" and the
  bottom surface shown by the fathometer soundings of a survey made
  "after-dredging", within the limits of the overdepth and side and end
  slopes, less deductions that may be required for misplaced material.

#### 1.3.1.4   Government Surveys

The Government will use the tide staffs shown on the drawings for vertical control.  Real Time Kinematic (RTK) or Virtual Reference Station (VRS) will not be used.  Differential Global Positioning System (DGPS) will be used for horizontal control.

Processing survey data will be performed with HYPACK 2016 software using the Kingfisher Method (updated 5/6/2016).  Volumes will be computed by average end area using cross sectional survey lines.  Before and After Dredge cross sections will be run on 100-foot stations and at changes in the template.  If the Contractor elects to use HYPACK 2016 software, the Government will provide the survey line files for the Contractor's use.

#### 1.3.1.5   Surveys During Progress of Work

Contract depth will be determined by surveys taken behind the dredge as work progresses.  The Contractor shall take progress soundings or sweepings and submit drawings of the surveys.

#### 1.3.1.6   Unit of Measurement

Unit of measure:  cubic yard.

#### 1.3.2   Removal and Disposal of Tires

#### 1.3.2.1   Payment

Payments for removal and disposal of tires, will be made at the Contract unit price for "Removal and Disposal of Tires", in Schedule No. 1.  No separate payment will be made for removal of other debris encountered in the federal channel.

#### 1.3.2.2   Measurement

Measurement will be per short ton of 2,000 lbs based on receipt of certified weight scale tickets for tires actually removed.

#### 1.3.2.3   Unit of Measure

Unit of measure: Ton

PART 2    PRODUCTS (Not Used)

PART 3    EXECUTION (Not Used)

-- End of Section --

RLB-0000050

Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
52 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 32 01.01 45

PROJECT SCHEDULE


PART 1   GENERAL

   1.1   SUBMITTALS
   1.2   QUALITY ASSURANCE

PART 2   PRODUCTS (Not Used)


PART 3   EXECUTION

   3.1   GENERAL REQUIREMENTS
      3.1.1   Approved Project Schedule
      3.1.2   Updated Progress Schedule
      3.1.3   Default Terms
   3.2   BASIS FOR PAYMENT AND COST LOADING
   3.3   PROJECT SCHEDULE DETAILED REQUIREMENTS

-- End of Section Table of Contents --

RLB-0000052

SWG FILE NO.: HSC 401-579                         SOLICITATION NO.: W912HY19B0028


SECTION 01 32 01.01 45

PROJECT SCHEDULE


PART 1    GENERAL

1.1    SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with the SECTION 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

    Project Schedule; G

        Submit to the Contracting Officer no later than 10 calendar days
    after acknowledgement of the Notice To Proceed.

1.2    QUALITY ASSURANCE

Designate an authorized representative to be responsible for the
preparation of the Schedule and the required updating (activity status)
and preparation of reports.  The authorized representative is to be
experienced in scheduling projects similar in nature and complexity to
this project and be experienced in the use of the scheduling software that
meets the requirements of this specification.

PART 2    PRODUCTS (Not Used)

PART 3    EXECUTION

3.1    GENERAL REQUIREMENTS

Prepare for approval a Project Schedule, as specified herein, pursuant to
FAR Clause 52.236-15, SCHEDULE FOR CONSTRUCTION CONTRACTS.  Show in the
schedule the proposed sequence to perform the work and dates contemplated
for starting and completing all schedule activities.  The scheduling of
the entire project, including the design and construction sequences, is
required.  The scheduling of dredging is the responsibility of the
Contractor.  Contractor management personnel is to actively participate in
its development.  Subcontractors and suppliers working on the project are
to also contribute in developing and maintaining an accurate Project
Schedule.  Provide a Schedule that is forward planning and is a project
monitoring tool.

3.1.1    Approved Project Schedule

The approved Project Schedule will be used to measure the progress of the
work and to aid in evaluating time extensions.  The Schedule will depict
activity durations, be based on the percentage of physical completion,
and  provide the basis for progress payments. Use ENG Form 2454 or
equivalent produced by a scheduling program to depict the Progress

RLB-0000054

Schedule and ensure that the Schedule conforms with the requirements
outlined in the FAR 52.236-15 SCHEDULES FOR CONSTRUCTION CONTRACTS.
Schedule will show anticipated earnings per Contract Line Item Number
(CLIN) for each pay period, and total earnings per pay period.  If the
Contractor fails to submit a schedule within the time prescribed, the
Contracting Officer may withhold approval of progress payments until the
Contractor submits the required Schedule.  Once approved, the Contractor
may not change the schedule for any reason without permission from the
Contracting Officer or the ACO.

3.1.2   Updated Progress Schedule

Provide an updated Progress Schedule on at least a monthly basis and
submit this updated Schedule along with the monthly pay request.  The
Government may request the Contractor to provide the Government with an
updated Schedule as a result of a change in order of work, activity
sequences, or activity duration prior to the monthly pay request.  If, in
the opinion of the Contracting Officer, the Contractor falls behind the
approved Schedule, the Contractor will take steps necessary to improve its
progress including those that may be required by the Contracting Officer,
without additional cost to the Government and submit an updated Progress
Schedule to the Government.  In this circumstance, the Contracting Officer
may require the Contractor to increase the number of shifts, overtime
operations, days of work, or the amount of construction plant, and to
submit for approval supplementary Schedule or Schedules as the Contracting
Officer deems necessary to demonstrate how the approved rate of progress
will be regained.

3.1.3   Default Terms

Failure of the Contractor to comply with the requirements of the Contract
will be grounds for a determination, by the Contracting Officer, that the
Contractor is not prosecuting the work with sufficient diligence to ensure
completion within the time specified in this Contract.  Upon making this
determination, the Contracting Officer may terminate the Contractor's
right to proceed with the work, or separable parts of it, in accordance
with the default terms of the Contract.

3.2   BASIS FOR PAYMENT AND COST LOADING

The schedule is the basis for determining Contract earnings during each
update period and therefore the amount of each progress payment.  Lack of
an approved Schedule update, or qualified scheduling personnel, will
result in the inability of the Contracting Officer to evaluate Contract
earned value for the purposes of payment.  Failure of the Contractor to
provide required information will result in the disapproval of the
preliminary, initial, and subsequent Schedule updates.  If Schedule
revisions are directed by the Contracting Officer and those revisions have
not been included in subsequent revisions or updates, the Contracting
Officer may hold retainage up to the maximum allowed by this Contract,
each payment period, until revisions to the Project Schedule have been
made.  Activity cost loading shall be reasonable, as determined by the
Contracting Officer.

3.3   PROJECT SCHEDULE DETAILED REQUIREMENTS

A computer software system utilized to produce and update the Project
Schedule is to be capable of meeting the requirements of this
specification.  Failure of the Contractor to meet the requirements of this

RLB-0000055

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

specification will result in the disapproval of the Schedule.

      -- End of Section --

RLB-0000056

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 33 00

SUBMITTAL PROCEDURES

PART 1   GENERAL

   1.1   SUMMARY
   1.2   DEFINITIONS
     1.2.1   Submittal Descriptions (SD)
     1.2.2   Approving Authority
     1.2.3   Work
   1.3   SUBMITTALS
   1.4   SUBMITTAL CLASSIFICATION
     1.4.1   Government Approved (G)
     1.4.2   Information Only
   1.5   PREPARATION
     1.5.1   Transmittal Form
     1.5.2   Source Drawings for Shop Drawings
       1.5.2.1   Terms and Conditions
     1.5.3   Electronic File Format
   1.6   INFORMATION ONLY SUBMITTALS
   1.7   SUBMITTAL REGISTER
     1.7.1   Use of Submittal Register
     1.7.2   Contractor Use of Submittal Register
     1.7.3   Approving Authority Use of Submittal Register
     1.7.4   Copies Delivered to the Government
   1.8   VARIATIONS
     1.8.1   Considering Variations
     1.8.2   Proposing Variations
     1.8.3   Warranting That Variations Are Compatible
     1.8.4   Review Schedule Extension
   1.9   SCHEDULING
   1.10   GOVERNMENT APPROVING AUTHORITY
     1.10.1   Review Notations
   1.11   DISAPPROVED SUBMITTALS
   1.12   APPROVED OR ACCEPTED SUBMITTALS
   1.13   APPROVED SAMPLES
   1.14   STAMPS

PART 2   PRODUCTS (Not Used)


PART 3   EXECUTION   (Not Used)


ATTACHMENTS:

Appendix A - SUBMITTAL REGISTER

Appendix B ENG Form 4025-R

SECTION 01 33 00   Page 1

RLB-0000058

Case 3:21-cv-00253 Document 50-2 Filed on 09/29/22 in TXSD Page 34 of 150
Contract No. W912HY19C0015 (Specs)
SWG Soil & Conflading, Inc
60 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION 01 33 00

SUBMITTAL PROCEDURES

PART 1   GENERAL

1.1   SUMMARY

The Contracting Officer may request submittals in addition to those
specified when deemed necessary to adequately describe the work covered in
the respective sections.

Units of weights and measures used on all submittals are to be the same as
those used on the Contract drawings.

Each submittal is to be complete and in sufficient detail to allow ready
determination of compliance with Contract requirements.

Contractor's Quality Control (CQC) System Manager to check and approve
all items prior to submittal and stamp, sign, and date indicating action
taken.  Proposed deviations from the Contract requirements are to be
clearly identified.  Include within submittals items such as:
Contractor's, manufacturer's, or fabricator's drawings; descriptive
literature including, but not limited to catalog cuts, diagrams, operating
charts or curves; test reports; test cylinders; samples; O&M manuals,
including parts list; certifications; warranties; and other required
submittals.

Submittals requiring Government approval are to be scheduled and made
prior to the acquisition of the material or equipment covered thereby.
Pick up and dispose of samples not incorporated into the work in
accordance with manufacturer's Safety Data Sheets (SDS) and in compliance
with existing laws and regulations.

A submittal register showing items of equipment and materials for which
submittals are required by the specifications is provided as Appendix A -
SUBMITTAL REGISTER.

1.2   DEFINITIONS

1.2.1   Submittal Descriptions (SD)

Submittal requirements are specified in the technical sections.
Submittals are identified by Submittal Description (SD) numbers and titles
as follows:

SD-01 Preconstruction Submittals

    Submittals which are required prior to or the start of the next major
    phase of the construction on a multi-phase contract, includes
    schedules, tabular list of data, or tabular list including location,
    features, or other pertinent information regarding products,
    materials, equipment, or components to be used in the work.

RLB-0000060

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

        Certificates Of Insurance
        Surety Bonds (prior to Notice To Proceed issuance)
        Construction Progress Schedule
        Submittal Register
        Accident Prevention Plan
        Work Plan
        Quality Control(QC) Plan
        Environmental Protection Plan

## SD-02 Shop Drawings

        Drawings, diagrams and schedules specifically prepared to illustrate
        some portion of the work.

        Diagrams and instructions from a manufacturer or fabricator for use in
        producing the product and as aids to the Contractor for integrating
        the product or system into the project.

        Drawings prepared by or for the Contractor to show how multiple
        systems and interdisciplinary work will be coordinated.

## SD-06 Test Reports

        Report signed by authorized official of testing laboratory that a
        material, product or system identical to the material, product or
        system to be provided has been tested in accord with specified
        requirements.  Unless specified in another section, testing must have
        been within three years of date of Contract award for the project.

        Report which includes findings of a test required to be performed by
        the Contractor on an actual portion of the work or prototype prepared
        for the project before shipment to jobsite.

        Report which includes finding of a test made at the jobsite or on
        sample taken from the jobsite, on portion of work during or after
        installation.

            Investigation reports.
            Daily logs and checklists.

## SD-07 Certificates

        Statements printed on the manufacturer's letterhead and signed by
        responsible officials of manufacturer of product, system or material
        attesting that product, system or material meets specification
        requirements.  Must be dated after award of project Contract and
        clearly name the project.

        Document required of Contractor, or of a manufacturer, supplier,
        installer or subcontractor through Contractor, the purpose of which is
        to further quality of orderly progression of a portion of the work by
        documenting procedures, acceptability of methods or personnel
        qualifications.

            Confined space entry permits.

1.2.2   Approving Authority

    Office or designated person authorized to approve submittal.

                        SECTION 01 33 00  Page 4

1.2.3   Work

As used in this Section, on- and off-site construction required by
Contract documents, including labor necessary to produce submittals,
except those SD-01 Pre-Construction Submittals noted above, construction,
materials, products, equipment, and systems incorporated or to be
incorporated in this construction.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with this section.

SD-01 Preconstruction Submittals

Submittal Register; G

1.4   SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

1.4.1   Government Approved (G)

Within the terms of the CONTRACT CLAUSE Specifications And Drawings For
Construction, they are considered to be "shop drawings."

1.4.2   Information Only

Submittals not requiring Government approval will be for information only.
They are not considered to be "shop drawings" within the terms of the
Contract Clause referred to above.

1.5   PREPARATION

1.5.1   Transmittal Form

Use the attached sample transmittal form in Appendix B ENG Form 4025-R for
submitting both Government approved and information only submittals in
accordance with the instructions on the reverse side of the form.  These
forms are included in the QCS software that the Contractor is required to
use for this Contract.  Properly complete this form by filling out the
heading blank spaces and identifying each item submitted.  Exercise
special care to ensure proper listing of the specification paragraph and
sheet number of the Contract drawings pertinent to the data submitted for
each item.

1.5.2   Source Drawings for Shop Drawings

The entire set of Source Drawing files (DWG) will not be provided to the
Contractor.  Only those requested by the Contractor to prepare shop
drawings may be provided.  Request the specific Drawing Number only for
the preparation of Shop Drawings.  These drawings may only be provided
after award.

SWG FILE NO.: HSC 401-579                      SOLICITATION NO.: W912HY19B0028

1.5.2.1   Terms and Conditions

Data contained on these electronic files must not be used for any purpose
other than as a convenience in the preparation of construction data for
the referenced project.  Any other use or reuse shall be at the sole risk
of the Contractor and without liability or legal exposure to the
Government.  The Contractor must make no claim and waives to the fullest
extent permitted by law, any claim or cause of action of any nature
against the Government, its agents or sub consultants that may arise out
of or in connection with the use of these electronic files.  The
Contractor must, to the fullest extent permitted by law, indemnify and
hold the Government harmless against all damages, liabilities or costs,
including reasonable attorney's fees and defense costs, arising out of or
resulting from the use of these electronic files.

These electronic Source Drawing files are not construction documents.
Differences may exist between the Source Drawing files and the
corresponding construction documents.  The Government makes no
representation regarding the accuracy or completeness of the electronic
Source Drawing files, nor does it make representation to the compatibility
of these files with the Contractor hardware or software.  In the event
that a conflict arises between the signed and sealed construction
documents prepared by the Government and the furnished Source Drawing
files, the signed and sealed construction documents govern.  The
Contractor is responsible for determining if any conflict exists.  Use of
these Source Drawing files does not relieve the Contractor of duty to
fully comply with the contract documents, including and without
limitation, the need to check, confirm and coordinate the work of all
contractors for the project.  If the Contractor uses, duplicates or
modifies these electronic Source Drawing files for use in producing
construction data related to this contract, remove all previous indicia of
ownership (seals, logos, signatures, initials and dates).

1.5.3   Electronic File Format

Provide submittals in electronic format, with the exception of material
samples required for SD-04 Samples items.  Compile the submittal file as a
single, complete document, to include the Transmittal Form described
within.  Name the electronic submittal file specifically according to its
contents, coordinate the file naming convention with the Contracting
Officer.  Electronic files must be of sufficient quality that all
information is legible.  Use PDF as the electronic format, unless
otherwise specified or directed by the Contracting Officer.  Generate PDF
files from original documents with bookmarks so that the text included in
the PDF file is both searchable and can be copied.  If documents are
scanned, Optical Character Resolution (OCR) routines are required.  Index
and bookmark files exceeding 30 pages to allow efficient navigation of the
file.  When required, the electronic file must include a valid electronic
signature, or scan of a signature.

E-mail electronic submittal documents fewer than 10MB to an e-mail address
as directed by the Contracting Officer.  Provide electronic documents over
10MB on an optical disc, or through an electronic file sharing system such
as the AMRDEC SAFE Web Application located at the following website:
https://safe.amrdec.army.mil/safe/.

Provide hard copies of submittals when requested by the Contracting
Officer.  Up to two additional hard copies of any submittal may be
requested at the discretion of the Contracting Officer, at no additional

RLB-0000063

cost to the Government.

## 1.6   INFORMATION ONLY SUBMITTALS

Normally submittals for information only will not be returned.  Approval
of the Contracting Officer is not required on information only
submittals.  The Government reserves the right to require the Contractor
to resubmit any item found not to comply with the Contract.  This does not
relieve the Contractor from the obligation to furnish material conforming
to the plans and specifications; will not prevent the Contracting Officer
from requiring removal and replacement of nonconforming material
incorporated in the work; and does not relieve the Contractor of the
requirement to furnish samples for testing by the Government laboratory or
for check testing by the Government in those instances where the technical
specifications so prescribe.

## 1.7   SUBMITTAL REGISTER

Prepare and maintain a Submittal Register, as the work progresses.  Do not
change data which is output in columns (c), (d), (e), and (f) as delivered
by Government; retain data which is output in columns (a), (g), (h), and
(i) as approved.  A Submittal Register showing items of equipment and
materials for which submittals are required by the specifications is
provided as an attachment.  This list may not be all inclusive and
additional submittals may be required.  Maintain a Submittal Register for
the project in accordance with SECTION 01 45 00.15 10 RESIDENT MANAGEMENT
SYSTEM CONTRACTOR MODE(RMS CM).  The Government will provide the initial
Submittal Register.

> Column (c):  Lists specification Section in which submittal is
> required.

> Column (d):  Lists each submittal description (SD No. and type,
> e.g. SD-02 Shop Drawings) required in each specification Section.

> Column (e):  Lists one principal paragraph in specification
> section where a material or product is specified.  This listing is
> only to facilitate locating submitted requirements.  Do not
> consider entries in column (e) as limiting project requirements.

Thereafter, the Contractor is to track the submittals by maintaining a
complete list, including completion of all data columns, including dates
on which submittals are received and returned by the Government.

## 1.7.1   Use of Submittal Register

Submit Submittal Register.  Submit with QC plan and Project Schedule.
Verify that submittals required for project are listed and add missing
submittals.  Coordinate and complete the following fields on the Register
submitted with the QC plan and the Project Schedule:

> Column (a) Activity Number:  Activity number from the project
> schedule.

> Column (g) Contractor Submit Date:  Scheduled date for approving
> authority to receive submittals.

> Column (h) Contractor Approval Date:  Date Contractor needs
> approval of submittal.

RLB-0000064

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

 

      Column (i) Contractor Material:  Date that Contractor needs
      material delivered to Contractor control.

1.7.2   Contractor Use of Submittal Register

Update the following fields with each submittal throughout Contract.

      Column (b) Transmittal Number:  Contractor assigned list of
      consecutive numbers.

      Column (j) Action Code (k):  Date of action used to record
      Contractor's review when forwarding submittals to QC.

      Column (l) List date of submittal transmission.

      Column (q) List date approval received.

1.7.3   Approving Authority Use of Submittal Register

Update the following fields.

      Column (b) Transmittal Number:  Contractor assigned list of
      consecutive numbers.

      Column (l) List date of submittal receipt.

      Column (m) through (p) List Date related to review actions.

      Column (q) List date returned to Contractor.

1.7.4   Copies Delivered to the Government

Deliver one copy of Submittal Register updated by the Contractor to the
Government with each invoice request.

1.8   VARIATIONS

Variations from Contract requirements require Government approval pursuant
to CONTRACT CLAUSE FAR 52.236-21 Specifications and Drawings for
Construction and will be considered where advantageous to Government.

1.8.1   Considering Variations

Discussion with Contracting Officer prior to submission, after consulting
with the DOR, will help ensure functional and quality requirements are met
and minimize rejections and re-submittals.  When contemplating a variation
which results in lower cost, consider submission of the variation as a
Value Engineering Change Proposal (VECP).

Specifically point out variations from Contract requirements in
transmittal letters.  Failure to point out deviations may result in the
Government requiring rejection and removal of such work at no additional
cost to the Government.

1.8.2   Proposing Variations

When proposing variation, deliver written request to the Contracting
Officer, with documentation of the nature and features of the variation

RLB-0000065

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

and why the variation is desirable and beneficial to Government, including
the DOR's written analysis and approval.  If lower cost is a benefit, also
include an estimate of the cost savings.  In addition to documentation
required for variation, include the submittals required for the item.
Clearly mark the proposed variation in all documentation.

Check the column "variation" of ENG Form 4025 for submittals which include
proposed deviations requested by the Contractor.  Set forth in writing the
reason for any deviations and annotate such deviations on the submittal.
The Government reserves the right to rescind inadvertent approval of
submittals containing unnoted deviations.

1.8.3   Warranting That Variations Are Compatible

When delivering a variation for approval, Contractor, including its
Designer(s) of Record, warrants that this contract has been reviewed to
establish that the variation, if incorporated, will be compatible with
other elements of work.

1.8.4   Review Schedule Extension

In addition to normal submittal review period, a period of 10 working days
will be allowed for consideration by the Government of submittals with
variations.

1.9   SCHEDULING

Schedule and submit concurrently submittals covering component items
forming a system or items that are interrelated.  Include certifications
to be submitted with the pertinent drawings at the same time.  No delay
damages or time extensions will be allowed for time lost in late
submittals.

a.   Coordinate scheduling, sequencing, preparing and processing of
     submittals with performance of work so that work will not be delayed
     by submittal processing.  Allow for potential resubmittal of
     requirements.

b.   Submittals called for by the contract documents will be listed on the
     register.  If a submittal is called for but does not pertain to the
     contract work, the Contractor is to include the submittal in the
     register and annotate it "N/A" with a brief explanation.  Approval by
     the Contracting Officer does not relieve the Contractor of supplying
     submittals required by the contract documents but which have been
     omitted from the register or marked "N/A."

c.   Re-submit register and annotate monthly by the Contractor with actual
     submission and approval dates.  When all items on the register have
     been fully approved, no further re-submittal is required.

d.   Carefully control procurement operations to ensure that each
     individual submittal is made on or before the Contractor scheduled
     submittal date shown on the approved "Submittal Register."

1.10   GOVERNMENT APPROVING AUTHORITY

When approving authority is the Contracting Officer, the Government will:

a.   Note date on which submittal was received from QC Manager.

SECTION 01 33 00   Page 9

RLB-0000066

b. Review submittals for approval within scheduling period specified and only for conformance with project design concepts and compliance with contract documents.

c. Identify returned submittals with one of the actions defined in Paragraph REVIEW NOTATIONS and with markings appropriate for action indicated.

Upon completion of review of submittals requiring Government approval, stamp and date approved submittals.

1.10.1   Review Notations

Contracting Officer review will be completed within 20 calendar days after date of submission.  Submittals will be returned to the Contractor with the following notations:

a. Submittals marked "approved" or "accepted" authorize the Contractor to proceed with the work covered.

b. Submittals marked "approved as noted" "or approved except as noted, resubmittal not required," authorize the Contractor to proceed with the work covered provided he takes no exception to the corrections.

c. Submittals marked "not approved" or "disapproved," or "revise and resubmit," indicate noncompliance with the Contract requirements or design concept, or that submittal is incomplete.  Resubmit with appropriate changes.  No work shall proceed for this item until resubmittal is approved.

d. Submittals marked "not reviewed" will indicate submittal has been previously reviewed and approved, is not required, does not have evidence of being reviewed and approved by Contractor, or is not complete.  A submittal marked "not reviewed" will be returned with an explanation of the reason it is not reviewed.  Resubmit submittals returned for lack of review by Contractor or for being incomplete, with appropriate action, coordination, or change.

1.11   DISAPPROVED SUBMITTALS

Make corrections required by the Contracting Officer.  If the Contractor considers any correction or notation on the returned submittals to constitute a change to the Contract drawings or specifications; notice as required under the CONTRACT CLAUSE entitled CHANGES is to be given to the Contracting Officer.  Contractor is responsible for the dimensions and design of connection details and construction of work.  Failure to point out deviations may result in the Government requiring rejection and removal of this work at the Contractor's expense.

If changes are necessary to submittals, make revisions and submission of the submittals in accordance with the procedures above.  No item of work requiring a submittal change is to be accomplished until the changed submittals are approved.

1.12   APPROVED OR ACCEPTED SUBMITTALS

The Contracting Officer's approval or acceptance of submittals is not to be construed as a complete check, and indicates only that the general

RLB-0000067

method of construction, and other information are satisfactory.

Approval or acceptance will not relieve the Contractor of the responsibility for errors which may exist, as the Contractor under the Contractor Quality Control (CQC) requirements of this Contract is responsible for the satisfactory construction of all work

After submittals have been approved or accepted by the Contracting Officer, no resubmittal for the purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

## 1.13   APPROVED SAMPLES

Approval of a sample is only for the characteristics or use named in such approval and is not be construed to change or modify Contract requirements. Before submitting samples, the Contractor shall assure that the materials or equipment will be available in quantities required in the project. No change or substitution will be permitted after a sample has been approved.

Match the approved samples for materials and equipment incorporated in the work. If requested, approved samples, including those which may be damaged in testing, will be returned to the Contractor, at its expense, upon completion of the Contract. Samples not approved will also be returned to the Contractor at its expense, if so requested.

Failure of materials to pass the specified tests will be sufficient cause for refusal to consider, under this Contract, any further samples of the same brand or make of that material. The Government reserves the right to disapprove any material or equipment which previously has proved unsatisfactory in service.

Samples of various materials or equipment delivered on the site or in place may be taken by the Contracting Officer for testing. Samples failing to meet Contract requirements will automatically void previous approvals. The Contractor to replace such materials or equipment to meet Contract requirements.

Approval of the Contractor's samples by the Contracting Officer does not relieve the Contractor of its responsibilities under the Contract.

RLB-0000068

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.14    STAMPS

   Stamps used by the Contractor on the submittal data to certify that the
   submittal meets Contract requirements is to be similar to the following:

```
|                              CONTRACTOR                              |
|                                                                      |
|                             (Firm Name)                              |
|                                                                      |
|                                                                      |
|  _____ Approved                                                     |
|                                                                      |
|  _____ Approved with corrections as noted on submittal data and/or  |
| attached sheets(s)                                                   |
|                                                                      |
|                                                                      |
|  SIGNATURE: _____  |
|                                                                      |
|  TITLE: _____  |
|                                                                      |
|  DATE: _____  |
|                                                                      |
```

PART 2    PRODUCTS (Not Used)

PART 3    EXECUTION  (Not Used)

         -- End of Section --

RLB-0000069

# SUBMITTAL REGISTER

CONTRACT NO.

TITLE AND LOCATION
HSC Brady Island to Turning Basin FY19

CONTRACTOR

| (a) ACTIVITY NO | (b) TRANSMITTAL NO | (c) SPEC SECT | (d) DESCRIPTION ITEM SUBMITTED | (e) PARAGRAPH | (f) CLASSIFICATION GOVT OR A/E REVIEWER | (g) SUBMIT | (h) APPROVAL NEEDED BY | (i) MATERIAL NEEDED BY | (j) ACTION CODE | (k) DATE OF ACTION | (l) DATE FWD TO APPR AUTH/ DATE RCD FROM CONTR | (m) DATE FWD TO OTHER REVIEWER | (n) DATE RCD FROM OTH REVIEWER | (o) ACTION CODE | (p) DATE OF ACTION | (q) MAILED TO CONTR/ DATE RCD FRM APPR AUTH | (r) REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 01 22 00.10 | SD-02 Shop Drawings | | | | | | | | | | | | | | |
| | | | Surveys | 1.3.1.5 | G | | | | | | | | | | | | |
| | | | SD-07 Certificates | | | | | | | | | | | | | | |
| | | | Certified Weight Scale Tickets | 1.3.2.2 | G | | | | | | | | | | | | |
| | | 01 32 01.01 45 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Project Schedule | 3.1 | G | | | | | | | | | | | | |
| | | 01 33 00 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Submittal Register | 1.7 | G | | | | | | | | | | | | |
| | | 01 35 26.01 45 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Accident Prevention Plan (APP) | 1.7 | G   A | | | | | | | | | | | | |
| | | | SD-06 Test Reports | | | | | | | | | | | | | | |
| | | | Monthly Exposure Reports | 1.4 | | | | | | | | | | | | | |
| | | | Notifications and Reports | 1.12 | | | | | | | | | | | | | |
| | | | Accident Reports | 1.12.2 | G | | | | | | | | | | | | |
| | | | LHE Inspection Reports | 1.12.3 | | | | | | | | | | | | | |
| | | | SD-07 Certificates | | | | | | | | | | | | | | |
| | | | Crane Operators/Riggers | 1.6.1.4 | | | | | | | | | | | | | |
| | | | Standard Lift Plan | 1.7.2.2 | G | | | | | | | | | | | | |
| | | | Critical Lift Plan | 1.7.2.5.5 | G | | | | | | | | | | | | |
| | | | Critical Lift Plan – Crane or Load Handling Equipment | 1.7.2.5 | G | | | | | | | | | | | | |
| | | | Naval Architecture Analysis | 1.7.2.3 | G | | | | | | | | | | | | |
| | | | Activity Hazard Analysis (AHA) | 1.8 | | | | | | | | | | | | | |
| | | | Confined Space Entry Permit | 1.9.1 | | | | | | | | | | | | | |
| | | | Hot Work Permit | 1.9.1 | | | | | | | | | | | | | |
| | | | Certificate of Compliance | 1.12.4 | | | | | | | | | | | | | |

RLB-0000070

Contract No. W9 12HY19C0015 (Specs)
RLB Contracting, Inc.
70 of 243

**SUBMITTAL REGISTER**

CONTRACT NO.

TITLE AND LOCATION
HSC Brady Island to Turning Basin FY19

CONTRACTOR

| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) | (r) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ACTIVITY NO | TRANSMITTAL NO | SPEC SECT | DESCRIPTION / ITEM SUBMITTED | PARAGRAPH | GOVT CLASSIFICATION / OR A/E REVIEW | SUBMIT | APPROVAL NEEDED BY | MATERIAL NEEDED BY | ACTION CODE | DATE OF ACTION | DATE FWD TO APPR AUTH/ DATE RCD FROM CONTR | DATE FWD TO OTHER REVIEWER | DATE RCD FROM OTH REVIEWER | ACTION CODE | DATE OF ACTION | MAILED TO CONTR/ DATE RCD FRM APPR AUTH | REMARKS |
| | | 01 35 26.01 45 | Floating Cranes | 3.3.2 | | | | | | | | | | | | | |
| | | | Floating Derricks | 3.3.2 | | | | | | | | | | | | | |
| | | 01 45 01.00 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Contractor Quality Control (CQC) Plan | 3.2 | G | | | | | | | | | | | | |
| | | 01 57 20.00 45 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Environmental Protection Plan | 1.8 | G | | | | | | | | | | | | |
| | | 01 58 13.01 45 | SD-02 Shop Drawings | | | | | | | | | | | | | | |
| | | | Sign Legend Orders | 2.1.1 | G | | | | | | | | | | | | |
| | | 35 20 23.16 45 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Notification Prior To Commencement of Dredging Operations | 1.13 | G | | | | | | | | | | | | |
| | | | Temporary Removal of Aids To Navigation | 1.12 | G | | | | | | | | | | | | |
| | | | SD-02 Shop Drawings | | | | | | | | | | | | | | | |
| | | | Submerged Pipeline | 3.9.1 | G | | | | | | | | | | | | |
| | | | Pipeline Route | 3.7.1 | G | | | | | | | | | | | | |
| | | 35 20 23.33 | SD-01 Preconstruction Submittals | | | | | | | | | | | | | | |
| | | | Dredge Plant Instrumentation Plan | 1.5 | G | | | | | | | | | | | | |
| | | | SD-06 Test Reports | | | | | | | | | | | | | | | |
| | | | Data Appropriately Archived | 3.3.4 | G | | | | | | | | | | | | |
| | | | SD-07 Certificates | | | | | | | | | | | | | | | |
| | | | National Dredging Quality Management Program Certification | 1.4 | G | | | | | | | | | | | | |

Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
71 of 243

RLB-0000071

| TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE<br>For use of this form, see ER 415-1-10; the proponent agency is CECW-CE. | | DATE | TRANSMITTAL NO. |
|---|---|---|---|

**SECTION I - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS** (*This section will be initiated by the contractor*)

| TO: | FROM: | CONTRACT NO. | CHECK ONE:<br>☐ THIS IS A NEW TRANSMITTAL<br>☐ THIS IS A RESUBMITTAL OF<br>TRANSMITTAL _____ |
|---|---|---|---|

| SPECIFICATION SEC. NO. (*Cover only one section with each transmittal*) | PROJECT TITLE AND LOCATION | THIS TRANSMITTAL IS FOR: (*Check one*)<br>☐ FIO  ☐ GA  ☐ DA  ☐ CR  ☐ DA/CR  ☐ DA/GA |
|---|---|---|

| ITEM NO. (*See Note 3*)<br><br>a. | DESCRIPTION OF SUBMITTAL ITEM (*Type size, model number/etc.*)<br><br>b. | SUBMITTAL TYPE CODE (*See Note 8*)<br><br>c. | NO. OF COPIES<br><br>d. | CONTRACT DOCUMENT REFERENCE — SPEC. PARA. NO.<br><br>e. | CONTRACT DOCUMENT REFERENCE — DRAWING SHEET NO.<br><br>f. | CONTRACTOR REVIEW CODE<br><br>g. | VARIATION Enter "Y" if requesting a variation (*See Note 6*)<br><br>h. | USACE ACTION CODE (*Note 9*)<br><br>i. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| REMARKS | I certify that the above submitted items had been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as otherwise stated.<br><br>NAME OF CONTRACTOR                    SIGNATURE OF CONTRACTOR |
|---|---|

**SECTION II - APPROVAL ACTION**

| ENCLOSURES RETURNED (*List by item No.*) | NAME AND TITLE OF APPROVING AUTHORITY | SIGNATURE OF APPROVING AUTHORITY | DATE |
|---|---|---|---|

**ENG FORM 4025-R, MAR 2012**          REPLACES  EDITION OF MAR 95, WHICH IS OBSOLETE.          Page 1 of 2

RLB-0000072

Contract No. W912HY19C0015 (Specs)<br>RLB Contracting, Inc.<br>72 of 243

**INSTRUCTIONS**

1. Section I will be initiated by the Contractor in the required number of copies.

2. Each Transmittal shall be numbered consecutively. The Transmittal Number typically includes two parts separated by a dash (-). The first part is the specification section number.  The second part is a sequential number for the submittals under that spec section.  If the Transmittal is a resubmittal, then add a decimal point to the end of the original Transmittal Number and begin numbering the resubmittal packages sequentially after the decimal.

3. The "Item No." for each entry on this form will be the same "Item No." as indicated on ENG FORM 4288-R.

4. Submittals requiring expeditious handling will be submitted on a separate ENG Form 4025-R.

5. Items transmitted on each transmittal form will be from the same specification section. Do not combine submittal information from different specification sections in a  single transmittal.

6. If the data submitted are intentionally in variance with the contract requirements, indicate a variation in column h, and enter a statement in the Remarks block describing he detailed reason for the variation.

7. ENG Form 4025-R is self-transmitting - a letter of transmittal is not required.

8. When submittal items are transmitted, indicate the "Submittal Type" (*SD-01 through SD-11*) in column c of Section I.
   Submittal types are the following:

   SD-01  - Preconstruction        SD-02  - Shop Drawings        SD-03 - Product Data        SD-04  - Samples        SD-05  - Design Data        SD-06  - Test Reports

   SD-07 - Certificates        SD-08  - Manufacturer's Instructions        SD-09 - Manufacturer's Field Reports        SD-10 - O&M Data        SD-11 - Closeout

9. For each submittal item, the Contractor will assign Submittal Action Codes in column g of Section I. The U.S. Army Corps of Engineers approving authority will assign Submittal Action Codes in column i of Section I. The Submittal Action Codes are:

   A  -- Approved as submitted.

   B  -- Approved, except as noted on drawings. Resubmission not required.

   C  -- Approved, except as noted on drawings. Refer to attached comments.
          Resubmission required.

   D  -- Will be returned by separate correspondence.

   E  -- Disapproved. Refer to attached comments.

   F  --        Receipt acknowledged.

   X  --        Receipt acknowledged, does not comply with contract requirements, as noted.

   G  --        Other action required *(Specify)*

   K  --        Government concurs with intermediate design.  *(For D-B contracts)*

   R  --        Design submittal is acceptable for release for construction.  *(For D-B contracts)*

10. Approval of items does not relieve the contractor from complying with all the requirements of the contract.

RLB-0000073

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 35 26.01 45

GOVERNMENTAL SAFETY REQUIREMENTS

PART 1   GENERAL

1.1    REFERENCES
1.2    DEFINITIONS
  1.2.1    Competent Person (CP)
  1.2.2    Competent Person, Confined Space
  1.2.3    Competent Person, Cranes and Rigging
  1.2.4    Competent Person, Excavation/Trenching
  1.2.5    Competent Person, Fall Protection
  1.2.6    Competent Person (CP) Trainer
  1.2.7    High Risk Activities
  1.2.8    High Visibility Accident
  1.2.9    Load Handling Equipment (LHE)
  1.2.10   Medical Treatment
  1.2.11   Near Miss
  1.2.12   Operating Envelope
  1.2.13   Qualified Person (QP)
  1.2.14   Qualified Person, Fall Protection (QP for FP)
  1.2.15   USACE Property and Equipment
  1.2.16   Load Handling Equipment (LHE) Accident or Load Handling
           Equipment Mishap
  1.2.17   Recordable Injuries or Illnesses
1.3    SUBMITTALS
1.4    MONTHLY EXPOSURE REPORTS
1.5    REGULATORY REQUIREMENTS
1.6    SITE QUALIFICATIONS, DUTIES, AND MEETINGS
  1.6.1    Personnel Qualifications
    1.6.1.1    Site Safety and Health Officer (SSHO)
      1.6.1.1.1    Additional Site Safety and Health Officer (SSHO)
      Requirements and Duties
    1.6.1.2    Competent Person Qualifications
      1.6.1.2.1    Competent Person for Confined Space Entry
      1.6.1.2.2    Competent Person for Fall Protection
      1.6.1.2.3    Crane Operators/Riggers
    1.6.1.3    Dredging Contract Requirements
      1.6.1.3.1    Dredging Safety Personnel Requirements
      1.6.1.3.2    SSHO Requirements for Dredging
      1.6.1.3.3    Safety Personnel Training Requirements for Dredging
    1.6.1.4    Crane Operators/Riggers
  1.6.2    Personnel Duties
    1.6.2.1    Duties of the Site Safety and Health Officer (SSHO)
  1.6.3    Meetings
    1.6.3.1    Preconstruction Conference
    1.6.3.2    Safety Meetings
1.7    ACCIDENT PREVENTION PLAN (APP)
  1.7.1    Names and Qualifications

SECTION 01 35 26.01 45   Page 1

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

    1.7.2   Plans
      1.7.2.1   Confined Space Entry Plan
      1.7.2.2   Standard Lift Plan (SLP)
      1.7.2.3   Barge Mounted Mobile Crane Lift Plan
      1.7.2.4   Multi-Purpose Machines, Material Handling Equipment, and
      Construction Equipment Lift Plan
      1.7.2.5   Critical Lift Plan - Crane or Load Handling Equipment
        1.7.2.5.1   Lifts over 50 percent of the capacity of barge mounted
        mobile crane's hoist.
        1.7.2.5.2   When working around energized power lines where the
        work will get closer than the minimum clearance distance in EM
        385-1-1 Table 16-1.e
        1.7.2.5.3   For lifts with anticipated binding conditions.
        1.7.2.5.4   When erecting cranes.
        1.7.2.5.5   Critical Lift Plan Planning and Schedule
        1.7.2.5.6   Lifts of Personnel
      1.7.2.6   Rescue and Evacuation Plan
      1.7.2.7   Fall Protection and Prevention (FP&P) Plan
      1.7.2.8   Hazardous Energy Control Program (HECP)
    1.8   ACTIVITY HAZARD ANALYSIS (AHA)
      1.8.1   AHA Management
      1.8.2   AHA Signature Log
    1.9   DISPLAY OF SAFETY INFORMATION
      1.9.1   Safety Bulletin Board
      1.9.2   Safety and Occupational Health (SOH) Deficiency Tracking System
    1.10   SITE SAFETY REFERENCE MATERIALS
    1.11   EMERGENCY MEDICAL TREATMENT
    1.12   NOTIFICATIONS AND REPORTS
      1.12.1   Mishap Notification
      1.12.2   Accident Reports
      1.12.3   LHE Inspection Reports
      1.12.4   Certificate of Compliance and Pre-lift Plan/Checklist for LHE
      and Rigging
    1.13   HOT WORK
      1.13.1   Permit and Personnel Requirements
        1.13.1.1   Work Around Flammable Materials
      1.13.2   Work Around Flammable Materials
    1.14   CONFINED SPACE ENTRY REQUIREMENTS
      1.14.1   Entry Procedures
      1.14.2   Forced Air Ventilation
      1.14.3   Rescue Procedures and Coordination with Local Emergency
      Responders
    1.15   DIVE SAFETY REQUIREMENTS
    1.16   SEVERE STORM PLAN

  PART 2   PRODUCTS (Not Used)


  PART 3   EXECUTION

    3.1   CONSTRUCTION AND OTHER WORK
      3.1.1   Worksite Communication
      3.1.2   Hazardous Material Exclusions
      3.1.3   Unforeseen Hazardous Material
    3.2   CONTROL OF HAZARDOUS ENERGY (LOCKOUT/TAGOUT)
      3.2.1   Lockout/Tagout Removal
    3.3   EQUIPMENT
      3.3.1   Material Handling Equipment (MHE)
      3.3.2   Load Handling Equipment (LHE)

RLB-0000075

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

      3.3.3   Machinery and Mechanized Equipment
      3.4   SUBMERGED AND FLOATING PIPELINE
      3.5   Utility Locations
        3.5.1   Utility Location Verification
      3.6   ELECTRICAL
        3.6.1   Portable Extension Cords
        3.6.2   Conduct of Electrical Work
        3.6.3   Qualifications
          3.6.3.1   Arc Flash
          3.6.3.2   Grounding
          3.6.3.3   Testing

   -- End of Section Table of Contents --

RLB-0000076

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION 01 35 26.01 45

GOVERNMENTAL SAFETY REQUIREMENTS

PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

        AMERICAN SOCIETY OF SAFETY PROFESSIONALS (ASSP)

ASSP A10.34                 (2001; R 2012) Protection of the Public on
                            or Adjacent to Construction Sites

ASSP A10.44                 (2014) Control of Energy Sources
                            (Lockout/Tagout) for Construction and
                            Demolition Operations

ASSP Z244.1                 (2016) The Control of Hazardous Energy
                            Lockout, Tagout and Alternative Methods

ASSP Z359.0                 (2012) Definitions and Nomenclature Used
                            for Fall Protection and Fall Arrest

ASSP Z359.2                 (2017) Minimum Requirements for a
                            Comprehensive Managed Fall Protection
                            Program

        ASME INTERNATIONAL (ASME)

ASME B30.3                  (2016) Tower Cranes

ASME B30.5                  (2014) Mobile and Locomotive Cranes

ASME B30.8                  (2015) Floating Cranes and Floating
                            Derricks

ASME B30.9                  (2014; INT Feb 2011 - Nov 2013) Slings

ASME B30.20                 (2013; INT Oct 2010 - May 2012)
                            Below-the-Hook Lifting Devices

ASME B30.22                 (2016) Articulating Boom Cranes

ASME B30.26                 (2015; INT Jun 2010 - Jun 2014) Rigging
                            Hardware

        ASTM INTERNATIONAL (ASTM)

ASTM F855                   (2015) Standard Specifications for
                            Temporary Protective Grounds to Be Used on
                            De-energized Electric Power Lines and

                    SECTION 01 35 26.01 45  Page 5

RLB-0000078

SWG FILE NO.: HSC 401-579                          SOLICITATION NO.: W912HY19B0028

Equipment

INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)

IEEE 1048                          (2003) Guide for Protective Grounding of
                                   Power Lines

IEEE C2                            (2017; Errata 1-2 2017; INT 1 2017)
                                   National Electrical Safety Code

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)

NFPA 10                            (2018; TIA 18-1) Standard for Portable
                                   Fire Extinguishers

NFPA 70                            (2017; ERTA 1-2 2017; TIA 17-1; TIA 17-2;
                                   TIA 17-3; TIA 17-4; TIA 17-5; TIA 17-6;
                                   TIA 17-7; TIA 17-8; TIA 17-9; TIA 17-10;
                                   TIA 17-11; TIA 17-12; TIA 17-13; TIA
                                   17-14; TIA 17-15; TIA 17-16; TIA 17-17 )
                                   National Electrical Code

NFPA 70E                           (2018; TIA 18-1; TIA 81-2) Standard for
                                   Electrical Safety in the Workplace

NFPA 241                           (2013; Errata 2015) Standard for
                                   Safeguarding Construction, Alteration, and
                                   Demolition Operations

U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                         (2014) Safety and Health Requirements
                                   Manual

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

29 CFR 1910                        Occupational Safety and Health Standards

29 CFR 1910.146                    Permit-required Confined Spaces

29 CFR 1910.147                    The Control of Hazardous Energy (Lock
                                   Out/Tag Out)

29 CFR 1910.333                    Selection and Use of Work Practices

29 CFR 1915                        Confined and Enclosed Spaces and Other
                                   Dangerous Atmospheres in Shipyard
                                   Employment

29 CFR 1915.89                     Control of Hazardous Energy
                                   (Lockout/Tags-Plus)

29 CFR 1926                        Safety and Health Regulations for
                                   Construction

29 CFR 1926.16                     Rules of Construction

CPL 2.100                          (1995) Application of the Permit-Required
                                   Confined Spaces (PRCS) Standards, 29 CFR

SECTION 01 35 26.01 45  Page 6

RLB-0000079

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1910.146

1.2   DEFINITIONS

1.2.1   Competent Person (CP)

The CP is a person designated in writing, who, through training, knowledge and experience, is capable of identifying, evaluating, and addressing existing and predictable hazards in the working environment or working conditions that are dangerous to personnel, and who has authorization to take prompt corrective measures with regards to such hazards.

1.2.2   Competent Person, Confined Space

The CP, Confined Space, is a person meeting the competent person requirements as defined in EM 385-1-1 Appendix Q, with thorough knowledge of OSHA's Confined Space Standard, 29 CFR 1910.146, and designated in writing to be responsible for the immediate supervision, implementation and monitoring of the confined space program, who through training, knowledge and experience in confined space entry is capable of identifying, evaluating and addressing existing and potential confined space hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

1.2.3   Competent Person, Cranes and Rigging

The CP, Cranes and Rigging, as defined in EM 385-1-1 Appendix Q, is a person meeting the competent person, who has been designated in writing to be responsible for the immediate supervision, implementation and monitoring of the Crane and Rigging Program, who through training, knowledge and experience in crane and rigging is capable of identifying, evaluating and addressing existing and potential hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

1.2.4   Competent Person, Excavation/Trenching

A CP, Excavation/Trenching, is a person meeting the competent person requirements as defined in EM 385-1-1 Appendix Q and 29 CFR 1926, who has been designated in writing to be responsible for the immediate supervision, implementation and monitoring of the excavation/trenching program, who through training, knowledge and experience in excavation/trenching is capable of identifying, evaluating and addressing existing and potential hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

1.2.5   Competent Person, Fall Protection

The CP, Fall Protection, is a person meeting the competent person requirements as defined in EM 385-1-1 Appendix Q and in accordance with ASSP Z359.0, who has been designated in writing by the employer to be responsible for immediate supervising, implementing and monitoring of the fall protection program, who through training, knowledge and experience in fall protection and rescue systems and equipment, is capable of identifying, evaluating and addressing existing and potential fall hazards and, who has the authority to take prompt corrective measures with regard to such hazards.

RLB-0000080

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.2.6    Competent Person (CP) Trainer

A competent person trainer as defined in EM 385-1-1 Appendix Q, who is
qualified in the material presented, and who possesses a working knowledge
of applicable technical regulations, standards, equipment and systems
related to the subject matter on which they are training Competent
Persons. A competent person trainer must be familiar with the typical
hazards and the equipment used in the industry they are instructing.   The
training provided by the competent person trainer will be appropriate to
that specific industry.  The competent person trainer must evaluate the
knowledge and skills of the competent persons as part of the training
process.

1.2.7    High Risk Activities

High Risk Activities are activities that involve work at heights, crane
and rigging, excavations and trenching, scaffolding, electrical work, and
confined space entry.

1.2.8    High Visibility Accident

A High Visibility Accident is any mishap which may generate publicity or
high visibility.

1.2.9    Load Handling Equipment (LHE)

LHE is a term used to describe cranes, hoists and all other hoisting
equipment (hoisting equipment means equipment, including crane, derricks,
hoists and power operated equipment used with rigging to raise, lower or
horizontally move a load).

1.2.10    Medical Treatment

Medical Treatment is treatment administered by a physician or by
registered professional personnel under the standing orders of a
physician.  Medical treatment does not include first aid treatment even
through provided by a physician or registered personnel.

1.2.11    Near Miss

A Near Miss is a mishap resulting in no personal injury and zero property
damage, but given a shift in time or position, damage or injury may have
occurred (e.g., a worker falls off a scaffold and is not injured; a crane
swings around to move the load and narrowly misses a parked vehicle).

1.2.12    Operating Envelope

The Operating Envelope is the area surrounding any crane or load handling
equipment.  Inside this "envelope" is the crane, the operator, riggers and
crane walkers, other personnel involved in the operation, rigging gear
between the hook, the load, the crane's supporting structure (i.e. ground
or rail), the load's rigging path, the lift and rigging procedure.

1.2.13    Qualified Person (QP)

The QP is a person designated in writing, who, by possession of a
recognized degree, certificate, or professional standing, or extensive
knowledge, training, and experience, has successfully demonstrated their
ability to solve or resolve problems related to the subject matter, the

work, or the project.

1.2.14   Qualified Person, Fall Protection (QP for FP)

A QP for FP is a person meeting the requirements of EM 385-1-1 Appendix Q, and ASSP Z359.0, with a recognized degree or professional certificate and with extensive knowledge, training and experience in the fall protection and rescue field who is capable of designing, analyzing, and evaluating and specifying fall protection and rescue systems.

1.2.15   USACE Property and Equipment

Interpret "USACE" property and equipment specified in USACE EM 385-1-1 as Government property and equipment.

1.2.16   Load Handling Equipment (LHE) Accident or Load Handling Equipment Mishap

A LHE accident occurs when any one or more of the eight elements in the operating envelope fails to perform correctly during operation, including operation during maintenance or testing resulting in personnel injury or death; material or equipment damage; dropped load; derailment; two-blocking; overload; or collision, including unplanned contact between the load, crane, or other objects. A dropped load, derailment, two-blocking, overload and collision are considered accidents, even though no material damage or injury occurs. A component failure (e.g., motor burnout, gear tooth failure, bearing failure) is not considered an accident solely due to material or equipment damage unless the component failure results in damage to other components (e.g., dropped boom, dropped load, or roll over). Document an LHE mishap using the Crane Hazard working group mishap reporting form.

1.2.17   Recordable Injuries or Illnesses

Recordable Injuries or Illnesses are any work-related injury or illness that results in:

   a.   Death, regardless of the time between the injury and death, or the length of the illness;

   b.   Days away from work (any time lost after day of injury/illness onset);

   c.   Restricted work;

   d.   Transfer to another job;

   e.   Medical treatment beyond first aid;

   f.   Loss of consciousness; or

   g.   A significant injury or illness diagnosed by a physician or other licensed health care professional, even if it did not result in (a) through (f) above.

1.3   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.   When

RLB-0000082

used, a designation following the "G" designation identifies the office
that will review the submittal for the Government. Submit the following
in accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES:

Government acceptance, as defined in EM 385-1-1, is required for
submittals with a "G,A" designation.

    SD-01 Preconstruction Submittals

        Accident Prevention Plan (APP); G,A

    SD-06 Test Reports

        Monthly Exposure Reports
        Notifications and Reports
        Accident Reports; G
        LHE Inspection Reports

    SD-07 Certificates

        Crane Operators/Riggers
        Standard Lift Plan; G
        Critical Lift Plan; G
        Critical Lift Plan - Crane or Load Handling Equipment; G
        Naval Architecture Analysis; G
        Activity Hazard Analysis (AHA)
        Confined Space Entry Permit
        Hot Work Permit
        Certificate of Compliance
        Third Party Certification of Floating Cranes, and Floating Derricks

1.4   MONTHLY EXPOSURE REPORTS

Provide a Monthly Exposure Report for the previous month's work and submit
to the Government not later than the fifth calendar day of each month.
This report is a compilation of employee-hours worked each month for all
site workers, both Prime and subcontractor. Use the RMS CM module
described in SECTION 01 45 00.15 10 RESIDENT MANAGEMENT SYSTEM CONTRACTOR
MODE (RMS CM) to prepare the report. Failure to submit the report may
result in retention of up to 10 percent of the voucher.

1.5   REGULATORY REQUIREMENTS

In addition to the detailed requirements included in the provisions of
this Contract, comply with the most recent edition of USACE EM 385-1-1,
and the following federal, state, and local laws, ordinances, criteria,
rules and regulations. Submit matters of interpretation of standards to
the appropriate administrative agency for resolution before starting
work. Where the requirements of this specification, applicable laws,
criteria, ordinances, regulations, and referenced documents vary, the most
stringent requirements govern.

1.6   SITE QUALIFICATIONS, DUTIES, AND MEETINGS

1.6.1   Personnel Qualifications

1.6.1.1   Site Safety and Health Officer (SSHO)

Provide an SSHO that meets the requirements of EM 385-1-1 Section 1. The

SSHO must ensure that the requirements of 29 CFR 1926.16 are met for the project. Provide a Safety oversight team that includes a minimum of one (1) person at each project site to function as the Site Safety and Health Officer (SSHO). The SSHO or an equally-qualified Alternate SSHO must be at the work site at all times to implement and administer the Contractor's safety program and government-accepted Accident Prevention Plan. The SSHO and Alternate SSHO must have the required training, experience, and qualifications in accordance with EM 385-1-1 Section 01.A.17, and all associated sub-paragraphs. The SSHO and Alternate SSHO may not have other collateral duties.

If the SSHO is off-site, an equally-qualified alternate SSHO must be provided and must fulfill the same roles and responsibilities as the primary SSHO.

1.6.1.1.1  Additional Site Safety and Health Officer (SSHO) Requirements and Duties

The Contractor Quality Control Manager cannot be the SSHO on this project, even though the QC has safety inspection responsibilities as part of the QC duties. The SSHO may not serve as the Superintendent.

1.6.1.2  Competent Person Qualifications

Provide Competent Persons in accordance with EM 385-1-1, Appendix Q and herein. Competent Persons for high risk activities include confined space, cranes and rigging, excavation/trenching, fall protection, and electrical work. The CP for these activities must be designated in writing, and meet the requirements for the specific activity (i.e. competent person, fall protection).

The Competent Person identified in the Contractor's Safety and Health Program and accepted Accident Prevention Plan, must be on-site at all times when the work that presents the hazards associated with their professional expertise is being performed. Provide the credentials of the Competent Persons(s) to the Contracting Officer for information in consultation with the Safety Office.

1.6.1.2.1  Competent Person for Confined Space Entry

Provide a Confined Space (CP) Competent Person who meets the requirements of EM 385-1-1, Appendix Q, and herein. The CP for Confined Space Entry must supervise the entry into each confined space in accordance with EM 385-1-1, Section 34.

1.6.1.2.2  Competent Person for Fall Protection

Provide a Competent Person for Fall Protection who meets the requirements of EM 385-1-1, Section 21.C.04, 21.B.03, and herein.

1.6.1.2.3  Crane Operators/Riggers

Provide Operators, Signal Persons, and Riggers meeting the requirements in EM 385-1-1, Section 15.B for Riggers and Section 16.B option 1 or 4 for Crane Operators and Signal Persons. Provide proof of current qualification.

RLB-0000084

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.6.1.3   Dredging Contract Requirements

1.6.1.3.1   Dredging Safety Personnel Requirements

  a.  Provide a minimum of one full time SSHO assigned per project site for
      the primary working shift.

  b.  For a project involving multiple work shifts, provide one full-time
      SSHO for each additional shift.

  c.  An example of one dredging project site is reflected in each of the
      following:

      (1)  a mechanical dredge, tug(s) and scow(s), scow route, and material
           placement site; or

      (2)  a hydraulic pipeline dredge, attendant plant, and material
           placement site.

1.6.1.3.2   SSHO Requirements for Dredging

  a.  In addition to requirements stated elsewhere in this specification, an
      individual serving as a SSHO must be present at the project site,
      located so that they have full mobility and reasonable access to all
      major work operations, for at least one shift in each 24 hour period
      when work is being performed.  The SSHO must be available during their
      shift for immediate verbal consultation and notification, either by
      phone or radio.

  b.  The SSHO is a full-time, dedicated position, who must report to a
      senior project (or corporate) official.

  c.  The SSHO must inspect all work areas and operations during initial
      set-up and at least monthly observe and provide personal oversight on
      each shift during dredging operations for projects with many work
      sites, more often for those with less work sites.

  d.  If the SSHO is off-site, another qualified SSHO must be provided and
      fulfill the same roles and responsibilities as the SSHO during their
      absence.

1.6.1.3.3   Safety Personnel Training Requirements for Dredging

A SSHO or alternate SSHO for dredging contracts must take either a formal
classroom or online OSHA 30-hour Construction Safety Course, or an
equivalent 30 hours of formal classroom or online safety and health
training covering the subjects of the OSHA 30-hour Course in accordance
with EM 385-1-1 Appendix A, paragraph 3.d.(3), applicable to dredging
work, and given by qualified instructors.  In exception to EM 385-1-1,
Section 01.A.17, comply with the following:

  a.  The SSHO must maintain competency through having taken 8 hours of
      formal classroom or online safety and health related coursework every
      year.  Hours spent as an instructor in such courses will be considered
      the same as attending them, but each course only gets credit once (for
      example, instructing a 1-hour asbestos awareness course 5 times in a
      year provides one hour credit for training).

  b.  The SSHO and alternate SSHO must have a minimum of three years of

RLB-0000085

continuous experience within the past five years in one of the
following:

(1) Supervising/managing dredging activities

(2) Supervising/managing marine construction activities

(3) Supervising/managing land-based construction activities

(4) Work managing safety programs or processes

(5) Conducting hazard analyses and developing controls in activities
or environments with similar hazards

1.6.1.4    Crane Operators/Riggers

Provide Operators, Signal Operators, and Riggers meeting the requirements
in EM 385-1-1, Section 15.B for Riggers and Section 16.B options 1 or 4
for Crane Operators and Signal Persons.  Provide proof of current
qualification.

1.6.2    Personnel Duties

1.6.2.1    Duties of the Site Safety and Health Officer (SSHO)

The SSHO must:

a. Conduct daily safety and health inspections and maintain a written log
   which includes area/operation inspected, date of inspection,
   identified hazards, recommended corrective actions, estimated and
   actual dates of corrections.  Attach safety inspection logs to the
   Contractors' daily production report.

b. Conduct mishap investigations and complete required accident reports.
   Report mishaps and near misses.

c. Use and maintain OSHA's Form 300 to log work-related injuries and
   illnesses occurring on the project site for Prime Contractors and
   subcontractors, and make available to the Contracting Officer upon
   request.  Post and maintain the Form 300A on the site Safety Bulletin
   Board.

d. Maintain applicable safety reference material on the job site.

e. Attend the pre-construction conference, pre-work meetings including
   preparatory meetings, and periodic in-progress meetings.

f. Review the APP and AHAs for compliance with EM 385-1-1, and approve,
   sign, implement and enforce them.

g. Establish a Safety and Occupational Health (SOH) Deficiency Tracking
   System that lists and monitors outstanding deficiencies until
   resolution.

h. Ensure subcontractor compliance with safety and health requirements.

i. Maintain a list of hazardous chemicals on site and their material
   Safety Data Sheets (SDS).

RLB-0000086

j.  Maintain a weekly list of high hazard activities involving energy,
    equipment, excavation, entry into confined space, and elevation, and
    be prepared to discuss details during QC Meetings.

k.  Provide and keep a record of site safety orientation and
    indoctrination for Contractor employees, subcontractor employees, and
    site visitors.

Superintendent, QC Manager, and SSHO are subject to dismissal if the above
duties are not being effectively carried out.  If Superintendent, QC
Manager, or SSHO are dismissed, project work must be stopped and will not
be allowed to resume until a suitable replacement is approved and the
above duties are again being effectively carried out.

1.6.3   Meetings

1.6.3.1   Preconstruction Conference

a.  Contractor representatives who have a responsibility or significant
    role in accident prevention on the project must attend the
    preconstruction conference.  This includes the project superintendent,
    Site Safety and Occupational Health officer, quality control manager,
    or any other assigned safety and health professionals who participated
    in the development of the APP (including the Activity Hazard Analyses
    (AHAs) and special plans, program and procedures associated with it).

b.  Discuss the details of the submitted APP to include incorporated
    plans, programs, procedures and a listing of anticipated AHAs that
    will be developed and implemented during the performance of the
    contract.  This list of proposed AHAs will be reviewed at the
    conference and an agreement will be reached between the Contractor and
    the Contracting Officer as to which phases will require an analysis.
    In addition, establish a schedule for the preparation, submittal, and
    Government review of AHAs to preclude project delays.

c.  Deficiencies in the submitted APP, identified during the Contracting
    Officer's review, must be corrected, and the APP re-submitted for
    review prior to the start of construction.  Work is not permitted to
    begin work until an APP is established that is acceptable to the
    Contracting Officer.

1.6.3.2   Safety Meetings

Conduct safety meetings to review past activities, plan for new or changed
operations, review pertinent aspects of appropriate AHA (by trade),
establish safe working procedures for anticipated hazards, and provide
pertinent Safety and Occupational Health (SOH) training and motivation.
Conduct meetings at least once a month for all supervisors on the project
location.  The SSHO, supervisors, foremen, or alternate SSHO must conduct
meetings at least once a week for the trade workers.  Document meeting
minutes to include the date, persons in attendance, subjects discussed,
and names of individual(s) who conducted the meeting.  Maintain
documentation on-site and furnish copies to the Contracting Officer on
request.  Notify the Contracting Officer of all scheduled meetings 7
calendar days in advance.

1.7   ACCIDENT PREVENTION PLAN (APP)

A qualified person must prepare the written site-specific APP.  Prepare

RLB-0000087

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 61 of 150
Contract No. W912HY19C0015 (Specs)
JV-D Contracting, Inc
88 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

the APP in accordance with the format and requirements of EM 385-1-1,
Appendix A, and as supplemented herein.  Cover all paragraph and
subparagraph elements in EM 385-1-1, Appendix A.  The APP must be
job-specific and address any unusual or unique aspects of the project or
activity for which it is written.  The APP must interface with the
Contractor's overall safety and health program referenced in the APP in
the applicable APP element, and made site-specific.  Describe the methods
to evaluate past safety performance of potential subcontractors in the
selection process.  Also, describe innovative methods used to ensure and
monitor safe work practices of subcontractors.  The Government considers
the Prime Contractor to be the "controlling authority" for all work site
safety and health of the subcontractors.  Contractors are responsible for
informing their subcontractors of the safety provisions under the terms of
the contract and the penalties for noncompliance, coordinating the work to
prevent one craft from interfering with or creating hazardous working
conditions for other crafts, and inspecting subcontractor operations to
ensure that accident prevention responsibilities are being carried out.
The APP must be signed by an officer of the firm (Prime Contractor senior
person), the individual preparing the APP, the on-site superintendent, the
designated SSHO, the Contractor Quality Control Manager, and any
designated Certified Safety Professional (CSP) or Certified Health
Physicist (CHP).  The SSHO must provide and maintain the APP and a log of
signatures by each subcontractor foreman, attesting that they have read
and understand the APP, and make the APP and log available on-site to the
Contracting Officer.  If English is not the foreman's primary language,
the Prime Contractor will provide an interpreter.

Submit the APP to the Contracting Officer 15 calendar days after award of
the contract for acceptance.  Work cannot proceed without an accepted
APP.  Once reviewed and accepted by the Contracting Officer, the APP and
attachments will be enforced as part of the contract.  Disregarding the
provisions of this Contract or the accepted APP is cause for stopping of
work, at the discretion of the Contracting Officer, until the matter has
been rectified.  Continuously review and amend the APP, as necessary,
throughout the life of the contract.  Changes to the accepted APP must be
made with the knowledge and concurrence of the Contracting Officer,
project superintendent, SSHO and Quality Control Manager.  Incorporate
unusual or high-hazard activities not identified in the original APP as
they are discovered.  Should any severe hazard exposure (i.e. imminent
danger) become evident, stop work in the area, secure the area, and
develop a plan to remove the exposure and control the hazard.  Notify the
Contracting Officer within 24 hours of discovery.  Eliminate and remove
the hazard.  In the interim, take all necessary action to restore and
maintain safe working conditions in order to safeguard onsite personnel,
visitors, the public (as defined by ASSP A10.34), and the environment.

1.7.1   Names and Qualifications

Provide plans in accordance with the requirements outlined in Appendix A
of EM 385-1-1, including the following:

a.   Names and qualifications (resumes including education, training,
     experience and certifications) of site safety and health personnel
     designated to perform work on this project to include the designated
     Site Safety and Health Officer and other competent and qualified
     personnel to be used.  Specify the duties of each position.

b.   Qualifications of competent and of qualified persons.  As a minimum,
     designate and submit qualifications of competent persons for each of

RLB-0000088

the following major areas: excavation; scaffolding; fall protection;
hazardous energy; confined space; health hazard recognition,
evaluation and control of chemical, physical and biological agents;
and personal protective equipment and clothing to include selection,
use and maintenance.

1.7.2   Plans

Provide plans in the APP in accordance with the requirements outlined in
Appendix A of EM 385-1-1, including the following:

1.7.2.1   Confined Space Entry Plan

Develop a confined or enclosed space entry plan in accordance with
EM 385-1-1, applicable OSHA standards 29 CFR 1910, 29 CFR 1915, and
29 CFR 1926, OSHA Directive CPL 2.100, and any other federal, state and
local regulatory requirements identified in this contract.  Identify the
qualified person's name and qualifications, training, and experience.
Delineate the qualified person's authority to direct work stoppage in the
event of hazardous conditions.  Include procedure for rescue by contractor
personnel and the coordination with emergency responders.  (If there is no
confined space work, include a statement that no confined space work
exists and none will be created.)

1.7.2.2   Standard Lift Plan (SLP)

Plan lifts to avoid situations where the operator cannot maintain safe
control of the lift.  Prepare a written SLP in accordance with EM 385-1-1,
Section 16.A.03, and using Form 16-2 for every lift or series of lifts (if
duty cycle or routine lifts are being performed).  The SLP must be
developed, reviewed and accepted by all personnel involved in the lift in
conjunction with the associated AHA.  Signature on the AHA constitutes
acceptance of the plan.  Maintain the SLP on the LHE for the current
lift(s) being made.  Maintain historical SLPs for a minimum of 3 months.

1.7.2.3   Barge Mounted Mobile Crane Lift Plan

Provide a Naval Architecture Analysis and include an LHE Manufacturer's
Floating Service Load Chart in accordance with EM 385-1-1, Section 16.L.03.

1.7.2.4   Multi-Purpose Machines, Material Handling Equipment, and
Construction Equipment Lift Plan

Multi-purpose machines, material handling equipment, and construction
equipment used to lift loads that are suspended by rigging gear, require
proof of authorization from the machine OEM that the machine is capable of
making lifts of loads suspended by rigging equipment.   Written approval
from a qualified registered professional engineer, after a safety analysis
is performed, is allowed in lieu of the OEM's approval.  Demonstrate that
the operator is properly trained and that the equipment is properly
configured to make such lifts and is equipped with a load chart.

1.7.2.5   Critical Lift Plan - Crane or Load Handling Equipment

Provide a Critical Lift Plan as required by EM 385-1-1, Section 16.H.01,
using Form 16-3.  In addition, Critical Lift Plans are required for the
following:

RLB-0000089

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.7.2.5.1   Lifts over 50 percent of the capacity of barge mounted mobile crane's hoist.

1.7.2.5.2   When working around energized power lines where the work will get closer than the minimum clearance distance in EM 385-1-1 Table 16-1.e

1.7.2.5.3   For lifts with anticipated binding conditions.

1.7.2.5.4   When erecting cranes.

1.7.2.5.5   Critical Lift Plan Planning and Schedule

  Critical lifts require detailed planning and additional or unusual safety precautions.  Develop and submit a critical lift plan to the Contracting Officer 30 calendar days prior to critical lift.  Comply with load testing requirements in accordance with EM 385-1-1, Section 16.F.03.

1.7.2.5.6   Lifts of Personnel

  In addition to the requirements of EM 385-1-1, Section 16.H.02, for lifts of personnel, demonstrate compliance with the requirements of 29 CFR 1926.1400 and EM 385-1-1, Section 16.T.

1.7.2.6   Rescue and Evacuation Plan

  Provide a Rescue and Evacuation Plan in accordance with EM 385-1-1 Section 21.N and ASSP Z359.2, and include in the FP&P Plan and as part of the APP.  Include a detailed discussion of the following: methods of rescue; methods of self-rescue; equipment used; training requirement; specialized training for the rescuers; procedures for requesting rescue and medical assistance; and transportation routes to a medical facility.

1.7.2.7   Fall Protection and Prevention (FP&P) Plan

  The plan must comply with the requirements of EM 385-1-1, Section 21.D and ASSP Z359.2, be site specific, and address all fall hazards in the work place and during different phases of construction.  Address how to protect and prevent workers from falling to lower levels when they are exposed to fall hazards above 6 feet.  A competent person or qualified person for fall protection must prepare and sign the plan documentation.  Include fall protection and prevention systems, equipment and methods employed for every phase of work, roles and responsibilities, assisted rescue, self-rescue and evacuation procedures, training requirements, and monitoring methods.  Review and revise, as necessary, the Fall Protection and Prevention Plan documentation as conditions change, but at a minimum every six months, for lengthy projects, reflecting any changes during the course of construction due to changes in personnel, equipment, systems or work habits.  Keep and maintain the accepted Fall Protection and Prevention Plan documentation at the job site for the duration of the project.  Include the Fall Protection and Prevention Plan documentation in the Accident Prevention Plan (APP).

1.7.2.8   Hazardous Energy Control Program (HECP)

  Develop a HECP in accordance with EM EM 385-1-1 Section 12, 29 CFR 1910.147, 29 CFR 1910.333, 29 CFR 1915.89, ASSP Z244.1, and ASSP A10.44.  Submit this HECP as part of the Accident Prevention Plan (APP).  Conduct a preparatory meeting and inspection with all effected personnel to

RLB-0000090

coordinate all HECP activities.  Document this meeting and inspection in
accordance with EM 385-1-1, Section 12.A.02.  Ensure that each employee is
familiar with and complies with these procedures.

## 1.8   ACTIVITY HAZARD ANALYSIS (AHA)

Before beginning each activity, task or Definable Feature of Work (DFOW)
involving a type of work presenting hazards not experienced in previous
project operations, or where a new work crew or subcontractor is to
perform the work, the Contractor(s) performing that work activity must
prepare an AHA.  AHAs must be developed by the Prime Contractor,
subcontractor, or supplier performing the work, and provided for Prime
Contractor review and approval before submitting to the Contracting
Officer.  AHAs must be signed by the SSHO, Superintendent, QC Manager and
the subcontractor Foreman performing the work.  Format the AHA in
accordance with EM 385-1-1, Section 1 or as directed by the Contracting
Officer.  Submit the AHA for review at least 15 working days prior to the
start of each activity task, or DFOW.  The Government reserves the right
to require the Contractor to revise and resubmit the AHA if it fails to
effectively identify the work sequences, specific anticipated hazards,
site conditions, equipment, materials, personnel and the control measures
to be implemented.

AHAs must identify competent persons required for phases involving high
risk activities, including confined entry, crane and rigging, excavations,
trenching, electrical work, fall protection, and scaffolding.

### 1.8.1   AHA Management

Review the AHA list periodically (at least monthly) at the Contractor
supervisory safety meeting, and update as necessary when procedures,
scheduling, or hazards change.  Use the AHA during daily inspections by
the SSHO to ensure the implementation and effectiveness of the required
safety and health controls for that work activity.

### 1.8.2   AHA Signature Log

Each employee performing work as part of an activity, task or DFOW must
review the AHA for that work and sign a signature log specifically
maintained for that AHA prior to starting work on that activity.  The SSHO
will maintain a signature log on site for every AHA.  Provide employees
whose primary language is other than English, with an interpreter to
ensure a clear understanding of the AHA and its contents.

## 1.9   DISPLAY OF SAFETY INFORMATION

### 1.9.1   Safety Bulletin Board

Within one calendar day after commencement of work, erect a safety
bulletin board at the job site.  Where size, duration, or logistics of
project do not facilitate a bulletin board, an alternative method,
acceptable to the Contracting Officer, that is accessible and includes all
mandatory information for employee and visitor review, may be deemed as
meeting the requirement for a bulletin board.  Include and maintain
information on safety bulletin board as required by EM 385-1-1, Section
01.A.07.  Additional items required to be posted include:

a.  Confined space entry permit.

RLB-0000091

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

   b.  Hot work permit.

1.9.2   Safety and Occupational Health (SOH) Deficiency Tracking System

   Establish a SOH deficiency tracking system that lists and monitors the
   status of SOH deficiencies in chronological order.  Use the tracking
   system to evaluate the effectiveness of the APP.  A monthly evaluation of
   the data will be discussed in the QC or SOH meeting with everyone on the
   project. The list will be posted on the project bulletin board and updated
   daily, and provide the following information:

       a.  Date deficiency identified;

       b.  Description of deficiency;

       c.  Name of person responsible for correcting deficiency;

       d.  Projected resolution date;

       e.  Date actually resolved.

1.10    SITE SAFETY REFERENCE MATERIALS

   Maintain safety-related references applicable to the project, including
   those listed in paragraph REFERENCES.  Maintain applicable equipment
   manufacturer's manuals and Materials Safety Data Sheets (MSDS).

1.11    EMERGENCY MEDICAL TREATMENT

   Contractors must arrange for their own emergency medical treatment in
   accordance with EM 385-1-1.  Government has no responsibility to provide
   emergency medical treatment.

1.12    NOTIFICATIONS AND REPORTS

1.12.1   Mishap Notification

   Notify the Contracting Officer as soon as practical, but no more than
   twenty-four hours, after any mishaps, including recordable accidents,
   incidents, and near misses, as defined in EM 385-1-1 Appendix Q,  any
   report of injury, illness, load handling equipment (LHE) or rigging
   mishaps, or any property damage.  The Contractor is responsible for
   obtaining appropriate medical and emergency assistance and for notifying
   fire, law enforcement, and regulatory agencies.  Immediate reporting is
   required for electrical mishaps, to include Arc Flash; shock; uncontrolled
   release of hazardous energy (includes electrical and non-electrical); load
   handling equipment or rigging; fall from height (any level other than same
   surface); and underwater diving.  These mishaps will be investigated in
   depth to identify all causes and to recommend hazard control measures.

   Within notification include Contractor name; contract title; type of
   contract; name of activity, installation or location where accident
   occurred; date and time of accident; names of personnel injured; extent of
   property damage, if any; extent of injury, if known, and brief description
   of accident (for example, type of construction equipment used and PPE
   used).  Preserve the conditions and evidence on the accident site until
   the Government investigation team arrives on-site and Government
   investigation is conducted.  Assist and cooperate fully with the
   Government's investigation(s) of any mishap.

RLB-0000092

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.12.2   Accident Reports

   a.   Conduct an accident investigation for recordable injuries and
        illnesses, property damage, and near misses as defined in EM 385-1-1,
        to establish the root cause(s) of the accident.  Complete the
        applicable USACE Accident Report Form 3394, and provide the report to
        the Contracting Officer with 5 calendar days of the accident.   The
        Contracting Officer will provide copies of any required or special
        forms.

   b.   Near Misses:   Near miss reports are considered positive and proactive
        Contractor safety management actions.

1.12.3   LHE Inspection Reports

   Submit LHE inspection reports required in accordance with EM 385-1-1 and
   as specified herein with Daily Reports of Inspections.

1.12.4   Certificate of Compliance and Pre-lift Plan/Checklist for LHE and
Rigging

   Provide a FORM 16-1 Certificate of Compliance for LHE entering an activity
   under this contract and in accordance with EM 385-1-1.   Post
   certifications on the crane.

   Develop a Standard Lift Plan (SLP) in accordance with EM 385-1-1, Section
   16.H.03 using Form 16-2 Standard Pre-Lift Crane Plan/Checklist for each
   lift planned.   Submit SLP to the Contracting Officer for approval within
   15 calendar days in advance of planned lift.

1.13   HOT WORK

1.13.1   Permit and Personnel Requirements

   Submit and obtain a written permit prior to performing "Hot Work" (i.e.
   welding or cutting) or operating other flame-producing/spark producing
   devices.

   Provide at least two 9 kg 20 pound 4A:20 BC rated extinguishers for normal
   "Hot Work".   The extinguishers must be current inspection tagged, and
   contain an approved safety pin and tamper resistant seal.   It is also
   mandatory to have a designated FIRE WATCH for any "Hot Work" done at this
   activity.   The Fire Watch must be trained in accordance with NFPA 51B and
   remain on-site for a minimum of one hour after completion of the task or
   as specified on the hot work permit.

   When starting work in the facility, require personnel to familiarize
   themselves with the location of the nearest fire alarm boxes and place in
   memory the emergency Fire Division phone number.   REPORT ANY FIRE, NO
   MATTER HOW SMALL, TO THE RESPONSIBLE CONTRACTING OFFICER IMMEDIATELY.

1.13.1.1   Work Around Flammable Materials

   Obtain permit approval from a NFPA Certified Marine Chemist for "HOT WORK"
   within or around flammable materials (such as fuel systems or
   welding/cutting on fuel pipes) or confined spaces (such as sewer wet
   wells, manholes, or vaults) that have the potential for flammable or
   explosive atmospheres.

RLB-0000093

Whenever these materials, except beryllium and chromium (VI), are
encountered in indoor operations, local mechanical exhaust ventilation
systems that are sufficient to reduce and maintain personal exposures to
within acceptable limits must be used and maintained in accordance with
manufacturer's instruction and supplemented by exceptions noted in
EM 385-1-1, Section 06.H

1.13.2   Work Around Flammable Materials

Obtain permit approval from a NFPA Certified Marine Chemist for "HOT WORK"
within or around flammable materials (such as fuel systems or
welding/cutting on fuel pipes) or confined spaces (such as sewer wet
wells, manholes, or vaults) that have the potential for flammable or
explosive atmospheres.

Whenever these materials, except beryllium and chromium (VI), are
encountered in indoor operations, local mechanical exhaust ventilation
systems that are sufficient to reduce and maintain personal exposures to
within acceptable limits will be used and maintained in accordance with
manufacturer's instruction and supplemented by exceptions noted in
EM 385-1-1, Section 06.H

1.14   CONFINED SPACE ENTRY REQUIREMENTS

Confined space entry must comply with Section 34 of EM 385-1-1, OSHA
29 CFR 1926, OSHA 29 CFR 1910, OSHA 29 CFR 1910.146, and OSHA Directive
CPL 2.100. Any potential for a hazard in the confined space requires a
permit system to be used.

1.14.1   Entry Procedures

Prohibit entry into a confined space by personnel for any purpose,
including hot work, until the qualified person has conducted appropriate
tests to ensure the confined or enclosed space is safe for the work
intended and that all potential hazards are controlled or eliminated and
documented.  Comply with EM 385-1-1, Section 34 for entry procedures.
Hazards pertaining to the space must be reviewed with each employee during
review of the AHA.

1.14.2   Forced Air Ventilation

Forced air ventilation is required for all confined space entry operations
and the minimum air exchange requirements must be maintained to ensure
exposure to any hazardous atmosphere is kept below its action level.

1.14.3   Rescue Procedures and Coordination with Local Emergency Responders

Develop and implement an on-site rescue and recovery plan and procedures.
The rescue plan must not rely on local emergency responders for rescue
from a confined space.

1.15   DIVE SAFETY REQUIREMENTS

Develop a Safe Practice Manual, Dive Operations Plan, AHA, emergency
management plan, and personnel list that includes qualifications, for each
separate diving operation.  Submit these documents to the District Dive
Coordinator (DDC) for review and acceptance at least seven working days
prior to commencement of diving operations.  These documents will be at

RLB-0000094

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 68 of 150
Contract No. W912HY19C0015 (Specs)
JE_DG_Contracting, Inc
95 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

the diving location at all times.  Provide each of these documents as a
part of the project file.

1.16    SEVERE STORM PLAN

A severe weather plan must be developed for floating plant, boats or other
marine activities that could be endangered by severe weather (including
but not limited to sudden and locally severe weather, storms, high winds,
hurricanes, and floods, plans must be made for removing or securing plant
and evacuation of personnel in emergencies.  This plan will meet the
requirements of Section 19.A.03 and 01.E.  In the event of a severe storm
warning, the Contractor must:

a.   Secure outside equipment and materials and place materials that could
     be damaged in protected areas.

b.   Check surrounding area, including roof, for loose material, equipment,
     debris, and other objects that could be blown away or against existing
     facilities.

c.   Ensure that temporary erosion controls are adequate.

PART 2    PRODUCTS (Not Used)

PART 3    EXECUTION

3.1    CONSTRUCTION AND OTHER WORK

Comply with EM 385-1-1, NFPA 70, NFPA 70E, NFPA 241, the APP, the AHA,
Federal and State OSHA regulations, and other related submittals and
activity fire and safety regulations.  The most stringent standard
prevails.

PPE is governed in all areas by the nature of the work the employee is
performing.  Use personal hearing protection at all times in designated
noise hazardous areas or when performing noise hazardous tasks.  Safety
glasses must be worn or carried/available on each person.  Mandatory PPE
includes:

a.   Hard Hat

b.   Long Pants

c.   Appropriate Safety Shoes

d.   Appropriate Class Reflective Vests

e.   Safety Glasses

3.1.1    Worksite Communication

Employees working alone in a remote location or away from other workers
must be provided an effective means of emergency communications (i.e.,
cellular phone, two-way radios, land-line telephones or other acceptable
means).  The selected communication must be readily available (easily
within the immediate reach) of the employee and must be tested prior to
the start of work to verify that it effectively operates in the
area/environment.  An employee check-in/check-out communication procedure
will be developed to ensure employee safety.

RLB-0000095

3.1.2   Hazardous Material Exclusions

Notwithstanding any other hazardous material used in this contract,
radioactive materials or instruments capable of producing
ionizing/non-ionizing radiation (with the exception of radioactive
material and devices used in accordance with EM 385-1-1 such as nuclear
density meters for compaction testing and laboratory equipment with
radioactive sources) as well as materials which contain asbestos, mercury
or polychlorinated biphenyls, di-isocyanates, lead-based paint, and
hexavalent chromium, are prohibited.  The Contracting Officer, upon
written request by the Contractor, may consider exceptions to the use of
any of the above excluded materials.  Low mercury lamps used within
fluorescent lighting fixtures are allowed as an exception without further
Contracting Officer approval.  Notify the Radiation Safety Officer (RSO)
prior to excepted items of radioactive material and devices being brought
on base.

3.1.3   Unforeseen Hazardous Material

If material(s) that may be hazardous to human health upon disturbance are
encountered during construction operations, stop that portion of work and
notify the Contracting Officer immediately.  Within calendar days the
Government will determine if the material is hazardous.  If material is
not hazardous or poses no danger, the Government will direct the
Contractor to proceed without change.  If material is hazardous and
handling of the material is necessary to accomplish the work, the
Government will issue a modification pursuant to FAR 52.243-4, "Changes"
and FAR 52.236-2, "Differing Site Conditions."

3.2   CONTROL OF HAZARDOUS ENERGY (LOCKOUT/TAGOUT)

Provide and operate a Hazardous Energy Control Program (HECP) in
accordance with EM 385-1-1 Section 12, 29 CFR 1910.333, 29 CFR 1915.89,
ASSP A10.44, NFPA 70E, and paragraph HAZARDOUS ENERGY CONTROL PROGRAM
(HECP).

3.2.1   Lockout/Tagout Removal

Upon completion of work, conduct lockout/tagout removal procedure in
accordance with the HECP.  In accordance with EM 385-1-1, Section 12.E.08,
each lock and tag must be removed from each energy isolating device by the
authorized individual or systems operator who applied the device.  Provide
formal notification to the Government (by completing the Government form
if provided by Contracting Officer's Representative), confirming that
steps of de-energization and lockout/tagout removal procedure have been
conducted and certified through inspection and verification.

3.3   EQUIPMENT

3.3.1   Material Handling Equipment (MHE)

The following requirements apply.  In exception, these requirements do not
apply to commercial truck mounted and articulating boom cranes used solely
to deliver material and supplies (not prefabricated components, structural
steel, or components of a systems-engineered metal building) where the
lift consists of moving materials and supplies from a truck or trailer to
the ground; to cranes installed on mechanics trucks that are used solely
in the repair of shore-based equipment; to crane that enter the activity

RLB-0000096

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 6 of 150
Contract No. W912HY19C0015 (Specs)
Joel E. Contracting, Inc
97 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

but are not used for lifting; nor to other machines not used to lift loads suspended by rigging equipment.  However, LHE accidents occurring during such operations must be reported.

a.  Material handling equipment such as forklifts must not be modified with work platform attachments for supporting employees unless specifically delineated in the manufacturer's printed operating instructions.  Material handling equipment fitted with personnel work platform attachments are prohibited from traveling or positioning while personnel are working on the platform.

b.  The use of hooks on equipment for lifting of material must be in accordance with manufacturer's printed instructions.  Material Handling Equipment Operators must be trained in accordance with OSHA 29 CFR 1910, Subpart N.

c.  Operators of forklifts or power industrial trucks must be licensed in accordance with OSHA.

3.3.2  Load Handling Equipment (LHE)

The following requirements apply.  In exception, these requirements do not apply to commercial truck mounted and articulating boom cranes used solely to deliver material and supplies (not prefabricated components, structural steel, or components of a systems-engineered metal building) where the lift consists of moving materials and supplies from a truck or trailer to the ground; to cranes installed on mechanics trucks that are used solely in the repair of shore-based equipment; to crane that enter the activity but are not used for lifting; nor to other machines not used to lift loads suspended by rigging equipment.  However, LHE accidents occurring during such operations must be reported.

a.  Equip cranes and derricks as specified in EM 385-1-1, Section 16. Weight handling equipment will meet the requirements listed below.

b.  Notify the Contracting Officer 10 working days in advance of any LHE entering the activity, in accordance with EM 385-1-1, Section 16.A.02, so that necessary quality assurance spot checks can be coordinated. Contractor's operator will remain with the crane during the spot check.  Rigging gear will comply with OSHA, ASME B30.9 Standards safety standards.

c.  Comply with the LHE manufacturer's specifications and limitations for erection and operation of cranes and hoists used in support of the work.  Perform erection under the supervision of a designated person (as defined in ASME B30.5).  Perform all testing in accordance with the manufacturer's recommended procedures.

d.  Comply with ASME B30.5 for mobile and locomotive cranes, ASME B30.22 for articulating boom cranes, ASME B30.3 for construction tower cranes, ASME B30.8 for floating cranes and floating derricks, ASME B30.9 for slings, ASME B30.20 for below the hook lifting devices and ASME B30.26 for rigging hardware.

e.  Under no circumstance will a Contractor make a lift at or above 90 percent of the cranes rated capacity in any configuration.

f.  When operating in the vicinity of overhead transmission lines, operators and riggers must be alert to this special hazard and follow

RLB-0000097

the requirements of EM 385-1-1 Section 11, and ASME B30.5 or ASME B30.22 as applicable.

g.  Do not use crane suspended personnel work platforms (baskets) unless the Contractor proves that using any other access to the work location would provide a greater hazard to the workers or is impossible.  Do not lift personnel with a line hoist or friction crane.  Additionally, submit a specific AHA for this work to the Contracting Officer. Ensure the activity and AHA are thoroughly reviewed by all involved personnel.

h.  Inspect, maintain, and recharge portable fire extinguishers as specified in NFPA 10, Standard for Portable Fire Extinguishers.

i.  All employees will keep clear of loads about to be lifted and of suspended loads, except for employees required to handle the load.

j.  Use cribbing when performing lifts on outriggers.

k.  The crane hook/block must be positioned directly over the load.  Side loading of the crane is prohibited.

l.  A physical barricade must be positioned to prevent personnel access where accessible areas of the LHE's rotating superstructure poses a risk of striking, pinching or crushing personnel.

m.  Maintain inspection records in accordance by EM 385-1-1, Section 16.D, including shift, monthly, and annual inspections, the signature of the person performing the inspection, and the serial number or other identifier of the LHE that was inspected.  Records must be available for review by the Contracting Officer.

n.  Maintain written reports of operational and load testing in accordance with EM 385-1-1, Section 16.F, listing the load test procedures used along with any repairs or alterations performed on the LHE.  Reports must be available for review by the Contracting Officer.

o.  Certify that all LHE operators have been trained in proper use of all safety devices (e.g. anti-two block devices).

p.  Take steps to ensure that wind speed does not contribute to loss of control of the load during lifting operations.  At wind speeds greater than 20 mph, the operator, rigger and lift supervisor will cease all crane operations, evaluate conditions and determine if the lift may proceed.  Base the determination to proceed or not on wind calculations per the manufacturer and a reduction in LHE rated capacity if applicable.  Include this maximum wind speed determination as part of the activity hazard analysis plan for that operation.

3.3.3   Machinery and Mechanized Equipment

a.  Proof of qualifications for operator must be kept on the project site for review.

b.  Manufacture specifications or owner's manual for the equipment must be on-site and reviewed for additional safety precautions or requirements that are sometimes not identified by OSHA or USACE EM 385-1-1. Incorporate such additional safety precautions or requirements into the AHAs.

RLB-0000098

3.4    SUBMERGED AND FLOATING PIPELINE

The Contractor will reference EM 385-1-1, Section 19.G.03 "Submerged and floating dredge pipeline" for regulations with the following exceptions:

(1)  Whenever buoyant or semi-buoyant pipeline is used, the dredge operator will assure that the pipeline remains fully submerged and on the bottom.  When it is necessary to raise the pipeline, proper clearances shall be made and maintained and the entire length of the pipeline will be adequately marked at an interval not to exceed 400 feetto clearly show the pipeline length and course.

(2)(a)  Indicators, such as signs or buoys that state "DANGER SUBMERGED PIPELINE" will be placed at the beginning and end of the pipeline.  In addition, indicators are required

(b)  Beginning in areas which reduce the charted depth by more than 10 percent, and, as a minimum, every 400 feet to clearly warn of the pipeline length and course.

(c)  Lengths of submerged pipeline located outside of the navigation channel, which reduce the charted depth by more than 10 percent, will be identified with high visibility buoys marked with 360 degree visibility retro-reflective tape, such as orange neoprene buoys, placed at an interval not to exceed 400 feet to clearly show the pipeline length and course.  Indicators meeting the requirements of (2)(a) above, will be placed midway between each high visibility buoy.

3.5    Utility Locations

Provide a third party, independent, private utility locating company to positively identify underground utilities in the work area in addition to any station locating service and coordinated with the station utility department.

3.5.1    Utility Location Verification

Physically verify underground utility locations, including utility depth, by hand digging using wood or fiberglass handled tools when any adjacent construction work is expected to come within three feet of the underground system.

3.6    ELECTRICAL

Perform electrical work in accordance with EM 385-1-1, Appendix A, Sections 11 and 12.

3.6.1    Portable Extension Cords

Size portable extension cords in accordance with manufacturer ratings for the tool to be powered and protected from damage.  Immediately removed from service all damaged extension cords.  Portable extension cords are to meet the requirements of EM 385-1-1, NFPA 70E, and OSHA electrical standards.

RLB-0000099

3.6.2   Conduct of Electrical Work

As delineated in EM 385-1-1, electrical work must be conducted in a
de-energized state unless there is no alternative method for accomplishing
the work.  In those cases obtain an energized work permit from the
Contracting Officer.  The energized work permit application must be
accompanied by the AHA and a summary of why the equipment/circuit needs to
be worked energized.  Underground electrical spaces must be certified safe
for entry before entering to conduct work.  Cables that will be cut must
be positively identified and de-energized prior to performing each cut.
Attach temporary grounds in accordance with ASTM F855 and IEEE 1048.
Perform all high voltage cable cutting remotely using hydraulic cutting
tool.  When racking in or live switching of circuit breakers, no
additional person other than the switch operator is allowed in the space
during the actual operation.  Plan so that work near energized parts is
minimized to the fullest extent possible.  Use of electrical outages clear
of any energized electrical sources is the preferred method.

When working in energized substations, only qualified electrical workers
are permitted to enter.  When work requires work near energized circuits
as defined by NFPA 70, high voltage personnel must use personal protective
equipment that includes, as a minimum, electrical hard hat, safety shoes,
insulating gloves and electrical arc flash protection for personnel as
required by NFPA 70E.  Insulating blankets, hearing protection, and
switching suits may also be required, depending on the specific job and as
delineated in the Contractor's AHA.  Ensure that each employee is familiar
with and complies with these procedures and 29 CFR 1910.147.

3.6.3   Qualifications

Electrical work must be performed by QP personnel with verifiable
credentials who are familiar with applicable code requirements.
Verifiable credentials consist of State, National and Local Certifications
or Licenses that a Master or Journeyman Electrician may hold, depending on
work being performed, and will be identified in the appropriate AHA.
Journeyman/Apprentice ratio will be in accordance with State, Local
requirements applicable to where work is being performed.

3.6.3.1   Arc Flash

Conduct a hazard analysis/arc flash hazard analysis whenever work on or
near energized parts greater than 50 volts is necessary, in accordance
with NFPA 70E.

All personnel entering the identified arc flash protection boundary must
be QPs and properly trained in NFPA 70E requirements and procedures.
Unless permitted by NFPA 70E, no Unqualified Person is permitted to
approach nearer than the Limited Approach Boundary of energized conductors
and circuit parts.  Training will be administered by an electrically
qualified source and documented.

3.6.3.2   Grounding

Ground electrical circuits, equipment and enclosures in accordance with
NFPA 70 and IEEE C2 to provide a permanent, continuous and effective path
to ground unless otherwise noted by EM 385-1-1.

Check grounding circuits to ensure that the circuit between the ground and
a grounded power conductor has a resistance low enough to permit

RLB-0000100

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

sufficient current flow to allow the fuse or circuit breaker to interrupt
the current.

3.6.3.3   Testing

Temporary electrical distribution systems and devices must be inspected,
tested and found acceptable for Ground-Fault Circuit Interrupter (GFCI)
protection, polarity, ground continuity, and ground resistance before
initial use, before use after modification and at least monthly.   Monthly
inspections and tests will be maintained for each temporary electrical
distribution system, and signed by the electrical CP or QP.


        -- End of Section --

RLB-0000101

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 42 00

SOURCES FOR REFERENCE PUBLICATIONS

PART 1   GENERAL

  1.1   REFERENCES
  1.2   ORDERING INFORMATION

PART 2   PRODUCTS

PART 3   EXECUTION

-- End of Section Table of Contents --

RLB-0000102

SECTION 01 42 00

SOURCES FOR REFERENCE PUBLICATIONS

PART 1    GENERAL

1.1    REFERENCES

Various publications are referenced in other sections of the
specifications to establish requirements for the work.  These references
are identified in each section by document number, date and title.  The
document number used in the citation is the number assigned by the
standards producing organization (e.g.   ASTM B564 Standard Specification
for Nickel Alloy Forgings).  However, when the standards producing
organization has not assigned a number to a document, an identifying
number has been assigned for reference purposes.

1.2    ORDERING INFORMATION

The addresses of the standards publishing organizations whose documents
are referenced in other sections of these specifications are listed below,
and if the source of the publications is different from the address of the
sponsoring organization, that information is also provided.

            AMERICAN SOCIETY OF SAFETY PROFESSIONALS (ASSP)
            520 N. Northwest Highway
            Park Ridge, IL 60068
            Ph:  847-699-2929
            Internet:  https://www.assp.org/

            ASME INTERNATIONAL (ASME)
            Two Park Avenue
            New York, NY  10016-5990
            Ph:    800-843-2763
            Fax:  973-882-1717
            E-mail:  customercare@asme.org
            Internet:  https://www.asme.org/

            ASTM INTERNATIONAL (ASTM)
            100 Barr Harbor Drive, P.O. Box C700
            West Conshohocken, PA  19428-2959
            Ph:    610-832-9500
            Fax:  610-832-9555
            E-mail:  service@astm.org
            Internet:  https://www.astm.org/

            INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS (IEEE)
            445 and 501 Hoes Lane
            Piscataway, NJ  08854-4141
            Ph:    732-981-0060 or 800-701-4333
            Fax:  732-981-9667
            E-mail: onlinesupport@ieee.org
            Internet:  https://www.ieee.org/

RLB-0000104

NATIONAL FIRE PROTECTION ASSOCIATION (NFPA)
1 Batterymarch Park
Quincy, MA  02169-7471
Ph:    800-344-3555
Fax:   800-593-6372
Internet:  https://www.nfpa.org


U.S. ARMY CORPS OF ENGINEERS (USACE)
CRD-C DOCUMENTS available on Internet:
http://www.wbdg.org/ffc/army-coe/standards
Order Other Documents from:
Official Publications of the Headquarters, USACE
E-mail:  hqpublications@usace.army.mil
Internet:  http://www.publications.usace.army.mil/
      or
https://www.hnc.usace.army.mil/Missions/Engineering-Directorate/TECHINFO/

U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)
8601 Adelphi Road
College Park, MD  20740-6001
Ph:  866-272-6272
Internet:  https://www.archives.gov/
Order documents from:
Superintendent of Documents
U.S. Government Publishing Office (GPO)
732 N. Capitol Street, NW
Washington, DC  20401
Ph:    202-512-1800 or 866-512-1800
Bookstore:  202-512-0132
Internet:  https://www.gpo.gov/

PART 2    PRODUCTS

  Not used

PART 3    EXECUTION

  Not used

        -- End of Section --

SECTION 01 42 00   Page 4

RLB-0000105

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 45 00.15 10

RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE(RMS CM)


PART 1    GENERAL

  1.1    REFERENCES
  1.2    MEASUREMENT AND PAYMENT
  1.3    CONTRACT ADMINISTRATION
    1.3.1    Correspondence and Electronic Communications
    1.3.2    Other Factors
  1.4    RMS SOFTWARE
  1.5    SYSTEM REQUIREMENTS
  1.6    CONTRACT DATABASE - GOVERNMENT
  1.7    CONTRACT DATABASE - CONTRACTOR
    1.7.1    Administration
      1.7.1.1    Contractor Information
      1.7.1.2    Subcontractor Information
      1.7.1.3    Correspondence
      1.7.1.4    Equipment
      1.7.1.5    Reports
      1.7.1.6    Request For Information (RFI)
    1.7.2    Finances
      1.7.2.1    Pay Activity Data
      1.7.2.2    Payment Requests
    1.7.3    Quality Control (QC)
      1.7.3.1    Quality Control (QC) Reports
      1.7.3.2    Deficiency Tracking.
      1.7.3.3    Three-Phase Control Meetings
      1.7.3.4    Labor and Equipment Hours
      1.7.3.5    Accident/Safety Reporting
      1.7.3.6    Definable Features of Work
      1.7.3.7    Activity Hazard Analysis
    1.7.4    Submittal Management
    1.7.5    Schedule
    1.7.6    Closeout
  1.8    IMPLEMENTATION
  1.9    NOTIFICATION OF NONCOMPLIANCE

PART 2    PRODUCTS   (Not Used)


PART 3    EXECUTION   (Not Used)


-- End of Section Table of Contents --

RLB-0000106

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION 01 45 00.15 10

RESIDENT MANAGEMENT SYSTEM CONTRACTOR MODE(RMS CM)


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this section to the extent referenced. The publications are referred to within the text by the basic designation only.

       U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                      (2014) Safety and Health Requirements
                                Manual

1.2   MEASUREMENT AND PAYMENT

The work of this section is not measured for payment. The Contractor is responsible for the work of this section, without any direct compensation other than the payment received for contract items.

1.3   CONTRACT ADMINISTRATION

The Government will use the Resident Management System (RMS) to assist in its monitoring and administration of this contract. The Government accesses the system using the Government Mode of RMS (RMS GM) and the Contractor accesses the system using the Contractor Mode (RMS CM). The term RMS will be used in the remainder of this section for both RMS GM and RMS CM. The joint Government-Contractor use of RMS facilitates electronic exchange of information and overall management of the contract. The Contractor accesses RMS to record, maintain, input, track, and electronically share information with the Government throughout the contract period in the following areas:

       Administration
       Finances
       Quality Control
       Submittal Monitoring
       Scheduling
       Closeout
       Import/Export of Data


1.3.1   Correspondence and Electronic Communications

For ease and speed of communications, exchange correspondence and other documents in electronic format to the maximum extent feasible. Some correspondence, including pay requests and payrolls, are also to be provided in paper format with original signatures. Paper documents will govern, in the event of discrepancy with the electronic version.

RLB-0000108

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.3.2   Other Factors

    Other portions of this document have a direct relationship to the
    reporting accomplished through RMS.  Particular attention is directed to
    FAR 52.236-15 Schedules for Construction Contracts; FAR 52.232-27 Prompt
    Payment for Construction Contracts; FAR 52.232-5 Payments Under
    Fixed-Priced Construction Contracts; Section 01 32 01.01 45 PROJECT
    SCHEDULE; Section 01 33 00 SUBMITTAL PROCEDURES; Section 01 35 26.01 45
    GOVERNMENTAL SAFETY REQUIREMENTS; and Section 01 45 01.00 QUALITY CONTROL.

1.4   RMS SOFTWARE

    RMS is a Windows-based program that can be run on a Windows-based PC
    meeting the requirements as specified in paragraph SYSTEM REQUIREMENTS.
    Download, install and be able to utilize the latest version of the RMS
    software within 7 calendar days of receipt of the Notice to Proceed.  RMS
    software, user manuals, access and installation instructions, program
    updates and training information are available from the RMS website (
    http://rmsdocumentation.com).  The Government and the Contractor will have
    different access authorities to the same contract database through RMS.
    The common database will be updated automatically each time a user
    finalizes an entry or change.

1.5   SYSTEM REQUIREMENTS

    The following is the recommended system configuration to run the
    Contractor Mode RMS for full utilization of all features for all types and
    sizes of contracts.  Smaller, less complicated, projects may not require
    the configuration levels described below.  Required configuration also
    noted below.

| Recommended RMS System Requirements | |
|---|---|
| Hardware | |
| Windows-based PC | 1.7 GHz i3; AMD A6 3650 GHz or higher processor (REQUIRED) |
| RAM | 8 GB |
| Hard drive disk | 100 GB space for sole use by RMS system |
| Monitor | Screen resolution 1366 x 768 |
| Mouse or other pointing device | |
| Windows compatible printer | Laser printer must have 4 MB+ of RAM |
| Connection to the Internet | minimum 4 Mbs per user |
| Software | |
| MS Windows | Windows 7 x 64 bit (RMS requires 64 bit O/S) or newer (REQUIRED) |

RLB-0000109

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

| Recommended RMS System Requirements | |
|---|---|
| Word Processing software | Viewer for MS Word 2013, MS Excel 2013 or newer (REQUIRED) |
| E-mail | MAPI compatible (REQUIRED) |
| Virus protection software | Regularly upgraded with all issued Manufacturer's updates and is able to detect most zero day viruses  (REQUIRED) |

## 1.6   CONTRACT DATABASE - GOVERNMENT

The Government will enter the basic contract award data in RMS prior to granting the Contractor access.  The Government entries into RMS will generally be related to submittal reviews, correspondence status, and Quality Assurance(QA)comments, as well as other miscellaneous administrative information.

## 1.7   CONTRACT DATABASE - CONTRACTOR

Contractor entries into RMS establish, maintain, and update data throughout the duration of the contract.  Contractor entries generally include prime and subcontractor information, daily reports, submittals, RFI's, schedule updates and payment requests.  RMS includes the ability to import attachments and export reports in many of the modules, including submittals.  The Contractor responsibilities for entries in RMS typically include the following items:

## 1.7.1   Administration

### 1.7.1.1   Contractor Information

Enter all current Contractor administrative data and information into RMS within 7 calendar days of receiving access to the contract in RMS.  This includes, but is not limited to, Contractor's name, address, telephone numbers, management staff, and other required items.

### 1.7.1.2   Subcontractor Information

Enter all missing subcontractor administrative data and information into RMS CM within 7 calendar days of receiving access to the contract in RMS or within 7 calendar days of the signing of the subcontractor agreement for agreements signed at a later date.  This includes name, trade, address, phone numbers, and other required information for all subcontractors.  A subcontractor is listed separately for each trade to be performed.

### 1.7.1.3   Correspondence

Identify all Contractor correspondence to the Government with a serial number.  Prefix correspondence initiated by the Contractor's site office with "S".  Prefix letters initiated by the Contractor's home (main) office with "H".  Letters are numbered starting from 0001.  (e.g., H-0001 or S-0001).  The Government's letters to the Contractor will be prefixed with "C" or "RFP".

RLB-0000110

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

1.7.1.4   Equipment

   Enter and maintain a current list of equipment planned for use or being
   used on the jobsite, including the most recent and planned equipment
   inspection dates.

1.7.1.5   Reports

   Track the status of the project utilizing the reports available in RMS.
   The value of these reports is reflective of the quality of the data
   input.  These reports include the Progress Payment Request worksheet,
   Quality Control (QC) comments, Submittal Register Status, and Three-Phase
   Control worksheets.

1.7.1.6   Request For Information (RFI)

   Create and track all Requests For Information (RFI) in the RMS
   Administration Module for Government review and response.

1.7.2   Finances

1.7.2.1   Pay Activity Data

   Develop and enter a list of pay activities in conjunction with the project
   schedule.  The sum of pay activities equals the total contract amount,
   including modifications.  Each pay activity must be assigned to a Contract
   Line Item Number (CLIN).  The sum of the activities assigned to a CLIN
   equals the amount of each CLIN.

1.7.2.2   Payment Requests

   Prepare all progress payment requests using RMS.  Update the work
   completed under the contract at least monthly, measured as percent or as
   specific quantities.  After the update, generate a payment request and
   prompt payment certification using RMS.  Submit the signed prompt payment
   certification and payment request as well as supporting data either
   electronically or by hard copy.  Unless waived by the Contracting Officer,
   a signed paper copy of the approved payment certification and request is
   also required and will govern in the event of discrepancy with the
   electronic version.

1.7.3   Quality Control (QC)

   Enter and track implementation of the 3-phase QC Control System, QC
   testing, transferred and installed property and warranties in RMS.
   Prepare daily reports, identify and track deficiencies, document progress
   of work, and support other Contractor QC requirements in RMS.  Maintain
   all data on a daily basis.  Insure that RMS reflects all quality control
   methods, tests and actions contained within the Contractor Quality Control
   (CQC) Plan and Government review comments of same within 7 calendar days
   of Government acceptance of the CQC Plan.

1.7.3.1   Quality Control (QC) Reports

   The Contractor's Quality Control (QC) Daily Report in RMS is the official
   report.  The Contractor can use other supplemental formats to record QC
   data, but information from any supplemental formats are to be consolidated
   and entered into the RMS QC Daily Report.  Any supplemental information
   may be entered into RMS as an attachment to the report.  QC Daily Reports

SECTION 01 45 00.15 10  Page 6

must be finalized and signed in RMS within 24 hours after the date covered
by the report. Provide the Government a printed signed copy of the QC
Daily Report, unless waived by the Contracting Officer.

1.7.3.2   Deficiency Tracking.

Use the QC Daily Report Module to enter and track deficiencies.
Deficiencies identified and entered into RMS by the Contractor or the
Government will be sequentially numbered with a QC or QA prefix for
tracking purposes. Enter each deficiency into RMS the same day that the
deficiency is identified. Monitor, track and resolve all QC and QA
entered deficiencies. A deficiency is not considered to be corrected
until the Government indicates concurrence in RMS.

1.7.3.3   Three-Phase Control Meetings

Maintain scheduled and actual dates and times of preparatory and initial
control meetings in RMS. Worksheets for the three-phase control meetings
are generated within RMS.

1.7.3.4   Labor and Equipment Hours

Enter labor and equipment exposure hours on a daily basis. Roll up the
labor and equipment exposure data into a monthly exposure report.

1.7.3.5   Accident/Safety Reporting

Both the Contractor and the Government enter safety related comments in
RMS as a deficiency. The Contractor must monitor, track and show
resolution for safety issues in the QC Daily Report area of the RMS QC
Module. In addition, follow all reporting requirements for accidents and
incidents as required in EM 385-1-1, Section 01 35 26.01 45 GOVERNMENTAL
SAFETY REQUIREMENTS and as required by any other applicable Federal, State
or local agencies.

1.7.3.6   Definable Features of Work

Enter each feature of work, as defined in the approved CQC Plan, into the
RMS QC Module. A feature of work may be associated with a single or
multiple pay activities, however a pay activity is only to be linked to a
single feature of work.

1.7.3.7   Activity Hazard Analysis

Import activity hazard analysis electronic document files into the RMS QC
Module utilizing the document package manager.

1.7.4   Submittal Management

Enter all current submittal register data and information into RMS within
7 calendar days of receiving access to the contract in RMS. The
information shown on the submittal register following the specification
Section 01 33 00 SUBMITTAL PROCEDURES will already be entered into the RMS
database when access is granted. Group electronic submittal documents
into transmittal packages to send to the Government, except very large
electronic files, samples, spare parts, mock ups, color boards, or where
hard copies are specifically required. Track transmittals and update the
submittal register in RMS on a daily basis throughout the duration of the
contract. Submit hard copies of all submittals unless waived by the

SECTION 01 45 00.15 10  Page 7

Contracting Officer.

1.7.5   Schedule

Enter and update the contract project schedule in RMS by either manually
entering all schedule data or by importing the Standard Data Exchange
Format (SDEF) file, based on the requirements in Section 01 32 01.01 45
PROJECT SCHEDULE.

1.7.6   Closeout

Closeout documents, processes and forms are managed and tracked in RMS by
both the Contractor and the Government.  Ensure that all closeout
documents are entered, completed and documented within RMS.

1.8   IMPLEMENTATION

Use of RMS CM as described in the preceding paragraphs is mandatory.
Ensure that sufficient resources are available to maintain contract data
within the RMS CM system.  RMS CM is an integral part of the Contractor's
management of quality control.

1.9   NOTIFICATION OF NONCOMPLIANCE

Take corrective action within 7 calendar days after receipt of notice of
RMS non-compliance by the Contracting Officer.

PART 2   PRODUCTS   (Not Used)

PART 3   EXECUTION   (Not Used)

        -- End of Section --

RLB-0000113

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 45 01.00

QUALITY CONTROL

PART 1   GENERAL

  1.1   PAYMENT
  1.2   SUBMITTALS

PART 2   PRODUCTS (Not Used)

PART 3   EXECUTION

  3.1   GENERAL REQUIREMENTS
  3.2   CONTRACTOR QUALITY CONTROL (CQC) PLAN
    3.2.1   Content of the CQC Plan
    3.2.2   Acceptance of Plan
    3.2.3   Notification of Changes
  3.3   COORDINATION MEETING
  3.4   QUALITY CONTROL ORGANIZATION
    3.4.1   Personnel Requirements
    3.4.2   CQC System Manager
    3.4.3   CQC Personnel
    3.4.4   Additional Requirement
    3.4.5   Organizational Changes
  3.5   SUBMITTALS AND DELIVERABLES
  3.6   CONTROL
    3.6.1   Preparatory Phase
    3.6.2   Initial Phase
    3.6.3   Follow-up Phase
    3.6.4   Additional Preparatory and Initial Phases
  3.7   DOCUMENTATION
  3.8   NOTIFICATION OF NON-COMPLIANCE
  3.9   DREDGING
    3.9.1   Samples
    3.9.2   Hydrometer Method
    3.9.3   Weight-Volume Method
    3.9.4   Compliance Inspection
    3.9.5   Records

-- End of Section Table of Contents --

RLB-0000114

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION 01 45 01.00

QUALITY CONTROL

PART 1   GENERAL

1.1   PAYMENT

Separate payment will not be made for providing and maintaining an effective Quality Control program.  Include all associated costs in the applicable Bid Schedule item.

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation; submittals not having a "G" designation are for information only.  When used, a designation following the "G" designation identifies the office that will review the submittal for the Government.  Submit the following in accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES:

SD-01 Preconstruction Submittals

Contractor Quality Control (CQC) Plan; G

PART 2   PRODUCTS (Not Used)

PART 3   EXECUTION

3.1   GENERAL REQUIREMENTS

Establish and maintain an effective Quality Control (QC) system that complies with the CONTRACT CLAUSE titled INSPECTION OF CONSTRUCTION.  QC consists of plans, procedures, and organization necessary to produce an end product which complies with the Contract requirements.  The QC system will cover all construction operations, both onsite and offsite, and be keyed to the proposed  construction sequence.  The project superintendent will be held responsible for the quality of work and is subject to removal by the Contracting Officer for non-compliance with the quality requirements specified in the Contract.  In this context the highest level manager responsible for the overall construction activities at the site, including quality and production, is the project superintendent.  The project superintendent will maintain a physical presence at the site at all times and is responsible for all construction and related activities at the site, except as otherwise acceptable to the Contracting Officer.

3.2   CONTRACTOR QUALITY CONTROL (CQC) PLAN

Submit no later than 10 calendar days from the award date, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the CONTRACT CLAUSE titled INSPECTION OF CONSTRUCTION.  Dredging Construction will be permitted to begin only after acceptance of the CQC Plan.

3.2.1   Content of the CQC Plan

Include, as a minimum, the following to cover all construction operations, both onsite and offsite, including work by subcontractors, fabricators,

SECTION 01 45 01.00   Page 3

RLB-0000116

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

suppliers, and purchasing agents:

a.  A description of the quality control organization, including a chart
    showing lines of authority and acknowledgment that the CQC staff will
    implement the three phase control system for all aspects of the work
    specified.  Include a CQC System Manager who reports to the project
    superintendent.

b.  The name, qualifications (in resume format), duties, responsibilities,
    and authorities of each person assigned a CQC function.

c.  A copy of the letter to the CQC System Manager signed by an authorized
    official of the firm which describes the responsibilities and
    delegates sufficient authorities to adequately perform the functions
    of the CQC System Manager, including authority to stop work which is
    not in compliance with the contract.  Letters of direction to all
    other various quality control representatives outlining duties,
    authorities, and responsibilities will be issued by the CQC System
    Manager.  Copies of these letters will be furnished to the Government.

d.  Procedures for scheduling, reviewing, certifying, and managing
    submittals, including those of subcontractors, offsite fabricators,
    suppliers, and purchasing agents.  These procedures will be in
    accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES.

e.  Control, verification, and acceptance testing procedures for each
    specific test to include the test name, specification paragraph
    requiring test, feature of work to be tested, test frequency, and
    person responsible for each test.  (Laboratory facilities approved by
    the Contracting Officer will be used.)

f.  Procedures for tracking preparatory, initial, and follow-up control
    phases and control, verification, and acceptance tests including
    documentation.

g.  Procedures for tracking construction deficiencies from identification
    through acceptable corrective action.  Establish verification
    procedures that identified deficiencies have been corrected.

h.  Reporting procedures, including proposed reporting formats.

i.  A list of the definable features of work.  A definable feature of work
    is a task which is separate and distinct from other tasks, has
    separate control requirements, and may be identified by different
    trades or disciplines, or it may be work by the same trade in a
    different environment.  Although each section of the specifications
    may generally be considered as a definable feature of work, there are
    frequently more than one definable features under a particular
    section.  This list will be agreed upon during the coordination
    meeting.

3.2.2  Acceptance of Plan

Acceptance of the Contractor's Plan is required prior to the start of
dredging and construction.  Acceptance is conditional and will be
predicated on satisfactory performance during the construction.  The
Government reserves the right to require the Contractor to make changes in
the CQC Plan and operations including removal of personnel, as necessary,
to obtain the quality specified.

RLB-0000117

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.2.3   Notification of Changes

    After acceptance of the CQC Plan, notify the Contracting Officer in
    writing of proposed change.  Proposed changes are subject to acceptance by
    the Contracting Officer.

3.3   COORDINATION MEETING

    After the Preconstruction Conference, before start of construction,
    and prior to acceptance by the Government of the CQC Plan, meet with the
    Contracting Officer or Authorized Representative and discuss the CQC
    System.  During the meeting, a mutual understanding of the system details
    will be developed, including the forms for recording the CQC
    operationsoperations, control activities, testing, administration of the
    system for both onsite and offsite work, and the interrelationship of
    Contractor's Management and control with the Government's Quality
    Assurance.  Minutes of the meeting will be prepared by the Government,
    signed by both the Contractor and the Contracting Officer and will become
    a part of this Contract file.  There may be occasions when subsequent
    conferences will be called by either party to reconfirm mutual
    understandings and/or address deficiencies in the CQC system or procedures
    which may require corrective action by the Contractor.

3.4   QUALITY CONTROL ORGANIZATION

3.4.1   Personnel Requirements

    The requirements for the CQC organization are a Safety and Health Manager,
    CQC System Manager, and sufficient number of additional qualified
    personnel to ensure safety and Contract compliance.  The Safety and Health
    Manager will report directly to a senior project (or corporate) official
    independent from the CQC System Manager.  The Safety and Health Manager
    will also serve as a member of the CQC Staff  Personnel identified in the
    technical provisions as requiring specialized skills to assure the
    required work is being performed properly will also be included as part of
    the CQC organization.  The Contractor's CQC staff maintains a presence at
    the site at all times during progress of the work and have complete
    authority and responsibility to take actions necessary to ensure Contract
    compliance.  The CQC staff will be subject to acceptance by the
    Contracting Officer.  Provide adequate office space, filing systems and
    other resources as necessary to maintain an effective and fully functional
    CQC organization.  Promptly complete and furnish all letters, material
    submittals, shop drawing submittals, schedules, and all other project
    documentation to the CQC organization.  The CQC organization is
    responsible to maintain these documents and records at the site at all
    times, except as otherwise acceptable to the Contracting Officer.

3.4.2   CQC System Manager

    Identify as CQC System Manager an individual within the on-site work
    organization who is responsible for overall management of CQC and has the
    authority to act in every CQC issue for the Contractor.  The CQC System
    Manager is required to be a construction person with a minimum of 5 years
    in related work.
    This CQC System Manager is on the site at all times during construction
    and be employed by the prime Contractor.  The CQC System Manager is
    assigned no other duties.  Identify in the Plan an alternate to serve in
    the event of the CQC System Manager's absence.  The requirements for the

RLB-0000118

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

alternate are the same as the CQC System Manager.

3.4.3   CQC Personnel

In addition to CQC personnel specified elsewhere in the Contract, provide as part of the CQC organization specialized personnel to assist the CQC System Manager for the following areas: civil, .  These individuals or specialized technical companies are directly employed by the prime Contractor and can not be employed by a supplier or subcontractor on this project ; be responsible to the CQC System Manager; be physically present at the construction site during work on the specialized peronnel's areas of responsibility; have the necessary education and/or experience in accordance with the experience matrix listed herein.  These individuals have no other duties other than quality control .

| Experience Matrix | |
|---|---|
| Area | Qualifications |
| Civil | Graduate Civil Engineer or Construction Manager with 2 years experience in the type of work being performed on this project or technician with 5 years related experience |
| | |

3.4.4   Additional Requirement

In addition to the above experience and education requirements, the CQC System Manager and Alternate CQC System Manager are required to have completed the Construction Quality Management (CQM) For Contractors course.  If the CQC System Manager does not have a current certification, obtain the CQM for Contractors course certification within 90 days of award.  This course is periodically offered by the Army Corps of Engineers.  More information can be obtained from the web site: Construction Quality Management (CQM) for Contractors.

The Construction Quality Management Training certificate expires after 5 years.  If the CQC System Manager's certificate has expired, retake the course to remain current.

3.4.5   Organizational Changes

Maintain the CQC staff at full strength at all times.  When it is necessary to make changes to the CQC staff, revise the CQC Plan to reflect the changes and submit the changes for acceptance.

3.5   SUBMITTALS AND DELIVERABLES

Submittals, if needed, have to comply with the requirements in SECTION 01 33 00 SUBMITTAL PROCEDURES.  The CQC organization is responsible for certifying that all submittals and deliverables are in compliance with the Contract requirements.

RLB-0000119

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.6     CONTROL

CQC is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the Contract.  At least three phases of control are required to be conducted by the CQC System Manager for each definable feature of the construction work as follows:

3.6.1   Preparatory Phase

This phase is performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site.  This phase includes:

a.   A review of each paragraph of applicable specifications, reference codes, and standards.  Make available during the preparatory inspection a copy of those sections of referenced codes and standards applicable to that portion of the work to be accomplished in the field.  Maintain and make available in the field for use by Government personnel until final acceptance of the work.

b.   Review of the Contract drawings.

c.   Check to assure that all materials and/or equipment have been tested, submitted, and approved.

d.   Review of provisions that have been made to provide required control inspection and testing.

e.   Examination of the work area to assure that all required preliminary work has been completed and is in compliance with the contract.

f.   Examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g.   Review of the appropriate activity hazard analysis to assure safety requirements are met.

h.   Discussion of procedures for controlling quality of the work including repetitive deficiencies.  Document construction tolerances and workmanship standards for that feature of work.

i.   Check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j.   Discussion of the initial control phase.

k.   The Government needs to be notified at least 72 hours in advance of beginning the preparatory control phase.  Include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature.  Document the results of the preparatory phase actions by separate minutes prepared by the CQC System Manager and attach to the daily CQC report.  Instruct applicable workers as to the acceptable level of workmanship required in order to meet contract specifications.

SECTION 01 45 01.00   Page 7

RLB-0000120

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.6.2   Initial Phase

This phase is accomplished at the beginning of a definable feature of work.  Accomplish the following:

a.  Check work to ensure that it is in full compliance with contract requirements.  Review minutes of the preparatory meeting.

b.  Verify adequacy of controls to ensure full contract compliance. Verify required control inspection and testing are in compliance with the contract.

c.  Establish level of workmanship and verify that it meets minimum acceptable workmanship standards.  Compare with required sample panels as appropriate.

d.  Resolve all differences.

e.  Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis.  Review the activity analysis with each worker.

f.  The Government needs to be notified at least 24 hours in advance of beginning the initial phase for definable feature of work.  Prepare separate minutes of this phase by the CQC System Manager and attach to the daily CQC report.  Indicate the exact location of initial phase for definable feature of work for future reference and comparison with follow-up phases.

g.  The initial phase for definable feature of work should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3   Follow-up Phase

Perform daily checks to assure control activities, including control testing, are providing continued compliance with Contract requirements, until completion of the particular feature of work.  Record the checks in the CQC documentation.  Conduct final follow-up checks and correct deficiencies prior to the start of additional features of work which may be affected by the deficient work.  Do not build upon nor conceal non-conforming work.

3.6.4   Additional Preparatory and Initial Phases

Conduct additional preparatory and initial phases on the same definable features of work if:  the quality of on-going work is unacceptable; if there are changes in the applicable CQC staff, onsite production supervision or work crew; if work on a definable feature is resumed after a substantial period of inactivity; or if other problems develop.

3.7   DOCUMENTATION

Maintain current records providing factual evidence that required quality control activities and/or tests have been performed.  Include in these records the work of subcontractors and suppliers on an acceptable form that includes, as a minimum, the following information:

a.  The name and area of responsibility of the Contractor/Subcontractor.

SECTION 01 45 01.00  Page 8

RLB-0000127

    b.  Operating plant/equipment with hours worked, idle, or down for repair.

    c.  Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

    d.  Test and/or control activities performed with results and references to specifications/drawings requirements. Identify the control phase (Preparatory, Initial, Follow-up). List of deficiencies noted, along with corrective action.

    e.  Submittals and deliverables reviewed, with contract reference, by whom, and action taken.

    f.  Job safety evaluations stating what was checked, results, and instructions or corrective actions.

    g.  Instructions given/received and conflicts in plans and/or specifications.

Indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. Cover both conforming and deficient features and include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. Furnish the original and one copy of these records in report form to the Government daily within 24 hours after the date covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, prepare and submit one report for every 7 days of no work and on the last day of a no work period. All calendar days will be accounted for throughout the life of the Contract. The first report following a day of no work will be for that day only. Reports will be signed and dated by the CQC System Manager. Include copies of test reports and copies of reports prepared by all subordinate quality control personnel within the CQC System Manager Report.

3.8   NOTIFICATION OF NON-COMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. Take immediate corrective action after receipt of this notice. This notice, when delivered to the Contractor at the worksite, will be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to such stop orders will be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

3.9   DREDGING

Establish and maintain a QC System for dredging operations to assure compliance with Contract requirements and record its inspections and tests under this System including, but not limited to the following:

Discharge Effluent from each spillway and the corresponding receiving body of water will be sampled at least twice daily by the Contractor. When the effluent density exceeds 8 grams per liter more than the corresponding

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

density of the receiving body of water, the Contractor will immediately provide additional ponding capacity by raising the spillway invert, as necessary, or will discontinue dredge placement operations into the Placement Area until the effluent density returns to an acceptable 8 grams per liter differential.  The minimum frequency of sampling at the weir will be increased when the effluent density increases or nears the maximum specified limit.  Base samples of the receiving body of water will be taken upstream or opposite to the direction of tidal flow where the discharge effluent enters the channel.  Report the test results with proper unit labeling on the Daily Quality Control Reports and copies of the Report will be submitted to the Government.

### 3.9.1   Samples

Each sample at the weir will be made up by partially filling, without overflow, a 1 quart container with the mixture flowing over the weir at not less than three different places in the length of the weir and combining the mixture in a bucket or other suitable container submerged to a depth of not over 2 feet.  When settled solids are not present in the weir sample, the density will be determined by the hydrometer method. When settled solids are present in the weir sample, the density will be determined by both the hydrometer method and the weight-volume method.

### 3.9.2   Hydrometer Method

When the hydrometer method is used for density determination, an approved hydrometer, graduated to read in grams or liter of suspension will be used.  The water sample will be thoroughly mixed and transferred to a laboratory cylinder and the hydrometer used as specified by the manufacturer.

### 3.9.3   Weight-Volume Method

When the weight-volume method is used for density determination, the total sample will be measured to obtain volume in liters and weight in grams. Measurements will be made with a laboratory cylinder and a scale or balance capable of weighing the sample and cylinder to the nearest gram. The unit weight will then be obtained by dividing the total weight in grams by the total volume in liters.

### 3.9.4   Compliance Inspection

Government inspectors may elect to inspect and take water samples at random during the duration of the project.  Provide assistance necessary to the Government inspectors and will construct and maintain a hand railed walkway from the dike to each spillway and along the entire weir length when in use.

### 3.9.5   Records

A copy of the records of inspections, tests, and corrective action taken will be included in the daily quality control reports

-- End of Section --

RLB-0000123

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 50 00.00 45

TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS

PART 1   GENERAL

  1.1   REFERENCES
  1.2   HURRICANE CONDITION OF READINESS

PART 2   PRODUCTS

  2.1   TEMPORARY SIGNAGE
    2.1.1   Bulletin Board
    2.1.2   Construction Project and Safety Signs
    2.1.3   Placement Area Safety Signs

PART 3   EXECUTION

  3.1   EMPLOYEE PARKING
  3.2   TEMPORARY BULLETIN BOARD
  3.3   AVAILABILITY AND USE OF UTILITY SERVICES
  3.4   CONTRACTOR'S TEMPORARY FACILITIES
    3.4.1   Safety
    3.4.2   Appearance of Trailers
  3.5   GOVERNMENT FIELD OFFICE
    3.5.1   Resident Engineer's Office
    3.5.2   Trailer-Type Mobile Office
  3.6   CLEANUP

-- End of Section Table of Contents --

RLB-0000124

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION 01 50 00.00 45

TEMPORARY CONSTRUCTION FACILITIES AND CONTROLS


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

         U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                     (2014) Safety and Health Requirements
                               Manual

1.2   HURRICANE CONDITION OF READINESS

Unless directed otherwise, comply with:

   a.  Condition FOUR (Sustained winds of 50 knots or greater expected within
       72 hours):  Normal daily jobsite cleanup and good housekeeping
       practices.  Collect and store in piles or containers scrap lumber,
       waste material, and rubbish for removal and disposal at the close of
       each work day.  Maintain the construction site including storage
       areas, free of accumulation of debris.  Stack form lumber in neat
       piles less than 4 feet high.  Remove all debris, trash, or objects
       that could become missile hazards.

   b.  Condition THREE (Sustained winds of 50 knots or greater expected
       within 48 hours):  Maintain "Condition FOUR" requirements and commence
       securing operations necessary for "Condition ONE" which cannot be
       completed within 18 hours.  Cease all routine activities which might
       interfere with securing operations.  Commence securing and stow all
       gear and portable equipment.  Make preparations for securing
       buildings.  Review requirements pertaining to "Condition TWO" and
       continue action as necessary to attain "Condition THREE" readiness.
       Contact Contracting Officer for weather and COR updates and completion
       of required actions.

   c.  Condition TWO (Sustained winds of 50 knots or greater expected within
       24 hours):  Curtail or cease routine activities until securing
       operation is complete.  Reinforce or remove form work and
       scaffolding.  Secure machinery, tools, equipment, materials, or remove
       from the jobsite.  Expend every effort to clear all missile hazards
       and loose equipment from general base areas.  Contact Contracting
       Officer for weather and Condition of Readiness (COR) updates and
       completion of required actions.

   d.  Condition ONE.  (Sustained winds of 50 knots or greater expected
       within 12 hours):  Secure the jobsite, and leave Government premises.

RLB-0000126

PART 2    PRODUCTS

2.1    TEMPORARY SIGNAGE

2.1.1    Bulletin Board

Immediately upon beginning work, provide in accordance with USACE EM 385-1-1, a weatherproof glass-covered bulletin board not less than 36 by 48 inches in size and having not less than two hinged or sliding glazed doors with provisions for locking for displaying the Equal Employment Opportunity poster, a copy of the wage decision contained in the Contract, Wage Rate Information poster, and other information approved by the Contracting Officer.

The posters specified above, can be obtained from the U.S. Department of Labor.

2.1.2    Construction Project and Safety Signs

The requirements for the signs, their content, and locations are as specified in SECTION 01 58 13.01 45 PROJECT IDENTIFICATION. Erect signs within 15 days after receipt of the notice to proceed. Correct the data required by the safety sign daily, with light colored metallic or non-metallic numerals.

2.1.3    Placement Area Safety Signs

The Contractor shall furnish the materials and labor to erect a HDO-4 (High Density Overlaid) plywood Construction Project Identification Sign. The Project sign shall have lettering applied and installed in accordance with EP 310-1-6a and EP 310-1-6b. The sign shall be maintained in good condition throughout the construction performance time. The sign shall remain the property of the Contractor and shall be removed upon completion of the contract work.

The Contractor shall furnish and install ten (10) construction safety signs to notify the residents in the area of the dangers while pumping into the placement area. Each sign shall be displayed in English and Spanish, have the Port of Houston logo and the U.S. Army Corps of Engineers logo and read as follows:

KEEP OUT DREDGING CONSTRUCTION
DANGER RISK OF DROWNING

The signs shall be fabricated in accordance with EP 310-1-6a and EP 310-1-6b. The signs shall be located approximately evenly spaced along the perimeter of the placement area. The signs shall remain the property of the Contractor and shall be removed upon completion of work.

PART 3    EXECUTION

3.1    EMPLOYEE PARKING

Contractor employees will park privately owned vehicles in an area furnished by the Contractor. This area will be within reasonable walking distance of the landing.

RLB-0000127

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.2   TEMPORARY BULLETIN BOARD

Locate the bulletin board at the project site in a conspicuous place
easily accessible to all employees, as approved by the Contracting Officer.

3.3   AVAILABILITY AND USE OF UTILITY SERVICES

Provide temporary utilities required for construction.  Materials may be
new or used, will be adequate for the required usage, not create unsafe
conditions, and not violate applicable codes and standards.

Utilities will not be furnished by the Government.

3.4   CONTRACTOR'S TEMPORARY FACILITIES

3.4.1   Safety

Protect the integrity of any installed safety systems or personnel safety
devices.  If entrance into systems serving safety devices is required, the
Contractor will obtain prior approval from the Contracting Officer.  If it
is temporarily necessary to remove or disable personnel safety devices in
order to accomplish contract requirements, provide alternative means of
protection prior to removing or disabling any permanently installed safety
devices or equipment and obtain approval from the Contracting Officer.

3.4.2   Appearance of Trailers

a.  Trailers utilized by the Contractor for administrative or material
    storage purposes are to present a clean and neat exterior appearance
    and be in a state of good repair.  Trailers which, in the opinion of
    the Contracting Officer, require exterior painting or maintenance will
    not be allowed on facility property.

b   Maintain the temporary facilities.  Failure to do so will be sufficient
    reason to require their removal..

3.5   GOVERNMENT FIELD OFFICE

3.5.1   Resident Engineer's Office

Provide the Government Resident Engineer with an office, approximately 200
square feet in floor area, located where directed and providing space
heat, air conditioning, electric light and power, and toilet facilities
consisting of one lavatory and one water closet complete with connections
to water and sewer mains.  Include a 4 by 8 foot plan table, computer work
space a standard size office desk and chair, and high speed internet
service.  At completion of the project, the office will remain the
property of the Contractor and be removed from the site.  Utilities will
be connected and disconnected in accordance with local codes and to the
satisfaction of the Contracting Officer.

3.5.2   Trailer-Type Mobile Office

The Contractor may, at its discretion furnish and maintain a trailer-type
mobile office acceptable to the Contracting Officer and providing as a
minimum the facilities specified above.  Securely anchor the trailer to
the ground at all four corners to guard against movement during high winds.

RLB-0000128

SWG FILE NO.: HSC 401-579                     SOLICITATION NO.: W912HY19B0028

3.6    CLEANUP

Remove construction debris, waste materials, packaging material and the
like from the work site daily.  Any dirt or mud which is tracked onto
paved or surfaced roadways will be cleaned away.  Store any salvageable
materials resulting from demolition activities within the fenced area
described above or at the supplemental storage area.  Neatly stack stored
materials not in trailers, whether new or salvaged.

                -- End of Section --

RLB-0000129

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 57 20.00 45

ENVIRONMENTAL PROTECTION


PART 1   GENERAL

　1.1   REFERENCES
　1.2   DEFINITIONS
　　1.2.1   Environmental Pollution and Damage
　　1.2.2   Environmental Protection
　　1.2.3   Contractor Generated Hazardous Waste
　　1.2.4   Land Application for Discharge Water
　　1.2.5   Pesticide
　　1.2.6   Pests
　　1.2.7   Surface Discharge
　　1.2.8   Waters of the United States
　　1.2.9   Wetlands
　1.3   GENERAL REQUIREMENTS
　1.4   WORK IN QUARANTINED AREA
　1.5   SUBCONTRACTORS
　1.6   PAYMENT
　1.7   SUBMITTALS
　1.8   ENVIRONMENTAL PROTECTION PLAN
　　1.8.1   Compliance
　　1.8.2   Contents
　1.9   PROTECTION FEATURES
　1.10   ENVIRONMENTAL ASSESSMENT OF CONTRACT DEVIATIONS
　1.11   NOTIFICATION

PART 2   PRODUCTS (Not Used)


PART 3   EXECUTION

　3.1   ENVIRONMENTAL PERMITS AND COMMITMENTS
　3.2   LAND RESOURCES
　　3.2.1   Work Area Limits
　　3.2.2   Landscape
　　3.2.3   Erosion and Sediment Controls
　　3.2.4   Contractor Facilities and Work Areas
　3.3   WATER RESOURCES
　　3.3.1   Stream Crossings
　　3.3.2   Wetlands
　3.4   AIR RESOURCES
　　3.4.1   Particulates
　　3.4.2   Odors
　　3.4.3   Sound Intrusions
　　3.4.4   Burning
　3.5   CHEMICAL MATERIALS MANAGEMENT AND WASTE DISPOSAL
　　3.5.1   Solid Wastes


SECTION 01 57 20.00 45   Page 1


RLB-0000130

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

    3.5.2    Chemicals and Chemical Wastes
    3.5.3    Contractor Generated Hazardous Wastes and Excess Hazardous
        Materials
    3.5.4    Fuel and Lubricants
  3.6    RECYCLING AND WASTE MINIMIZATION
  3.7    HISTORICAL, ARCHAEOLOGICAL, AND CULTURAL RESOURCES
  3.8    BIOLOGICAL RESOURCES
  3.9    PREVIOUSLY USED EQUIPMENT
  3.10    MAINTENANCE OF POLLUTION FACILITIES
  3.11    TRAINING OF CONTRACTOR PERSONNEL
  3.12    POST CONSTRUCTION CLEANUP
  3.13    DREDGING
    3.13.1    Rules and Regulations
    3.13.2    Sanitation
    3.13.3    Air Pollutants
    3.13.4    Turbidity
    3.13.5    Hazardous Materials
    3.13.6    Human Life and Property
    3.13.7    Flow of Effluent
  3.14    DREDGE SPILL CONTINGENCY PLAN FOR CONFINED PLACEMENT AREAS
    3.14.1    Placement Area Monitoring
    3.14.2    Discharge Material Clean-up
    3.14.3    Silt Curtains
    3.14.4    Spill

-- End of Section Table of Contents --

RLB-0000131

SWG FILE NO.: HSC 401-579                        SOLICITATION NO.: W912HY19B0028


SECTION 01 57 20.00 45

ENVIRONMENTAL PROTECTION


PART 1   GENERAL

1.1   REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

        U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 385-1-1                      (2014) Safety and Health Requirements
                                Manual

WETLANDS DELINEATION MANUAL     (1987) Corps of Engineers Wetlands
                                Delineation Manual

        U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION (NARA)

33 CFR 328                      Definitions of Waters of the United States

40 CFR 261                      Identification and Listing of Hazardous
                                Waste

40 CFR 262                      Standards Applicable to Generators of
                                Hazardous Waste

40 CFR 279                      Standards for the Management of Used Oil

40 CFR 302                      Designation, Reportable Quantities, and
                                Notification

40 CFR 355                      Emergency Planning and Notification

40 CFR 68                       Chemical Accident Prevention Provisions

49 CFR 171 - 178                Hazardous Materials Regulations

1.2   DEFINITIONS

1.2.1   Environmental Pollution and Damage

Environmental pollution and damage is the presence of chemical, physical,
or biological elements or agents which adversely affect human health or
welfare; unfavorably alter ecological balances of importance to human
life; affect other species of importance to humankind; or degrade the
environment aesthetically, culturally and/or historically.

1.2.2   Environmental Protection

Environmental protection is the prevention/control of pollution and
habitat disruption that may occur to the environment during construction.

SECTION 01 57 20.00 45   Page 3

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

The control of environmental pollution and damage requires consideration
of land, water, and air; biological and cultural resources; and includes
management of visual aesthetics; noise; solid, chemical, gaseous, and
liquid waste; radiant energy; and radioactive material as well as other
pollutants.

1.2.3   Contractor Generated Hazardous Waste

Contractor generated hazardous waste means materials that, if abandoned or
disposed, may meet the definition of a hazardous waste.  These waste
streams will typically consist of material brought on-site by the
Contractor to execute work, but are not fully consumed during the course
of construction.  Examples include, but are not limited to excess paint
thinners, (i.e. methyl ethyl ketone, toluene etc.), waste thinners, excess
paints, excess solvents, waste solvents, and excess pesticides, and
contaminated pesticide equipment rinse water.

1.2.4   Land Application for Discharge Water

The term "Land Application" for discharge water implies that the
Contractor shall discharge water at a rate which allows the water to
percolate into the soil.  No sheeting action, soil erosion, discharge into
storm sewers, discharge into defined drainage areas, or discharge into the
"waters of the United States" shall occur.  Land Application shall be in
compliance with the applicable Federal, State, and local laws and
regulations.

1.2.5   Pesticide

Pesticide is defined as a substance or mixture of substances intended for
preventing, destroying, repelling, or mitigating pest, or intended for use
as a plant regulator, defoliant or desiccant.

1.2.6   Pests

The term "pests" includes arthropods, birds, rodents, nematodes, fungi,
bacteria, viruses, algae, snails, marine borers, snakes, weeds, and other
organisms (except for human or animal disease-causing organisms) that
adversely affect readiness, military operations, or the well-being of
personnel and animals; attack or damage real property, supplies,
equipment, or vegetation; or are otherwise undesirable.

1.2.7   Surface Discharge

The term "Surface Discharge" implies that the water is discharged with
possible sheeting action and subsequent soil erosion may occur.  Waters
that are surface discharged may terminate in drainage ditches, storm
sewers, creeks, and/or "waters of the United States" and will require a
permit to discharge water from the governing agency.

1.2.8   Waters of the United States

All waters which are under the jurisdiction of the Clean Water Act, as
defined in NARA 33 CFR 328.

1.2.9   Wetlands

Those areas that are inundated or saturated by surface or ground water at
a frequency and duration sufficient to support, and that under normal

RLB-0000133

circumstances do support, a prevalence of vegetation typically adapted for
life in saturated soil conditions. Wetlands generally include swamps,
marshes, and bogs. Official determination of whether or not an area is
classified as a wetland must be done in accordance with
WETLANDS DELINEATION MANUAL.

1.3   GENERAL REQUIREMENTS

Minimize environmental pollution and damage that may occur as the result
of construction operations. The environmental resources within the
project boundaries and those affected outside the limits of permanent work
must be protected during the entire duration of this Contract. Comply
with all applicable environmental Federal, State, and local laws and
regulations. Any delays resulting from failure to comply with
environmental laws and regulations will be the Contractor's responsibility.

1.4   WORK IN QUARANTINED AREA

The work called for by this Contract involves activities in counties
quarantined by the Department of Agriculture to prevent the spread of
certain plant pests which may be present in the soil. The Contractor
agrees that construction equipment and tools to be moved from Harris
County shall be thoroughly cleaned of soil residues at the construction
site with water under pressure and that hand tools shall be thoroughly
cleaned by brushing or other methods to remove the soil. In addition, if
this Contract involves the identification, shipping, storage, testing, or
disposal of soils from quarantined areas, the Contractor agrees to comply
with the provisions of ER 1110-1-5 - PLANT PEST QUARANTINED AREA AND
FOREIGN SOIL SAMPLES and its attachments. The Contractor agrees to assure
compliance with this obligation by all subcontractors.

1.5   SUBCONTRACTORS

Ensure compliance with this Section by subcontractors.

1.6   PAYMENT

No separate payment will be made for work covered under this section.
Payment of fees associated with environmental permits, application, and/or
notices obtained by the Contractor, and payment of all fines/fees for
violation or non-compliance with Federal, State, Regional and local laws
and regulations are the Contractor's responsibility. All costs associated
with this section must be included in the contract price.

1.7   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only. When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government. Submit the following
in accordance with the SECTION 01 33 00 SUBMITTAL PROCEDURES:

     SD-01 Preconstruction Submittals

          Environmental Protection Plan; G

               Within 10 calendar days from award date, submit in writing the
               Environmental Protection Plan. Approval of the Contractor's Plan
               will not relieve the Contractor of its responsibility for adequate

RLB-0000134

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 104 of 150
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
135 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

and continuing control of pollutants and other environmental
protection measures.

## 1.8   ENVIRONMENTAL PROTECTION PLAN

Prior to commencing construction activities or delivery of materials to
the site, submit an Environmental Protection Plan for review and approval
by the Contracting Officer.  The purpose of the Environmental Protection
Plan is to present a comprehensive overview of known or potential
environmental issues which the Contractor shall address during
construction.  Issues of concern shall be defined within the Environmental
Protection Plan as outlined in this Section.  Address each topic at a
level of detail commensurate with the environmental issue and required
construction task(s).  Topics or issues which are not identified in this
Section, but are considered necessary, shall be identified and discussed
after those items formally identified in this Section.  Prior to submittal
of the Environmental Protection Plan, meet with the Contracting Officer
for the purpose of discussing the implementation of the initial
Environmental Protection Plan; possible subsequent additions and revisions
to the Plan including reporting requirements; and methods for
administration of the Contractor's Environmental Plans.  The Environmental
Protection Plan shall be current and maintained on-site by the Contractor.

### 1.8.1   Compliance

No requirement in this Section will relieve the Contractor of the
applicable Federal, State, and local environmental protection laws and
regulations.  During construction, be responsible for identifying,
implementing, and submitting for approval of additional requirements to be
included in the Environmental Protection Plan.

### 1.8.2   Contents

Include in the Environmental Protection Plan, but not limit it to, the
following:

a.   Name(s) of person(s) within the Contractor's organization who is(are)
     responsible for ensuring adherence to the Environmental Protection
     Plan.

b.   Name(s) and qualifications of person(s) responsible for manifesting
     hazardous waste to be removed from the site, if applicable.

c.   Name(s) and qualifications of person(s) responsible for training the
     Contractor's environmental protection personnel.

d.   Description of the Contractor's environmental protection personnel
     training program.

e.   Include in the Spill Control plan the procedures, instructions, and
     reports to be used in the event of an unforeseen spill of a substance
     regulated by 40 CFR 68, 40 CFR 302, 40 CFR 355, or regulated under
     State or Local laws and regulations.  The Spill Control Plan
     supplements the requirements of EM 385-1-1.  Include in this plan, as
     a minimum:

     (1)  The name of the individual who will report any spills or
          hazardous substance releases and who will follow up with complete
          documentation.  This individual will immediately notify the

SECTION 01 57 20.00 45  Page 6

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 105 of 150
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
136 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

Contracting Officer and the local Fire Department in addition to the legally required Federal, State, and local reporting channels (including the National Response Center 1-800-424-8802) if a reportable quantity is released to the environment. Include in the plan a list of the required reporting channels and telephone numbers.

(2) The name and qualifications of the individual who will be responsible for implementing and supervising the containment and cleanup.

(3) Training requirements for Contractor's personnel and methods of accomplishing the training.

(4) A list of materials and equipment to be immediately available at the job site, tailored to cleanup work of the potential hazard(s) identified.

(5) The names and locations of suppliers of containment materials and locations of additional fuel oil recovery, cleanup, restoration, and material-placement equipment available in case of an unforeseen spill emergency.

(6) The methods and procedures to be used for expeditious contaminant cleanup.

f.  A non-hazardous solid waste disposal plan identifying methods and locations for solid waste disposal including clearing debris and schedules for disposal.

(1) Identify any subcontractors responsible for the transportation and disposal of solid waste. Submit licenses or permits for solid waste disposal sites that are not a commercial operating facility.

(2) Evidence of the disposal facility's acceptance of the solid waste must be attached to this plan during the construction. Attach a copy of each of the Non-hazardous Solid Waste Diversion Reports to the disposal plan. Submit the report for the previous quarter on the first working day after the first quarter that non-hazardous solid waste has been disposed or diverted (e.g. the first working day of January, April, July, and October).

(3) Indicate in the report the total amount of waste generated and total amount of waste diverted in cubic yards or tons along with the percent that was diverted.

(4) A recycling and solid waste minimization plan with a list of measures to reduce consumption of energy and natural resources. Detail in the plan the Contractor's actions to comply with and to participate in Federal, State, Regional, and local government sponsored recycling programs to reduce the volume of solid waste at the source.

g.  An air pollution control plan detailing provisions to assure that dust, debris, materials, trash, etc., do not become air borne and travel off the project site.

h.  A contaminant prevention plan that: identifies potentially hazardous substances to be used on the job site; identifies the intended actions

RLB-0000136

to prevent introduction of such materials into the air, water, or
ground; and details provisions for compliance with Federal, State, and
local laws and regulations for storage and handling of these
materials.  In accordance with EM 385-1-1, a copy of the  Safety Data
Sheets (MSDS) and the maximum quantity of each hazardous material to
be onsite at any given time must be included in the contaminant
prevention plan.  Update the plan as new hazardous materials are
brought onsite or removed from the site.

i.  A historical, archaeological, cultural resources biological resources
and wetlands plan that defines procedures for identifying and
protecting historical, archaeological, cultural resources, biological
resources and wetlands known to be on the project site: identifies
procedures to be followed if historical archaeological, cultural
resources, biological resources and wetlands not previously known to
be onsite or in the area are discovered during construction.  Include
in the plan methods to assure the protection of known or discovered
resources, identifying lines of communication between Contractor
personnel and the Contracting Officer.

j.  Dredged Spill Contingency Plan

1.9    PROTECTION FEATURES

This Paragraph supplements the CONTRACT CLAUSE PROTECTION OF EXISTING
VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS.  Prior to
start of any onsite construction activities, the Contractor and the
Contracting Officer will make a joint condition survey.  Immediately
following the survey, prepare a brief report including a plan describing
the features requiring protection under the provisions of the Contract
Clauses, which are not specifically identified on the drawings as
environmental features requiring protection along with the condition of
trees, shrubs, and grassed areas immediately adjacent to the site of work
and adjacent to the Contractor's assigned storage area and access
route(s), as applicable.  This survey report will be signed by both the
Contractor and Contracting Officer upon mutual agreement as to its
accuracy and completeness.  Protect those environmental features included
in the survey report and any indicated on the drawings, regardless of
interference which their preservation may cause to the work under this
Contract.

1.10    ENVIRONMENTAL ASSESSMENT OF CONTRACT DEVIATIONS

Any deviations from the drawings, plans, and specifications, requested by
the Contractor and which may have an environmental impact, will be subject
to approval and may require an extended review, processing, and approval
time.   The Contracting Officer reserves the right to disapprove alternate
methods, even if they are more cost effective, if the Contracting Officer
determines that the proposed alternate method will have an adverse
environmental impact.

1.11    NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any
observed noncompliance with Federal, State or local environmental laws or
regulations, permits, and other elements of the Contractor's Environmental
Protection plan.  After receipt of such notice, the Contractor will inform
the Contracting Officer of the proposed corrective action and take such
action when approved by the Contracting Officer.   The Contracting Officer

RLB-0000137

may issue an order stopping all or part of the work until satisfactory
corrective action has been taken.  No time extensions will be granted or
equitable adjustments allowed for any such suspensions.  This is in
addition to any other actions the Contracting Officer may take under the
contract, or in accordance with the Federal Acquisition Regulation or
Federal Law.

PART 2   PRODUCTS (Not Used)

PART 3   EXECUTION

3.1   ENVIRONMENTAL PERMITS AND COMMITMENTS

Obtaining and complying with environmental permits and commitments
required by Federal, State, Regional, and local environmental laws and
regulations is the Contractor's responsibility.

3.2   LAND RESOURCES

Confine all activities to areas defined by the drawings and
specifications.  Identify any land resources to be preserved within the
work area prior to the beginning of any construction.  Do not remove, cut,
deface, injure, or destroy land resources including trees, shrubs, vines,
grasses, topsoil, and land forms without approval, except in areas
indicated on the drawings or specified to be cleared.  Ropes, cables, or
guys will not be fastened to or attached to any trees for anchorage unless
specifically authorized.  Provide effective protection for land and
vegetation resources at all times, as defined in the following
subparagraphs.  Remove stone, soil, or other materials displaced into
uncleared areas.

3.2.1   Work Area Limits

Mark the areas that need not be disturbed under this contract prior to
commencing construction activities.  Mark or fence isolated areas within
the general work area which are not to be disturbed.  Protect monuments
and markers before construction operations commence.  Where construction
operations are to be conducted during darkness, any markers must be
visible in the dark.  The Contractor's personnel must be knowledgeable of
the purpose for marking and protecting particular objects.

3.2.2   Landscape

Trees, shrubs, vines, grasses, land forms and other landscape features
indicated and identified by the Contracting Officer to be preserved shall
be clearly identified by marking, fencing, wrapping with boards, or other
approved techniques.  Restore landscape features damaged or destroyed
during construction operations outside the limits of the approved work
area.

3.2.3   Erosion and Sediment Controls

Providing erosion and sediment control measures in accordance with
Federal, State of Texas, and local laws and regulations is the
Contractor's responsibility.  Select and maintain the erosion and sediment
controls such that water quality standards are not violated as a result of
construction activities.  The area of bare soil exposed at any one time by
construction operations should be kept to a minimum.  Construct or install
temporary and permanent erosion and sediment control Best Management

RLB-0000138

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

Practices (BMPs).  BMPs may include, but not be limited to, vegetation
cover, stream bank stabilization, slope stabilization, silt fences,
construction of terraces, interceptor channels, sediment traps, inlet and
outfall protection, diversion channels, and sedimentation basins.  Remove
temporary measures after the area has been stabilized.

3.2.4   Contractor Facilities and Work Areas

Place field offices, staging areas, stockpile storage, and temporary
buildings in areas designated on the drawings or as directed by the
Contracting Officer.  Temporary movement or relocation of Contractor
facilities will be made only when approved.  Erosion and sediment controls
must be provided for onsite borrow and spoil areas to prevent sediment
from entering nearby waters.  Temporary excavation and embankments for
plant and/or work areas must be controlled to protect adjacent areas.

3.3   WATER RESOURCES

Monitor all water areas affected by construction activities to prevent
pollution of surface and ground waters.  Do not apply toxic or hazardous
chemicals to soil or vegetation unless otherwise indicated.  For
construction activities immediately adjacent to impaired surface waters,
the Contractor must be capable of quantifying sediment or pollutant
loading to that surface water when required by State or Federally issued
Clean Water Act permits.

3.3.1   Stream Crossings

Stream crossings shall allow movement of materials or equipment without
violating water pollution control standards of the Federal, State, and
local governments.

3.3.2   Wetlands

Do not enter, disturb, destroy, or allow discharge of contaminants into
wetlands.

3.4   AIR RESOURCES

Equipment operation, activities, or processes will be in accordance with
all Federal and State air emission and performance laws and standards.

3.4.1   Particulates

Dust particles; aerosols and gaseous by-products from construction
activities; and processing and preparation of materials, such as from
asphaltic batch plants; must be controlled at all times, including
weekends, holidays and hours when work is not in progress.  Maintain
excavations, stockpiles, haul roads, permanent and temporary access roads,
plant sites, spoil areas, borrow areas, and other work areas within or
outside the project boundaries free from particulates which would cause
the Federal, State, and local air pollution standards to be exceeded or
which would cause a hazard or a nuisance.  Sprinkling, chemical treatment
of an approved type, baghouse, scrubbers, electrostatic precipitators or
other methods will be permitted to control particulates in the work area.
Sprinkling, to be efficient, must be repeated to keep the disturbed area
damp at all times.  Provide sufficient, competent equipment available to
accomplish these tasks.  Perform particulate control as the work proceeds
and whenever a particulate nuisance or hazard occurs.  Comply with all

SECTION 01 57 20.00 45   Page 10

RLB-0000139

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 109 of 150 (Specs)
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
140 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

State and local visibility regulations.

3.4.2   Odors

Odors from construction activities must be controlled at all times.  The odors must be in compliance with State regulations and local ordinances and may not constitute a health hazard.

3.4.3   Sound Intrusions

Keep construction activities under surveillance and control to minimize environment damage by noise.  Comply with the provisions of the State of Texas rules.

3.4.4   Burning

Burning is prohibited on the Government premises.

3.5   CHEMICAL MATERIALS MANAGEMENT AND WASTE DISPOSAL

Disposal of wastes shall be as directed below, unless otherwise specified in other sections or as shown.

3.5.1   Solid Wastes

Place solid wastes, excluding clearing debris, in containers which are emptied on a regular schedule.  Handling, storage, and disposal shall be conducted to prevent contamination.  Employ segregation measures so that no hazardous or toxic waste shall become co-mingled with solid waste.  Transport solid waste off Government property and dispose it in compliance with Federal, State, and local requirements for solid waste disposal.  A Subtitle D RCRA permitted landfill will be the minimum acceptable off-site solid waste disposal option.  Verify that the selected transporters and disposal facilities have the necessary permits and licenses to operate.

3.5.2   Chemicals and Chemical Wastes

Dispense chemicals ensuring no spillage to the ground or water.  Perform and document periodic inspections of dispensing areas to identify leakage and initiate corrective action.  This documentation will be periodically reviewed by the Government.  Collect chemical waste in corrosion resistant, compatible containers.  Collection drums shall be monitored and removed to a staging or storage area when contents are within 6 inches of the top.  Wastes will be classified, managed, stored, and disposed in accordance with Federal, State, and local laws and regulations.

3.5.3   Contractor Generated Hazardous Wastes and Excess Hazardous Materials

Hazardous wastes are defined in 40 CFR 261, or are as defined by applicable State and local regulations.  Hazardous materials are defined in 49 CFR 171 - 178.  At a minimum, manage and store hazardous waste in compliance with 40 CFR 262.  Take sufficient methods to prevent spillage of hazardous and toxic materials during dispensing.  Segregate hazardous waste from other materials and wastes, protect it from the weather by placing it in a safe covered location, and take precautionary measures, including berming or other appropriate methods against accidental spillage.  Storage, describing, packaging, labeling, marking, and placarding of hazardous waste and hazardous material in accordance with 49 CFR 171 - 178, State, and local laws and regulations is the

RLB-0000140

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 110 of 150 (Specs)
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
141 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

Contractor's responsibility.  Transport Contractor generated hazardous
waste off Government property within 30 days in accordance with the
Environmental Protection Agency and the Department of Transportation laws
and regulations.  Dispose of hazardous waste in compliance with Federal,
State and local laws and regulations.  Spills of hazardous or toxic
materials shall be immediately reported to the Contracting Officer.
Cleanup and cleanup costs due to spills are the Contractor's
responsibility.  The disposition of Contractor generated hazardous waste
and excess hazardous materials are the Contractor's responsibility.
Coordinate the disposition of hazardous waste with the the Contracting
Officer.

3.5.4   Fuel and Lubricants

Storage, fueling and lubrication of equipment and motor vehicles shall be
conducted in a manner that affords the maximum protection against spill
and evaporation.  Manage and store fuel, lubricants, and oil in accordance
with all Federal, State, Regional, and local laws and regulations.  Used
lubricants and used oil to be discarded shall be stored in marked
corrosion-resistant containers and recycled or disposed in accordance with
40 CFR 279, State, and local laws and regulations.  Storage of fuel on the
project site shall be in accordance with applicable Federal, State, and
local laws and regulations.

3.6    RECYCLING AND WASTE MINIMIZATION

The Contractor is encouraged to participate in State and local government
sponsored recycling programs.  The Contractor is further encouraged to
minimize solid waste generation throughout the duration of this project.

3.7    HISTORICAL, ARCHAEOLOGICAL, AND CULTURAL RESOURCES

Existing historical, archaeological, and cultural resources within the
Contractor's work area will be designated by the Contracting Officer and
the Contractor shall protect these resources and be responsible for their
preservation during the life of this Contract.  The resources shall be
preserved as they existed at the time they were pointed out to the
Contractor.  If during excavation, construction, or dredging activities
previously unidentified or unanticipated historical, archaeological, and
cultural resources are discovered or found, activities shall cease
pursuant to the CONTRACT CLAUSE entitled SUSPENSION OF WORK and the
Contracting Officer shall be notified by the fastest available method.

Resources covered by this Paragraph include, but are not limited to: any
human skeletal remains or burials; artifacts; shell, midden, bone,
charcoal, or other deposits; rock or coral alignments, pavings, wall, or
other constructed features; and indication of agricultural or other human
activities or shipwrecks.

After investigation by the Contracting Officer, the Contractor will be
instructed on the procedures to follow and if an unreasonable delay is
incurred or the work is changed, this Contract will be modified
accordingly.  Secure the area and prevent employees or other persons from
trespassing on, removing, or otherwise disturbing these resources.

3.8    BIOLOGICAL RESOURCES

Minimize interference with, disturbance to, and damage to fish, wildlife,
and plants including their habitat.  The protection of threatened and

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

endangered animal and plant species, including their habitat, is the
Contractor's responsibility in accordance with applicable Federal, State,
Regional, and local laws and regulations.

3.9    PREVIOUSLY USED EQUIPMENT

Clean previously used construction equipment prior to bringing it onto the
project site.  Ensure that the equipment is free from soil residuals, egg
deposits from plant pests, noxious weeds, and plant seeds.  Consult with
the USDA jurisdictional office for additional cleaning requirements.

3.10   MAINTENANCE OF POLLUTION FACILITIES

Maintain permanent and temporary pollution control facilities and devices
for the duration of this Contract or for that length of time construction
activities create the particular pollutant.

3.11   TRAINING OF CONTRACTOR PERSONNEL

The Contractor's personnel shall be trained in every phase of
environmental protection and pollution control.  Conduct environmental
protection and pollution control meetings for personnel prior to starting
construction activities.  Additional meetings shall be conducted for new
personnel and when site conditions change.  Include in the training and
meeting agenda:  methods of detecting and avoiding pollution;
familiarization with statutory and contractual pollution standards;
installation and care of devices, vegetative covers, and instruments
required for monitoring purposes to ensure adequate and continuous
environmental protection and pollution control; anticipated hazardous or
toxic chemicals or wastes, and other regulated contaminants; recognition
and protection of archaeological sites, artifacts, wetlands, and
endangered species and their habitat that are known to be in the area.

3.12   POST CONSTRUCTION CLEANUP

Clean up all areas used for construction in accordance with CONTRACT
CLAUSE entitled CLEANING UP.  Unless otherwise instructed in writing by
the Contracting Officer, obliterate every sign of temporary construction
facilities, for example:  haul roads, work area, structures, foundations
of temporary structures, stockpiles of excess or waste materials, and
other vestiges of construction prior to final acceptance of the work.  The
disturbed area shall be graded, filled, and the entire area seeded unless
otherwise indicated.

3.13   DREDGING

Comply with the following requirements to prevent degradation of the human
environment.

3.13.1   Rules and Regulations

Comply with applicable Federal, State, and local laws, rules and
regulations governing the placement of materials and wastes in navigable
waters including approval of the appropriate Texas Commission on
Environmental Quality for the discharge of materials and wastes in the
navigable waters within its jurisdiction, and including the provisions of
33 USC 1342.

RLB-0000142

3.13.2   Sanitation

Provide and operate sanitation facilities that will adequately treat or
dispose sanitary wastes to conform with applicable Federal, State, and
local health regulations.

3.13.3   Air Pollutants

Comply with Federal, State, and local rules and regulations governing the
control of air pollutants including those governing the burning of debris
or wastes.

3.13.4   Turbidity

Perform construction and dredging operations using a method that will
reduce turbidity to the lowest practicable level using the normal accepted
dredging practices.  Placement shall be controlled to confine material
within the areas shown and specified.

3.13.5   Hazardous Materials

Take precautions in handling or storage of hazardous materials to prevent
discharges or spillages that can result in degradation of the water
quality.

3.13.6   Human Life and Property

When depositing material in confined areas, conduct operations using a
method that will reduce conditions conducive to breeding of mosquitoes,
flies, and other disease-bearing insects and pests and will prevent or
control the release of obnoxious odors and gases deleterious to human life
and property, including treatment of these gases, as directed.

3.13.7   Flow of Effluent

Exercise precaution to prevent dredged material and dredge effluent from
flowing into areas or waterways and ditches not designated for the deposit
of dredged material or the flow of effluent runoff as specified in the
SECTION 35 20 23.16 45 PIPELINE DREDGING.

3.14   DREDGE SPILL CONTINGENCY PLAN FOR CONFINED PLACEMENT AREAS

Provide and maintain an effective Dredge Spill Contingency Plan that
includes the following as a minimum

3.14.1   Placement Area Monitoring

The Contractor will be required to have 24-hour a day monitoring of the
Placement Area during placement operations.  The personnel monitoring the
dikes will be in radio contact with the dredge.  The number and
qualifications of personnel to be used for this purpose shall be included
in the Plan.

3.14.2   Discharge Material Clean-up

The Contractor will be required to identify and have available the names
and phone numbers of companies having portable hydraulic dredges or vacuum
pumps ready to clean up dredge material discharged from the Placement Area.

RLB-0000143

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.14.3   Silt Curtains

The Contractor will be required to identify and have available the names
and phone numbers of companies having silt curtains which can contain
dredged material discharged from the Placement Area

3.14.4   Spill

The Contractor's Dredge Spill Contingency Plan shall include the following
procedures to be followed in the event of a spill:

(1)  The dredge shall cease operations in the Placement Area.

(2)  Immediately notify the Contracting Officer who in turn will
notify the U.S. Fish and Wildlife Service, the Texas Parks and
Wildlife, and General Land Officer.

(3)  Submit a specific clean-up plan for approval.  No clean-up
actions will commence until the plan has been approved.  The clean-up
of misplaced material will be at the Contractor's expense.

(4)  The Contractor will be required to submit the Dredged Spill
Contingency Plan as part of the Environmental Protection Plan for
approval.

-- End of Section --

RLB-0000144

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 01 - GENERAL REQUIREMENTS

SECTION 01 58 13.01 45

PROJECT IDENTIFICATION


PART 1   GENERAL

   1.1   SUMMARY
   1.2   REFERENCES
   1.3   SUBMITTALS

PART 2   PRODUCTS

   2.1   PROJECT SIGN
     2.1.1   Construction Project Signs (USACE)
     2.1.2   Fabricators

PART 3   EXECUTION (Not Used)


-- End of Section Table of Contents --

RLB-0000146

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION 01 58 13.01 45

PROJECT IDENTIFICATION


PART 1    GENERAL

1.1    SUMMARY

Requirements of this Section apply to, and are a component of, each
Section of the specifications.

1.2    REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

        U.S. ARMY CORPS OF ENGINEERS (USACE)

EP 310-1-6a                    (2006) Sign Standards Manual, VOL 1

EP 310-1-6b                    (2006) Sign Standards Manual, VOL 2,
                               Appendices

1.3    SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES:

        SD-02 Shop Drawings

            Sign Legend Orders; G

PART 2    PRODUCTS

2.1    PROJECT SIGN

2.1.1    Construction Project Signs (USACE)

Furnish the construction project sign package, maintain the signs during
construction, and remove the signs from the job site upon completion of
the project.  The construction project sign package consists of two signs:
one for project identification and the other to show the on-the-job safety
performance of the Contractor.  The package shall conform to the
requirements of EP 310-1-6a and EP 310-1-6b, specifically Section 16.
Submit the sign legend orders as described in Section 16 of EP 310-1-6a
prior to erecting the signs.

The exact placement location shall be approved.

2.1.2    Fabricators

The Contractor may have signs fabricated by the fabricators listed below

RLB-0000148

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

or other approved fabricators.  The fabricators specified below have the
capability to fabricate signs in accordance with U.S. Army Corps of
Engineers Sign Standards Manual with a completion time of 21 to 45 days.

| FABRICATOR | ADDRESS | CITY, STATE | PHONE NO. |
|---|---|---|---|
| UNICOR Industrial Products Business Group | 320 First Street, N.W. | Washington, D.C. 20534 | 800-827-3168 |
| Hall Signs, Inc. | 4495 W Vernal Pike | Bloomington, Indiana 47404 | 1-800-284-7446 |
| Interstate Highway Sign Co. | 7415 Lindsey Road | Little Rock, Arkansas 72206 | 501-490-4242 |
| Lyle Sign | 6294 Bury Drive | Eden Prairie, MN 55346 | 1-877-895-8816 |

PART 3   EXECUTION (Not Used)

        -- End of Section --

RLB-0000149

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028


SECTION TABLE OF CONTENTS

DIVISION 35 - WATERWAY AND MARINE CONSTRUCTION

SECTION 35 20 23.16 45

PIPELINE DREDGING


PART 1   GENERAL

  1.1    SUMMARY
  1.2    MEASUREMENT AND PAYMENT
  1.3    WORK COVERED BY CONTRACT PRICE
    1.3.1   Existing Conditions
  1.4    REFERENCES
  1.5    SUBMITTALS
  1.6    MATERIAL TO BE REMOVED
    1.6.1   Debris Within the Dredging Limits
  1.7    Removal and Disposal of Tires
  1.8    EASEMENTS
  1.9    UTILITIES ACROSS THE LIMITS OF DREDGING
    1.9.1   Known Pipeline/Utility Crossings
  1.10   ORDER OF WORK
  1.11   OBSTRUCTION OF CHANNEL
  1.12   TEMPORARY REMOVAL OF AIDS TO NAVIGATION
  1.13   NOTIFICATION PRIOR TO COMMENCEMENT OF DREDGING OPERATIONS
  1.14   SIGNAL LIGHTS
  1.15   PLANT
    1.15.1   General Requirements
    1.15.2   Capacity
  1.16   INSPECTION
    1.16.1   Equipment
    1.16.2   Transportation
  1.17   QUANTITY SURVEYS
  1.18   FINAL EXAMINATION AND ACCEPTANCE
    1.18.1   Acceptance
  1.19   SHOALS
  1.20   UNANTICIPATED SHOALING
  1.21   VARIATIONS IN ESTIMATED QUANTITIES - DREDGING
  1.22   CONTINUITY OF WORK


PART 2   PRODUCTS

  2.1    BRIDGE-TO-BRIDGE RADIOTELEPHONE EQUIPMENT
  2.2    LOOKOUTS AND RADIO COMMUNICATIONS


PART 3   EXECUTION

  3.1    ESTIMATED QUANTITY OF MATERIAL
    3.1.1   Quantity Summary
    3.1.2   Required Dredging Prism
    3.1.3   Allowable Overdepth
    3.1.4   Side And End Slopes
    3.1.5   Excessive Dredging


SECTION 35 20 23.16 45   Page 1

Case 3:21-cv-00253   Document 50-2   Filed on 09/29/22 in TXSD   Page 118 of 150
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
151 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.2    AREAS TO BE DREDGED
3.3    CONDUCT OF DREDGING WORK
   3.3.1    Pre-Operations Safety Coordination Meeting
   3.3.2    Protection of Existing Waterways
   3.3.3    Adjacent Property and Structures
3.4    PLACEMENT OF EXCAVATED MATERIAL
   3.4.1    General
      3.4.1.1    Misplaced Material
      3.4.1.2    Placement Operations Inspection
      3.4.1.3    Placement Area Drainage
      3.4.1.4    Maintenance of Existing Dike and Drop-outlet Structures
   3.4.2    Spillway Operations
3.5    PRESERVATION OF PUBLIC AND PRIVATE PROPERTY
   3.5.1    Damages
   3.5.2    Accountability and Restoration
   3.5.3    Dredge Pipeline Access Ramp
3.6    ALTERNATE PLACEMENT AREA(S) PROPOSED BY CONTRACTOR WITH BID AFTER
       AWARD OF CONTRACT
   3.6.1    Data Submittal
3.7    METHOD OF PLACEMENT
   3.7.1    Pipeline Route
3.8    DISPOSAL IN PLACEMENT AREA
   3.8.1    Utilities within the Placement Area
   3.8.2    Unauthorized Placement of Material
   3.8.3    Debris Disposal
3.9    DREDGE PIPELINES
   3.9.1    Submerged Pipeline
   3.9.2    Submerged Pipeline Lighting Requirements
   3.9.3    Floating Pipeline
   3.9.4    Pipeline Leaks
3.10   HOUSTON-GALVESTON VESSEL TRAFFIC SERVICE AREA
   3.10.1    General
   3.10.2    Report Changes
   3.10.3    Vessel Traffic Service Location
   3.10.4    Communications
   3.10.5    Operations
3.11   WORK IN THE VICINITY OF OTHER GOVERNMENT CONTRACTORS
3.12   DREDGING AND DREDGE RELATED MARINE WORK (CESWG)
3.13   AUTOMATIC IDENTIFICATION SYSTEM
3.14   DREDGE PLANT INSTRUMENTATION

ATTACHMENTS:

Appendix 1 - QUANTITY SUMMARY TABLE

-- End of Section Table of Contents --

RLB-0000151

Case 3:21-cv-00253  Document 50-2  Filed on 09/29/22 in TXSD  Page 119 of 150
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
152 of 243

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

SECTION 35 20 23.16 45

PIPELINE DREDGING

PART 1   GENERAL

1.1   SUMMARY

The work in this Section consists of furnishing plant, labor, materials, and equipment and performing the operations necessary for the removal of materials to the required dimensions shown, satisfactory disposal thereof, and other operations incidental thereto.

1.2   MEASUREMENT AND PAYMENT

Measurement and payment for pipeline dredging will be paid for in accordance with provisions of the SECTION 01 22 00.10 MEASUREMENT AND PAYMENT.

1.3   WORK COVERED BY CONTRACT PRICE

Base bids on the quantity of dredging indicated. If the total quantity of dredging varies from that specified as the basis for bidding, the Contract price will be adjusted in accordance with the CONTRACT CLAUSE entitled CHANGES.  The dredging conditions specified and indicated describe conditions which are known.  However, the Contractor is responsible for other conditions encountered which are not unusual when compared to the conditions recognized in the dredging business as usual in dredging activities such as those required under this Contract.  The Contract price for dredging will include the cost of removal and placement of the material as specified in the Paragraphs:  CHARACTER OF MATERIAL and PLACEMENT OF EXCAVATED MATERIAL.  The Contract price for dredging will include the costs for maintenance of dikes and ditches necessary to confine the material within the areas shown.

1.3.1   Existing Conditions

The drawings already prepared as specified in the CONTRACT CLAUSES Paragraph entitled  CONTRACT DRAWINGS AND SPECIFICATIONS represent conditions existing as of the date of their preparation using average existing conditions.  However, to reflect anticipated shoaling occurring between the dates of preparation of the drawings and the dates of the "before-dredging" sections, the estimated dredging quantities stated in the Bid Schedule have been adjusted accordingly.  The depths and elevations shown will be verified and corrected by fathometer soundings taken by the Government before dredging.  The Government will normally use a frequency of 200 kHz to conduct hydrographic surveys.  If the surveys indicate the presence of fluff in the channel, a frequency of 40 kHz will be used.  Determination of quantities removed and the deductions made from them to determine quantities by in-place measurement to be paid for in the area specified, after having once been made will not be reopened, except on evidence of collusion, fraud, or obvious error.

RLB-0000152

SWG FILE NO.: HSC 401-579                          SOLICITATION NO.: W912HY19B0028

1.4    REFERENCES

The publications listed below form a part of this specification to the
extent referenced.  The publications are referred to within the text by
the basic designation only.

          U.S. ARMY CORPS OF ENGINEERS (USACE)

EM 1110-2-5025                    (2015) Dredging and Dredged Material
                                 Management

EM 385-1-1                       (2014) Safety and Health Requirements
                                 Manual

1.5    SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
that will review the submittal for the Government.  Submit the following
in accordance with SECTION 01 33 00 SUBMITTAL PROCEDURES:

     SD-01 Preconstruction Submittals

          Notification Prior To Commencement of Dredging Operations; G

          Indicate commencement of dredging operations, and location of
          dredge(s).

          Temporary Removal of Aids To Navigation; G

     SD-02 Shop Drawings

          Submerged Pipeline; G

          Indicate pipeline location and installation details as outlined
          in the Subparagraph:  Submerged Dredge Pipeline.

          Pipeline Route; G

          A detailed pipeline diagram for each Placement Area detailing
          the pipeline route and anchor locations are to be submitted prior
          to commencing work on this project.

1.6    MATERIAL TO BE REMOVED

The material to be removed is shoals which have accumulated over a period
of time.  However, some virgin material may be encountered in allowable
overdepth, or side slope dredging.  This portion of the channel has not
been dredged since Hurricane Harvey in 2017.  Other post-Harvey dredging
contracts in this vicinity have shown a higher sand content than typical
maintenance dredging contracts.  Bidders are expected to examine the
worksite and the records of previous dredging, which are available in the
Houston Resident Office and after investigation decide for themselves the
character of materials.

1.6.1   Debris Within the Dredging Limits

Debris including but not limited to, metal bands, pallets, pieces of

RLB-0000153

broken cable, rope, stumps, and broken piles may be encountered.  The
Government has no knowledge of existing wrecks, wreckage, or other
material of that size or character as to require the use of explosives or
special or additional plant for its economical removal. Debris removed
from the dredged area is to be removed from the water.  Disposal is to be
the responsibility of the Contractor and disposal is to be outside the
limits of Government property.  If the actual conditions differ from those
stated or shown, an adjustment in Contract price or time of completion, or
both, will be made in accordance with the CONTRACT CLAUSE entitled
DIFFERING SITE CONDITIONS.

1.7    Removal and Disposal of Tires

Other post-Harvey contracts on the Houston Ship Channel have encountered a
significant quantity of tires at the bottom of the channel.  Side scan
sonar surveys conducted by the Port of Houston have verified the presence
of tires.  The Contractor shall remove and dispose of any tires
encountered within the dredging limits.  Disposal shall be off the project
site at a facility licensed to accept tires.  Tires will be measured by
the short ton, and the weight noted on certified weight scale tickets.
Payment will be made in accordance with SECTION 01 22 00.10 MEASUREMENT
AND PAYMENT.

1.8    EASEMENTS

Permits authorizing the laying of shore pipe, and for placement of dredge
material in the Placement Area(s), are on file and available for
examination in the Houston Resident Office of the U.S. Army Corps of
Engineers, Jadwin Building, 2000 Fort Point Road, Galveston, Texas.  The
instruments authorizing the laying of shore pipelines may contain certain
restrictions relative to specific route, location, and general use of the
land.  These instruments form a part of these specifications and the
Contractor is to strictly comply with the terms thereof.

1.9    UTILITIES ACROSS THE LIMITS OF DREDGING

It is the Contractor's responsibility to investigate the location of
utility crossings.  The Contractor is to take precautions against damages
which can result from dredging operations in the vicinity of the utility
crossings.  If damage occurs as a result of dredging operations, the
Contractor will be required to suspend dredging until the damage is
repaired and approved.  Costs of these repairs and downtime of the dredge
and attendant plant is to be at the Contractor's expense.

1.9.1   Known Pipeline/Utility Crossings

There are no known pipelines and or utilities which are within the
dredging limits.

**EVERY EFFORT HAS BEEN MADE TO GIVE ALL PERTINENT DETAILS ON THE LOCATION
OF PIPELINES/UTILITIES.   THE DATA FURNISHED ON THE PLANS ARE BELIEVED TO
BE SUBSTANTIALLY CORRECT.   HOWEVER, THE EXACT LOCATIONS MAY VARY FROM THAT
SHOWN:   THEREFORE THE CONTRACTOR IS TO COOPERATE WITH THE RESPECTIVE
OWNERS TO ESTABLISH THE ACTUAL POSITION OF THE PIPELINES/UTILITIES.**

THE FOLLOWING IS FURNISHED FOR INFORMATION ON VERIFYING PIPELINE
OWNERSHIPS:

        Lonestar Notification Center

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

          1-800-545-6005 or online at www.Lonestar811.com

          Texas 811 (Dig-Tess)
          1-800-344-8377

1.10    ORDER OF WORK

The Contractor may commence dredging in the order desired. The Government
reserves the right to change the order of work at any time.

1.11    OBSTRUCTION OF CHANNEL

The Government will not undertake to keep the Channel free from vessels or
other obstructions, except to the extent of applicable regulations, if
any, as may be prescribed by the Secretary of the Army, in accordance with
the provisions of Section 7 of the River and Harbor Act approved 8 August
1917.  The Contractor will be required to conduct the work using a method
that will obstruct navigation as little as possible, and if the
Contractor's plant does obstruct the Channel and makes passage of vessels
difficult or endangers them, the plant is to be promptly moved on the
approach of a vessel as far as may be necessary to afford a practicable
passage.  Only one dredge will be allowed in the Houston Ship Channel on
this Contract.  Upon completion of the work, promptly remove plant,
including ranges, buoys, piles, and other marks placed under this Contract.

1.12    TEMPORARY REMOVAL OF AIDS TO NAVIGATION

The temporary removal or changes in locations of channel markers may be
required to facilitate dredging operations.  Notify the Contracting
Officer at least 30days prior to the date that the removal or change in
location of channel markers will be required so the U.S. Coast Guard can
perform the work and so navigation interests may be informed sufficiently
in advance of the proposed removal or change in location.

The Contractor is not to remove, change the location of, obstruct,
willfully damage, make fast to, or interfere with aids to navigation.
Indicate temporary removal or changes in locations of channel markers
required to facilitate dredging operations.

1.13    NOTIFICATION PRIOR TO COMMENCEMENT OF DREDGING OPERATIONS

Notify the Resident Engineer, Houston Resident Office, in writing, at
least 10days prior to commencement of dredging operations, the location or
locations at which a dredge or dredges will be placed on the work.  This
information is required in addition to the progress charts and schedule
provided for in the CONTRACT CLAUSE entitled SCHEDULE FOR CONSTRUCTION
CONTRACTS.

1.14    SIGNAL LIGHTS

Display signal lights and conduct operations in accordance with the
General Regulations of the Department of the Army and of the U.S. Coast
Guard governing the:

          i) lights and day signals to be displayed by towing vessels with
          tows on which no signals can be displayed, vessels working on
          wrecks, dredges, and vessels engaged in laying cables or pipe or
          in submarine or bank protection operations;

RLB-0000155

ii) lights to be displayed on dredge pipe lines;

iii) day signals to be displayed by vessels of more than 65 feet
in length moored or anchored in a fairway or channel;

iv) and the passing by other vessels of floating plant working in
navigable channels

as set forth in United States Coast Guard publication entitled Navigation
Rules and Regulations Handbook. Web site location:
http://www.navcen.uscg.gov/?pageName=navRuleChanges

## 1.15   PLANT

### 1.15.1   General Requirements

Keep the necessary dredge equipment and attendant plant on the job to meet
the requirements of the work.  The dredge equipment and attendant plant is
to be in satisfactory operating condition and capable of safely and
efficiently performing the work as set forth in specifications and be
subject to inspection by the Contracting Officer's representative at all
times.

### 1.15.2   Capacity

No reduction in the capacity of the dredge equipment and attendant plant
employed to execute the work is to be made except by written direction of
the Contracting Officer.  The measure of the "Capacity of the Dredge and
Attendant Plant" is to be its actual performance on the work to which
these specifications apply.

## 1.16   INSPECTION

The Government will direct the maintenance of the gages, ranges, location
marks, and limit marks in proper order and position; but the presence of
the inspector shall not relieve the Contractor of responsibility for the
proper execution of the work in accordance with the specifications.  The
Contractor shall be required to furnish the following items.

### 1.16.1   Equipment

At the request of the Government, the Contractor shall furnish the use of
boats, boatmen, laborers, and material forming a part of the ordinary and
usual equipment and crew of the dredging plant as may be reasonably
necessary in inspecting and supervising the work.  However, the Contractor
will not be required to furnish facilities for the surveys, specified in
the Paragraph:  FINAL EXAMINATION AND ACCEPTANCE.

### 1.16.2   Transportation

At the request of the Government, the Contractor shall furnish suitable
transportation from all points on shore designated by the Contracting
Officer to and from the various pieces of plant, and to and from the
Placement Areas.  If the Contractor refuses, neglects, or delays
compliance with these requirements, the specific facilities may be
furnished and maintained by the Contracting Officer, and the cost thereof
will be deducted from the amounts due or to become due the Contractor.

RLB-0000156

1.17   QUANTITY SURVEYS

   (1)  Quantity surveys are to be conducted, and the data derived from
        these surveys are to be used in computing the quantities of work
        performed and the actual construction completed and in place.

   (2)  The Contractor will conduct surveys for any periods for which
        progress payments are requested.  These surveys are to be
        conducted under the direction of a representative of the
        Contracting Officer, unless the Contracting officer waives this
        requirement in a specific instance.  The Government will make the
        computations that are necessary to determine the quantities of
        work performed or finally in place.  The Contractor shall make the
        computations based on the surveys for any periods for which
        progress payments are requested.

   (3)  Promptly upon completing a survey, the Contractor will submit the
        originals of field notes and other records relating to the survey
        or to the layout of the work to the Contracting Officer, who will
        use them as necessary to determine the amount of progress
        payments.  The Contractor is to retain copies of the material
        submitted to the Contracting Officer.

1.18   FINAL EXAMINATION AND ACCEPTANCE

As soon as practicable after the completion of the entire work or any
section thereof, if the work is divided into sections and in the opinion
of the Contracting Officer will not be subject to damage by further
operations under this Contract, this work will be thoroughly examined at
the expense of the Government by sounding or by sweeping, or both, as
directed.  If shoals, lumps, or other lack of Contract depth are disclosed
by this examination, the Contractor will be required to remove same by
dragging the bottom or by dredging at the Contract rate for dredging but,
if the bottom is soft and the shoal areas are small and form no material
obstruction to navigation, the removal of the shoal may be waived at the
discretion of the Contracting Officer.  The Contractor or its authorized
representative will be notified when soundings or sweepings are to be made
and will be permitted to accompany the survey party.  When the area is
found to be in a satisfactory condition it will be accepted finally.  If
more than two sounding or sweeping operations by the Government over an
area are necessary, by reason of work for the removal of shoals disclosed
at a prior sounding or sweeping, the cost of the third and any subsequent
sounding or sweeping operations will be charged against the Contractor at
the rate of $6,804.00 per day for each day in which the Government plant
is engaged in sounding or sweeping or is enroute to or from the site or
held at or near the site for these operations.

1.18.1   Acceptance

Final acceptance of the whole or a part of the work and the deductions or
corrections of deductions made thereon will not be reopened after having
once been made, except on evidence of collusion, fraud, or obvious error,
and the acceptance of a completed section will not change the time of
payment of the retained percentages of the whole or any part of the work.

1.19   SHOALS

If, before this Contract is completed, shoals occur in a section
previously accepted, redredging at the Contract price, within the limit of

RLB-0000157

available funds, may be done if agreeable to both the Contractor and the
Contracting Officer.

1.20   UNANTICIPATED SHOALING

During the course of this Contract, unanticipated dredging requirements
may develop that require the use of the Contractor and Contractor's
plant.  The dredging required would be similar in scope to that required
under the current contract.  Dredging would consist of limited portions of
a section of channel, intended to remove critical shoals hindering
commercial navigation.  If such a need arises, the Contracting Officer may
issue a Request for Proposal for the work under the CONTRACT CLAUSE
entitled CHANGES, and the work performed upon the execution of a bilateral
contract modification.

1.21   VARIATIONS IN ESTIMATED QUANTITIES - DREDGING

Where the quantity of a pay item in this Contract is an estimated quantity
and where the actual quantity of material within the required dredging
prism varies, an equitable adjustment will be processed in accordance with
FAR 52.211-18, VARIATION IN ESTIMATED QUANTITY (April 1984).  The
equitable adjustment applies only to the quantity within the required
dredging prism, which does not include the allowable overdepth.

If the total quantity of material to be paid for and actually removed
under this Contract exceeds the limit established by FAR 52.211-18,
VARIATION IN ESTIMATED QUANTITY (April 1984), an additional time will be
allowed at the rate of 1 calendar day for each 5,000 cubic yards in excess
of the established limit.  The Contractor is not to exceed the estimated
quantities in the Contract Line Items without prior authorization and only
with a signed modification issued by the Contracting Officer.

1.22   CONTINUITY OF WORK

No payment will be made for work done in an area designated by the
Contracting Officer until the full depth required under this Contract is
secured in the whole of this area, unless prevented by ledge rock, nor
will payment be made for excavation in an area not adjacent to and in
prolongation of areas where full depth has been secured except by decision
of the Contracting Officer.  If a non-adjacent area is excavated to full
depth during the operations carried on under this Contract, payment for
the work therein may be deferred until the required depth has been reached
in the area intervening.  The Contractor may be required to suspend
dredging when the gages or ranges cannot be seen or properly followed.

PART 2   PRODUCTS

2.1   BRIDGE-TO-BRIDGE RADIOTELEPHONE EQUIPMENT

Dredge and self-propelled attendant floating plant is to be radiotelephone
equipped to comply with the provisions of the Vessel Bridge-to-Bridge
Radiotelephone Act (Public Law 92-63).  This will require, as a minimum,
the radiotelephone equipment capable of transmitting and receiving on
156.65 MHz (Channel 13).  Multi-channel equipment will also require 156.8
MHz (Channel 16).  Dredge tugs and tenders will be considered towing
vessels within the meaning of the Act.

RLB-0000158

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

## 2.2    LOOKOUTS AND RADIO COMMUNICATIONS

When working on this contract, have a lookout person posted in the dredge
control room at all times to visually monitor the movement of vessels
around the dredge plant; to perform radio communications with company work
boats; and to deliver passing arrangements with other commercial, fishing
and recreational vessels.  The lookout is to be competent in U.S. Coast
Guard and Federal Communications Commission radio communications
procedures and requirements and is to be trained in the Vessel Bridge to
Bridge Radiotelephone Act.  The lookout is to maintain up to the minute
information on the status of each company work boat and approaching
vessels, and will communicate this information as required to prevent
collisions.  Each company work boat is to check in with the lookout when
arriving at the dredge and receive radio clearance from the lookout before
departing the dredge.

FAILURE TO COMPLY WITH THIS REQUIREMENT WILL BE CONSIDERED A VIOLATION OF
THE SAFETY PROTOCOL ESTABLISHED HEREIN.  PURSUANT TO THE DIRECTION OF THE
CONTRACTING OFFICER, THE CONTRACTOR MAY BE REQUIRED TO CEASE OPERATIONS
UNTIL THIS PROVISION IS COMPLIED WITH.  A SUSPENSION, DELAY OR
INTERRUPTION OF WORK ARISING FROM NON-COMPLIANCE OF THIS PROVISION WILL
NOT CONSTITUTE A BREACH OF THIS CONTRACT AND WILL NOT ENTITLE THE
CONTRACTOR TO A PRICE ADJUSTMENT IN ACCORDANCE WITH THE CONTRACT CLAUSE
ENTITLED SUSPENSION OF WORK OR ANY OTHER PROVISION UNDER THIS CONTRACT.

## PART 3  EXECUTION

## 3.1    ESTIMATED QUANTITY OF MATERIAL

Within the limits of available funds, the Contractor will be required to
excavate the entire quantity of material necessary to complete the work
specified whether the quantities involved are greater or less than those
estimated.  The work is to be done in accordance with this Contract and at
the Contract price or prices, subject to the provisions of the Paragraph
entitled VARIATIONS IN ESTIMATED QUANTITIES - DREDGING.

## 3.1.1    Quantity Summary

The quantities listed in Appendix 1 - QUANTITY SUMMARY TABLE include the
volumes present at the time of the surveys indicated on the Contract
drawings, plus anticipated shoaling before dredging begins.  For the
purpose of acceptance, the pipeline dredging work in the Bid Item(s) of
the Bidding Schedule are divided into Sections.

## 3.1.2    Required Dredging Prism

The total estimated amount of material to be removed from within the
specified limits, including side and end slopes and including anticipated
shoaling occurring prior to the dates of the "before-dredging" surveys but
excluding overdepths, in cubic yards is listed in Appendix 1 - QUANTITY
SUMMARY TABLE.

## 3.1.3    Allowable Overdepth

To cover unavoidable inaccuracies of the dredging process, material
actually removed from the designated areas to be dredged, will be measured
and paid for at full Contract price.  The maximum amount of allowable
overdepth dredging is estimated, including anticipated shoaling occurring
prior to the dates of the "before-dredging" surveys in cubic yards is

RLB-0000159

listed in Appendix 1 - QUANTITY SUMMARY TABLE.

3.1.4    Side And End Slopes

Dredging of the side and end slopes are to follow, as closely as
practicable, the lines indicated or specified. Material actually removed
from within the limits as approved, to provide for final side and end
slopes as specified, but not in excess of the amounts originally above the
limiting side and end slopes will be estimated and paid for, whether
dredged in original position or by dredging the space below the pay slope
plane at the bottom of the slope for upslope material capable of falling
into the cut. In computing the limiting amount of side and end slope
dredging, net dimensions, without allowance for overdepth, will be used.

3.1.5    Excessive Dredging

Material taken from beyond the limits specified will be deducted from the
total amount dredged as excessive overdepth dredging or excessive side or
end slope dredging, for which payment will not be made. Nothing herein is
to be construed to prevent payment for the removal of shoals performed in
accordance with the applicable provisions of the Paragraph FINAL
EXAMINATION AND ACCEPTANCE or Paragraph SHOALING.

3.2    AREAS TO BE DREDGED

Based on information currently available to the Government, areas known to
require dredging are shown.

3.3    CONDUCT OF DREDGING WORK

3.3.1    Pre-Operations Safety Coordination Meeting

Prior to arrival on location and commencing dredge operations, the
Contractor is to attend a pre-dredging safety coordination meeting between
the dredge operators, pilots, towing industry representatives, VTS, and
the affected port. It is the Contractor's responsibility to contact
Houston Vessel Traffic Service (VTS) at 713-671-5103 to coordinate and
schedule this meeting. Contractor is to inform the Government at least 48
hours prior to the scheduled meeting so that a Government Representative
may attend.

3.3.2    Protection of Existing Waterways

Conduct dredging operations using a method that will ensure that material
or other debris are not pushed outside of the dredging limits or otherwise
deposited in existing side channels, basins, docking areas, or other areas
being used by vessels. The Contractor will be required to change its
method of operations as may be required to comply with the above
requirements. If bottom material or other debris is pushed into areas
noted above, as a result of the Contractor's operations, the same is to be
promptly removed by and at the expense of the Contractor to the
satisfaction of the Contracting Officer.

3.3.3    Adjacent Property and Structures

No dredging will be permitted within 25 feet of a structure. Damage to
private or public property or structures resulting from the disposal or
dredging operations are to be repaired promptly by and at the Contractor's
expense. Damage to structures as a result of Contractor's negligence will

RLB-0000160

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

result in suspension of dredging and require prompt repair at the
Contractor's expense as a prerequisite to the resumption of dredging.
Where dredging to obtain the required dimensions might endanger a
structure, the Contracting Officer, upon request, may reduce the required
excavation in the vicinity of this structure.

3.4   PLACEMENT OF EXCAVATED MATERIAL

3.4.1   General

Material excavated is to be transported to and deposited in the Placement
Area designated.  Inspect the Placement Area to ensure that using the Area
for placement operations will not place it in violation of the applicable
Federal, State, or local statutes concerning fish and wildlife.
Particular statutes which the Contractor to be consider include, but are
not limited to, the Federal Migratory Bird Treaty Act and the Endangered
Species Act of 1973.

3.4.1.1   Misplaced Material

Material will not be deposited or allowed to flow into project channels or
into a bayou, stream tributary to the Channel, or into an existing
drainage outlet ditch, canal, water intake or outlet facility, nor will
materials be allowed to flow onto improved areas including highways and
roads in or adjacent to the Placement Area.  If a stream, bayou drainage
outlet, ditch, canal, water intake or outlet facility becomes shoaled as a
result of the pipeline dredging or placement operations, promptly remove
these shoals and the material will be placed in the Placement Area.
Dragging or washing operations to remove the shoals will not be permitted.

3.4.1.2   Placement Operations Inspection

Adequately inspect placement operations in the Placement Area(s) daily to
reduce the possibility of accidental breaching of dikes and spillway with
resulting spillage of dredged materials outside the Area.  If dike
failures occur while materials are being pumped into the Placement Area,
dredging operations are to be stopped immediately, and the deposit of
material in the Area is not to be resumed until the confining structures
have been restored to an approved condition.  Holes dug on the banks for
deadmen or anchorage are to be filled.  Confined areas are to be
maintained in an operational condition until completion and acceptance of
the work under this Contract.  The CONTRACT CLAUSE entitled DAMAGE TO WORK
is only applicable to damage of dikes and other non-dredging items.

3.4.1.3   Placement Area Drainage

Deposited materials will not impound water or impede natural drainage.  If
necessary, excavate and maintain ditches to drain the low areas in the
dredged material and Placement Area to the weirs.  The ditches are to be
of adequate number and size to eliminate ponding of water within the
limits of the Placement Area.

3.4.1.4   Maintenance of Existing Dike and Drop-outlet Structures

It is the responsibility of the Contractor to verify the current condition
of the dike prior to commencement of dredging and to notify the
Contracting Officer of slumped or failed areas where there appears to be a
potential for failure or overtopping during ponding.  The Contractor will
have the responsibility of continually monitoring the dike condition and

RLB-0000161

to maintain the dike in a condition and elevation equal to or better than
the condition of the dike at the date of this Contract award.  Construct
temporary access from the existing roadway to each drop-outlet structure
in each Placement Area.

The south training dike contains a breach located near the drop-outlet
structure.  Prior to placing dredged material in the site, the Contractor
shall repair the breach with material stockpiled near the site.  The
repair shall match the template of the training dike, with a crown width
of 8 feet at Elevation +46.0, and 1V:3H side slopes.  Borrow material for
this repair is stockpiled near the drop outlet structure.

## 3.4.2   Spillway Operations

Once placement operations are completed in a confined area for which the
Placement Area is being used, the boards on the spillway of that Placement
Area are to be removed at a proper rate to allow drainage of the Area.  In
confined areas, dike and spillway work required is to be completed and
accepted prior to placement operations in that Area.  Spillways are to be
operated in general accordance with guidelines contained in the
Engineering Manual EM 1110-2-5025 entitled "Confined Disposal of Dredged
Material", to maintain uniformity of weir elevation around the drop-out
structure, as is practicable, during discharge of effluent.  Boards are to
be uniform in width and of proper length so insertion and removal is not
difficult.  Cracked, warped or boards of improper length are to be
replaced.  Seepage between boards during ponding is to be eliminated using
plastic sheeting or other effective methods.  Upon completion of discharge
within a particular Area, remove the boards as soon as practicable to
accomplish drainage of the Area.

## 3.5   PRESERVATION OF PUBLIC AND PRIVATE PROPERTY

## 3.5.1   Damages

Fences, roads, ditches, private or public grounds, and other structures or
improvements damaged as a result of the Contractor's operations herein
specified are to be repaired or rebuilt by and at the Contractor's
expense.  The areas used by the Contractor in laying and maintaining
pipelines are to be restored to the same or as good a condition as existed
prior to commencement of the work.  Upon completion of the work, the ends
of culverts are to be fully closed with wooden bulkheads and trenches and
bank cuts are to be backfilled to original ground level.

## 3.5.2   Accountability and Restoration

Preserve and protect the existing informational and directional signs,
camp facilities, water wells and tanks, station markers, mile markers, and
mooring piles which have been established along either bank of the
Waterway within the reaches of the dredging operations covered herein.
The Contractor will be accountable for and will be required to replace or
restore at its expense the signs, camp facilities, water wells and tanks,
markers, and mooring piles damaged or destroyed as a result of dredging
operations herein specified.

## 3.5.3   Dredge Pipeline Access Ramp

Prior to entering the placement area, the dredge pipeline will need to
cross an access road located on the northwest corner of placement area.
This road is used for access to a petroleum facility and an electrical

RLB-0000162

switchgear, and must remain in service during the contract. The
Contractor shall construct and maintain a ramp over the dredge pipeline to
allow service vehicles to access their facilities. Upon completion of the
contract the ramp shall be removed and the area restored to original
condition.

3.6    ALTERNATE PLACEMENT AREA(S) PROPOSED BY CONTRACTOR WITH BID AFTER
AWARD OF CONTRACT

If, after award of this Contract, placement area(s) other than those
specified herein are proposed, their acceptance will be subject to
approval. Furnish written permission from the owners for the use of the
substitute placement area(s) and written permission from the owners of the
properties involved in obtaining access to the substitute placement
area(s). Coordinate the use of the substitute placement area(s) with
Federal and State Natural Resource Agencies and submit, with its proposal,
documentation that demonstrates compliance with the applicable laws and
regulations pertinent to designation and coordination of dredged material
placement area(s). The Galveston District will be consulted for specific
requirements. Expenses incurred in connection with providing and making
available another placement area(s) are to be borne by the Contractor.
Materials deposited thereon and operations in connection therewith will be
at the Contractor's risk.

3.6.1   Data Submittal

The award of the modification will be subject to the approval of the
proposed Contractor-furnished Placement Area(s) and unless the foregoing
required data are furnished with the Contractor's request, the
modification for the use of the proposed substitute Placement Area(s) will
not be considered.

3.7    METHOD OF PLACEMENT

Deposit dredged material by the hydraulic process. Pipeline for hydraulic
dredging is to discharge into the Placement Area as shown or indicated.

3.7.1   Pipeline Route

The dredge pipeline route to the Placement Area is to follow closely the
location shown or approved. Detailed right-of-way drawings showing the
location of the pipeline route(s) with respect to property lines are
available for inspection at the Houston Resident Office.

3.8    DISPOSAL IN PLACEMENT AREA

Dredged material is to be placed to the lines and grades shown and as
specified.

3.8.1   Utilities within the Placement Area

Every effort has been made to give pertinent details of the location of
utilities, pipelines, and other facilities which may be encountered in
trenching or jacking operations. Investigate existing conditions and be
satisfied that no additional construction which may interfere with dredge
pipeline laying specified herein exists.

RLB-0000163

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.8.2   Unauthorized Placement of Material

Excavated material that is deposited elsewhere than in places designated
or approved will not be paid for and the Contractor may be required to
remove the misplaced excavated material and deposit it where directed at
Contractor's expense.

3.8.3   Debris Disposal

During the progress of the work, do not deposit worn out discharge pipe,
wire rope, scrap metal, timbers, or other rubbish or obstructive material
in the Placement Area, or along the banks of the navigable waters, except
as specified herein.  This material, together with scrap rope, wire cable,
piles, pipe, or other obstructive material which may be encountered during
the dredging operations, are to be disposed by the Contractor at approved
locations.

3.9   DREDGE PIPELINES

Plainly mark the pipeline access routes with conspicuous stakes, targets
and buoys which are to be maintained throughout this Contract period.  The
pipeline is to be inspected at least twice daily for leaks.  Reference the
SECTION 01 35 26.01 45 GOVERNMENTAL SAFETY REQUIREMENTS for additional
dredge pipeline safety requirements.

3.9.1   Submerged Pipeline

If the Contractor elects to use a submerged section in the dredge
discharge pipeline for crossing a navigable channel it may do so without
the formality of obtaining a Department of the Army permit for work or
structures in navigable waters.  Discuss the submerged section of dredge
pipeline during the pre-operations safety meeting.  Coordinate the
submerged pipeline crossing(s) with the U.S. Coast Guard Marine Safety
Office (MSO), U.S. Coast Guard Vessel Traffic Service (VTS), and the
Houston Pilots Association (HPA).  At least 5 days are to be allowed for
comments and their comments are to be coordinated with the Contracting
Officer.  Concerns regarding impact to navigation will be considered and
final resolution will be made by the Contractor, Contracting Officer, MSO,
VTS, and HPA.  The submittal of the detailed plans of the submerged
pipeline section is to be submitted and approved prior to use of the
submerged pipeline section.  The plans are to indicate clearly the width
and depth of the navigation opening and the method used to mark it by day
and by night for the safety of navigation.  The minimum bottom width of
the submerged section is not to be less than 200-feet wide for channels
whose authorized width is greater than 200 feet. The minimum bottom width
of the submerged section for channels whose authorized width is less than
200 feet is to be the width of the authorized Federal Channel.  The
highest point on the pipe or ball connection occurring across the bottom
width of a submerged section is not to be higher than the required depth
of the channel.  Submerged pipelines are to also be in accordance with
SECTION 01 35 26.01 45, GOVERNMENTAL SAFETY REQUIREMENTS.

3.9.2   Submerged Pipeline Lighting Requirements

Lighted buoys, meeting the requirements of the U.S. Coast Guard Regulation
33 C.F.R. 62.25 Lateral marks, are to be provided by the Contractor to
mark the navigation opening.  A red buoy exhibiting a quick flashing red
light is to be used to mark the right side of the opening and a black buoy
exhibiting a quick flashing green light is to be used to mark the left

side of the opening.  The frequency of the flashes are to be not less than
60 per minute.  "Right side" and "left side" of the opening is to be in
conformance with the lateral system of buoyage established by the U.S.
Coast Guard.  Requirements for lighted buoys and description of the
lateral system of buoyage will be found in the U.S. Coast Guard
Publication entitled "Aids to Navigation."  Lights to be displayed on
pipelines are to be in accordance with the U.S. Coast Guard Regulation 33
CFR 84 Annex 1: Positioning and Technical Details of Lights and Shapes:
http://www.ecfr.gov/cgi-bin/text-idx?SID=af0fba13c030ab68deca2ccd17a
3493a&node=pt33.1.84&rgn=div5.

3.9.3   Floating Pipeline

If the Contractor's pipeline does not rest on the bottom, it will be
considered a floating pipeline and is to be visible on the surface and
clearly marked.  The Contractor's pipeline is not to be allowed to
fluctuate between the surface and, or lie partly submerged.  Lights are to
be installed on the floating pipeline as required in the Paragraph: SIGNAL
LIGHTS.  The lights are to be supported either by buoys or by temporary
piling, provided by the Contractor and approved.  Where the pipeline does
not cross a navigable channel, the flashing yellow all-around lights are
to be spaced not over 200 feet apart, unless closer spacing is required by
U.S. Coast Guard personnel, in which case the requirements of the U.S.
Coast Guard will govern, at no additional cost to the Government.
Floating pipelines are to also be in accordance with SECTION 01 35 26.01 45
GOVERNMENTAL SAFETY REQUIREMENTS.

3.9.4   Pipeline Leaks

If a leak occurs in the discharge pipeline, immediately discontinue using
the line until leaks are repaired.  The Contractor will be responsible for
removing material placed due to leaks or breaks.

3.10    HOUSTON-GALVESTON VESSEL TRAFFIC SERVICE AREA

Comply with the following requirements while operating within the
Houston-Galveston Vessel Traffic Service (VTS) area.

3.10.1   General

When a dredge or floating plant is to be operated within the Houston-
Galveston VTS Area the master is to furnish the Vessel Traffic Center the
following report at least 30 minutes prior to beginning operations:

        (1)   Location of intended operation.

        (2)   Description of intended operation including Channel
        obstructions.

        (3)   Configuration of pipelines and equipment in or along the
        Channel.

        (4)   Termination point of pipelines in or along the Channel.

        (5)   Time required to re-open Channel or move for vessel traffic.

        (6)   Operating impairments, including VHF-FM radios.

        (7)   Names of the assist boats being used.

Case 3:21-cv-00253   Document 50-2   Filed on 09/29/22 in TXSD   Page 133 of 150
Contract No. W912HY19C0015 (Specs)
RLB Contracting, Inc
166 of 243

SWG FILE NO.: HSC 401-579                              SOLICITATION NO.: W912HY19B0028

(8)   Traffic considerations required, for example: slow bell, no meeting or overtaking, and advance notice requirements.

(9)   Point of Contact phone numbers and working frequencies.

3.10.2   Report Changes

The master of a dredge of floating plant is to immediately notify the VTS of changes to the above report and at the completion of operations.

3.10.3   Vessel Traffic Service Location

The Houston-Galveston VTS Area consists of the navigable Channels between the Galveston Entrance Channel Buoy 1 and the Houston Turning Basin, Galveston Channel, Texas City Channel, the Gulf Intracoastal Waterway Bayport Channel and Galveston-Freeport Cutoff from mile 346 to mile 352.

3.10.4   Communications

Communications with the Vessel Traffic Center, call sign "HOUSTON TRAFFIC," is to be accomplished via VHF-FM Channel 12.  The Traffic Center guards both Channel 12 and Channel 13 on a 24 hour basis.

3.10.5   Operations

The master of a dredge of floating plant is to be aware of and comply with the provisions of the Order Relating to Lightering and Bunkering Operations and Multiple Vessel Moorings and will notify the Houston-Galveston VTS when refueling operations are to be conducted.

3.11   WORK IN THE VICINITY OF OTHER GOVERNMENT CONTRACTORS

Coordinate dredging operations through the Contracting Officer, with other Government Contractors who may be working in the vicinity (for example: revetment, jetty repairs, and dike construction).

3.12   DREDGING AND DREDGE RELATED MARINE WORK (CESWG)

Prepare an Accident Prevention Plan (APP) as required in accordance with the provisions of EM 385-1-1 and as specified in SECTION 01 35 26.01 45 GOVERNMENTAL SAFETY REQUIREMENTS.

3.13   AUTOMATIC IDENTIFICATION SYSTEM

A Class "A" Automatic Identification system (AIS) in accordance with the Code of Federal Regulations (CFR) title 33 CFR 164.46, as amended, is required for the dredge, all crew boats and survey vessels larger than 26 feet, and all tugs and tenders regardless of size used on this Contract.

3.14   DREDGE PLANT INSTRUMENTATION

The Dredge Plant Instrumentation is a part of the dredge plant and is to be functional at all times.  If failure of any part thereof occurs, repair the failed part within the next 36 hours restoring full operations.  If the system is not fully functional within this period, the particular plant affected will be considered non-responsive to this Contract requirement and is to either be replaced or a redundancy part added to render the plant fully operational to include the monitored data at no

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

additional increase in price or time to this Contract.

    -- End of Section --

RLB-0000167

SWG FILE NO.:HSC 401-579                                    SOLICITATION NO.:W912HY19B0028

# APPENDIX 1 - QUANTITY SUMMARY TABLE

| SECTIONS | | | | QUANTITIES | | | |
|---|---|---|---|---|---|---|---|
| Section No. | From Station | To Station | Length of Station (Feet) | Required Depth (CY) | Allowable Overdepth (CY) | Total Estimated (CY) | Placement Area Distribution |
| | | | | ①② | ② | ② | |
| HOUSTON SHIP CHANNEL - SCHEDULE NO. 1 | | | | | | | |
| 1 | 1266+48.72 | 1230+00.00 | 3,649 | 148,300 | 38,400 | 186,700 | Rosa Allen |
| 2 | 1230+00.00 | 1190+00.00 | 4,000 | 62,800 | 33,900 | 96,700 | Rosa Allen |
| 3 | 1190+00.00 | 1130+00.00 | 6,000 | 23,200 | 28,500 | 51,700 | Rosa Allen |
| TOTAL, SCHEDULE NO. 1 | | | 13,649 | 234,300 | 100,800 | 335,100 | |
| ① | The term "Required Depth" is synonymous with the term "Prescribed Depth" and "Required Dredging Prism" used elsewhere in the specifications. | | | | | | |
| ② | Includes anticipated shoaling. | | | | | | |

RLB-0000168

SECTION TABLE OF CONTENTS

DIVISION 35 - WATERWAY AND MARINE CONSTRUCTION

SECTION 35 20 23.33

NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM PIPELINE HYDRAULIC DREDGE

PART 1   GENERAL

  1.1    DESCRIPTION
  1.2    SUBMITTALS
  1.3    PAYMENT
  1.4    NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM CERTIFICATION
  1.5    DREDGE PLANT INSTRUMENTATION PLAN (DPIP)

PART 2   PRODUCTS (Not Applicable)

PART 3   EXECUTION

  3.1    REQUIREMENTS FOR REPORTED DATA
    3.1.1    Message Bundle Data
      3.1.1.1    Messages
      3.1.1.2    Dredge Events - Work Event
      3.1.1.3    Dredge Events - State Event
        3.1.1.3.1    Message Time
        3.1.1.3.2    Contract Event
        3.1.1.3.3    Tide Station/River Stage Gage Event
        3.1.1.3.4    Length of Pipe Event
        3.1.1.3.5    Dredge Advance
        3.1.1.3.6    Outfall Information
        3.1.1.3.7    Non-effective Work Event
  3.2    NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM SYSTEM REQUIREMENTS
    3.2.1    Computer Requirements
    3.2.2    Software
    3.2.3    UPS
    3.2.4    Internet Access
    3.2.5    Data Routing Requirements
  3.3    DREDGE MONITORING DATA
    3.3.1    General
    3.3.2    Data Measurement Frequency
      3.3.2.1    Work Event Messages
      3.3.2.2    State Event Messages
    3.3.3    Parameter Transmission to the Web Service
    3.3.4    Contractor Data Backup
  3.4    PERFORMANCE REQUIREMENTS
  3.5    QUALITY ASSURANCE CHECKS
  3.6    CONTRACTOR QUALITY CONTROL
  3.7    LIST OF ITEMS PROVIDED BY THE CONTRACTOR

-- End of Section Table of Contents --

RLB-0000228

SECTION 35 20 23.33

NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM
PIPELINE HYDRAULIC DREDGE


PART 1   GENERAL

1.1   DESCRIPTION

The work under this Contract requires use of the US Army Corps of
Engineers (USACE) National Dredging Quality Management Program (DQM) to
monitor the dredge's status at all times during the Contract and manage
data history.

This performance-based specification section identifies the minimum
required output as well as the precision and instrumentation requirements.
The requirements may be satisfied using equipment and technical procedures
selected by the Contractor.

1.2   SUBMITTALS

Government approval is required for submittals with a "G" designation;
submittals not having a "G" designation are for information only.  When
used, a designation following the "G" designation identifies the office
responsible for review of the submittal for the Government.  The following
shall be submitted in accordance with SECTION 01 33 00 SUBMITTAL
PROCEDURES:

    SD-01 Preconstruction Submittals

        Dredge Plant Instrumentation Plan Revisions or Addendum; G,
        CESAM-OP-J

    SD-06 Test Reports

        Data Appropriately Archived e-mail, Contractor Data Backup; G,
        CESWG-ECC-NH

    SD-07 Certificates

        Letter of National Dredging Quality Management Program
        Certification; G, CESWG-ECC-NH

1.3   PAYMENT

No separate payment will be made for the installation, operation, and
maintenance of the DQM-certified system as specified herein for the
duration of the dredging operations; all costs in connection therewith
will be considered a subsidiary obligation of the Contractor and covered
under the Contract unit price for dredging in the bid schedule.

1.4   NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM CERTIFICATION

The Contractor is required to have a current certification from the DQM

Program for the cutter/suction head hydraulic dredge instrumentation
system to be used under this Contract. Standard Operating Procedures
(SOP) and criteria for certification are presented on the DQM website at
https://dqm.usace.army.mil.

1.5    DREDGE PLANT INSTRUMENTATION PLAN (DPIP)

The Contractor shall have a digital copy of the Dredge Plant
Instrumentation Plan (DPIP) on file with the DQM Support Center. While
working on site, the Contractor shall also maintain on the dredge a copy
of the DPIP, which is easily accessible to Government personnel at all
times. This document shall accurately describe the sensors used, the
configuration of the system, how sensor data will be collected, how
quality control on the data will be performed, and how the
sensors/data-reporting equipment will be calibrated and repaired if it
fails. A description of the computed dredge-specific data and how the
sensor data will be transmitted to the DQM database shall also be
included. Prior to the start of work, the Contractor shall submit to the
DQM Support Center any addendum or modifications made to the plan
subsequent to its original submission. Requirements and a template for the
DPIP are available on the DQM website at https://dqm.usace.army.mil.

PART 2    PRODUCTS (Not Applicable)

PART 3    EXECUTION

3.1    REQUIREMENTS FOR REPORTED DATA

Provide, operate, and maintain all hardware and software to meet these
specifications. Also be responsible for the replacement, repair, and
calibration of the sensors and other necessary data acquisition equipment
needed to supply the required data.

The procedure to complete a repair shall be documented and completed as
soon as practical. If repair is not possible within two business days of
any sensor failure, a plan and timeline to complete the repair shall be
submitted. Upon completion of a repair, replacement, installation,
modification, or calibration, the Contractor shall notify the Contracting
Officer's Representative (COR). The COR may request recalibration of the
sensors or other hardware components at any time during the Contract as
deemed necessary.

Keep a log of sensor repair, replacement, installation, modification, and
calibration in the dredge's onboard copy of the DPIP. The log shall
contain a three-year history of sensor maintenance, including the time of
the sensor failures (and subsequent repairs), the time and results of
sensor calibrations, the time of sensor replacements, and the time that
backup sensor systems were initiated to provide the required data. It
shall also contain the name of the person responsible for the sensor work.

Sensors installed shall be capable of collecting parameters within the
specified accuracies and resolutions indicated in the following
subparagraphs and transmit these parameters to the DQM database. All data
shall be transmitted in JSON message bundles. Each bundle can contain
multiple message types. Sensor data shall be transmitted as work event
messages, and data which relates to the operational state of the dredge or
its sensors shall be transmitted as state event messages. (See Paragraph
titled "Parameter Transmission to the Web Service.")

RLB-0000231

3.1.1    Message Bundle Data

Every message bundle shall contain descriptive data that relates the
message to a given dredge plant and date/time.  The start of a message
bundle shall be identified by the tag "DQM_data".

3.1.1.1    Messages

Messages contain operational data that populates the DQM database for a
dredge plant. A message shall consist of an event type and its associated
data (as defined in Paragraph titled "Dredge Events"), a date/time stamp
indicating when the event occurred or started, and a comment providing
clarification or metadata about the situation. There are multiple event
types, but they all fall into one of two categories - work events and
state events.

   1. Message Time:  In a work event message, message time is the date
   and time that the data is collected from the sensors; in a state event
   message, message time is the date and time that the state event
   begins.  The message time shall be reported to the nearest second and
   referenced to Coordinated Universal Time (UTC) time based on a 24-hour
   format (YYYY-MM-DD HH:MM:SS).  In order to ensure accuracy and
   reliability, the time stamp shall be synchronized to UTC format from
   an accurate, unchangeable source (for example, a GPS National Marine
   Electronics Association NMEA data string).  Message time shall be
   identified by the tag "msg_time".

   2. Comment:  Comments concerning the work event or state event
   messages being transmitted provide descriptive information that
   relates to the data.  An example of a comment for work event data is
   information about a sensor issue; an example of a comment for state
   event data is a description of operations.  A comment shall be
   identified by the introductory tag "comment", and the comment shall
   consist of no more than 250 characters.

3.1.1.2    Dredge Events - Work Event

There are two types of dredge event messages - work event messages and
state event messages. Work event messages contain data that are
instantaneously collected or calculated from sensors and are logged as a
series of events.  Work events are triggered by a time interval change (as
described in Paragraph titled "Work Event Messages").  All work event
messages shall be initiated by the header tag "work_event".

   1. Vertical Correction:  The variation of the water level from the
   vertical datum for the river stage or tidal gage described in the
   state events shall be obtained using appropriate equipment to give the
   water level with an accuracy of plus/minus 0.1 ft.  Vertical
   correction values above project datum described in the dredging
   specification shall be entered with a positive sign and those below
   with a negative sign.  The tag for vertical correction shall be
   "vert_correction".

   2.  Cutter/Suction Head Location and Movement:  The X, Y, and Z
   components of the cutter/suction head location shall be monitored.
   Additional calculations made from the observed values determine the
   rates of movement to track the progress of the dredge.

      2.1. Cutter/Suction Head Horizontal Position:  The forwardmost

point of the cutter/suction head shall be obtained using a positioning system operating with a minimum accuracy level of 3-10 feet horizontal Circular Error Probable (CEP).  It shall be reported as Latitude/Longitude WGS 84 in decimal degrees with West Longitude and South Latitude values reported as negative.  Position values shall be identified by the tags "ch_latitude" and "ch_longitude".

2.2. Cutter/Suction Invert Depth:  Cutter/suction invert depth is the depth of the invert of the suction mouth relative to the surface of the water.  Instrumentation shall be capable of reporting to an accuracy of plus/minus 0.5 foot and a resolution to the nearest 0.1 foot with no tidal adjustments.  Minimum accuracies are conditional to relatively calm water.  The tag "ch_depth" shall be used to identify the cutter/suction head depth.

2.3. Cutter/Suction Head Heading:  The cutter/suction head heading is the angle of the centerline of the cutter/suction head and dredge ladder measured relative to true north.  All headings shall be provided using industry-standard equipment.  The heading shall be accurate to within 5 degrees and reported to the nearest whole degree with values from 000 (true north) to 359 degrees referenced to a clockwise positive direction convention.  The tag "ch_heading" shall be used to identify the cutter/suction head heading.

3. Dredge Activity:  Dredge activity shall be monitored using a combination of the following parameters.

3.1. Slurry Velocity:  A flow-metering device, calibrated according to the manufacturer's specifications, shall be used to record the slurry velocity to the nearest 0.01 fps with an accuracy of plus 0.1 fps.  If the manufacturer does not specify a frequency of recalibration, calibration shall be conducted prior to the commencement of work.  The slurry velocity shall be measured for the same pipeline inside diameter as that used for the slurry density measurement.  The tag "slurry_velocity" shall be associated with this value.

3.2. Slurry Density:  A density-metering device, calibrated according to the manufacturer's specifications, shall be used to record the slurry density to the nearest 0.01 g/cc.  It is understood that the accuracy of this sensor can vary based on several factors, including the type of material, the magnitude of the cut, and the length of time since calibration.  If the manufacturer does not specify a frequency of recalibration, calibration shall be conducted prior to the commencement of work.  Continuous monitoring of this sensor ensures that drift and other factors inherent in the dredging process can be accounted for in monitoring dredge activity.  The tag "slurry_density" shall be associated with this value.

3.3. Pump RPM:  The pump rpm is the number of revolutions per minute measured for the slurry pump shaft.  The shaft revolution rate (rev/min) shall be measured with the highest level of accuracy that is standard on the vessel's operational displays either at the bridge or in the engine room.  This value shall be identified by the tag "rpm".

RLB-0000233

3.4. Pump Vacuum:  The vacuum pressure of the dredge pump(s)
(inches of mercury) shall be measured as near to the eye as
practicable in the pump's suction pipe with the highest level of
accuracy that is standard on the vessel's operational displays
either at the leverman's controls or in the engine room.  Vacuum
pressure shall be identified by the tag "vacuum".

3.5. Pump Outlet Pressure:  The pump outlet pressure shall be
measured in the discharge line on the pump side of the flap valve
in terms of pounds per square inch (psi) on a gauge.  Pump outlet
pressure shall be identified by the tag "outlet_psi".

4.  Outfall Information (Open Water/Spill Barge Disposal):  The X and
Y position of the terminal end of the outfall pipe shall be monitored
continuously and the position reported as part of the work event
string.

4.1. Discharge Horizontal Position:  The horizontal position of
the outfall end of the discharge pipe shall be obtained using a
positioning system operating with a minimum accuracy level of 3-10
feet horizontal Circular Error Probable (CEP).  It shall be
reported as Latitude/ Longitude WGS 84 in decimal degrees with
West Longitude and South Latitude values being reported as
negative.  Position values shall be identified by the tags
"outfall_latitude" and "outfall_longitude".

3.1.1.3   Dredge Events - State Event

There are two types of dredge event messages - work event messages and
state event messages.  State event messages provide information about the
current state of the dredge equipment or operations.  They are created and
sent only when a state changes.  Since state events often cannot be
collected in real time, state events are tagged with a date time stamp
(referenced to Coordinated Universal Time UTC) that indicates when the
state change happened relative to the work event message tag.  This data
is considered to be "true" until another state event tag is received.  Each
type of state event message shall be indicated by a specific header tag as
enumerated in the following subparagraphs.  State events can be
transmitted along with work event message bundles directly by the
Contractor using the indicated format, or they can be entered on the
"State" tab in the DQM-provided software.

3.1.1.3.1   Message Time

The state event time is the date and time that the event starts.  The
leverman's time shall be entered to the nearest second as local time and
automatically converted to and reported in UTC based on a 24-hour format
(YYYY-MM-DD HH:MM:SS).  Message time shall be identified by the tag
"msg_time".

3.1.1.3.2   Contract Event

Information concerning the Contract under which dredging is being
performed shall be reported at the start and completion of each Contract
using the header tag "contract_event".

2.1. Contract Number:  The USACE-assigned Contract number for the
project shall be reported using the tag "contract_number".

RLB-0000234

2.2. Contract Start and End:  The start and end of a Contract shall be
reported using the tag "event_type" with the appropriate value of
"start" or "end".

### 3.1.1.3.3  Tide Station/River Stage Gage Event

Properties associated with the vertical correction (see Paragraph titled
"Vertical Correction") for the tide station/river stage gage shall be
grouped together under the header tag "station_event".  This information
shall be sent at the start of the Contract and each time the dredge has
moved enough to change the station being used.

3.1. Station Name:  The station name is a concise name defining the
tide station/river stage gage begin referred to.  It shall be
introduced by the tag "station_name", and it shall consist of a
descriptor of no more than 25 characters.

### 3.1.1.3.4  Length of Pipe Event

The leverman's estimate of the length of pipe downflow from the dredge
pump, measured to the nearest whole foot, shall be reported under the
header tag "pipe_length_event".  This information shall be sent at the
start of the Contract and at the completion of each 24-hour period ending
at midnight local time.

4.1. Floating Pipe:  The total length of floating pipe shall be
reported with the tag "length_floating".

4.2. Submerged Pipe:  The total length of floating pipe shall be
reported with the tag "length_submerged".

4.3. Shore Pipe:  The total length of shore pipe shall be reported
with the tag "length_land".

4.4. Booster Pump Event:  Information concerning the booster pumps
being used shall be included under the header tag
"booster_pump_event".  A message shall be sent to indicate any change
in the status of the booster pumps being used.

### 3.1.1.3.5  Dredge Advance

The dredge advance, the total forward progress of the dredge relative to
the centerline of the cut, shall be measured to the nearest whole foot and
cumulatively calculated over a 24-hour period from midnight to midnight
local time.  It shall be identified by the tag "advance_daily".  The
msg_time associated with this tag shall be reported as the first timestamp
of the following 24-hour period (based on the local time) rather than as
midnight of the day for which the value was calculated, and it shall be
reported in Greenwich Mean Time (GMT).

### 3.1.1.3.6  Outfall Information

The X and Y position of the terminal end of the outfall pipe shall be
monitored and sent at the start of the Contract and thereafter according
to the following table. Discharge Heading and Pipe Elevation may be
omitted if the dredge is not discharging into an upland disposal site.
For beach nourishment, the horizontal X and Y position of the outfall
shall be sent at the start of the Contract and at the completion of each
24-hour period ending at midnight local time.

| Discharge Location | Horizontal Position | Discharge Pipe Elevation | Discharge Outfall Heading |
|---|---|---|---|
| Open Water | Continuous Work Event | N/A | N/A |
| Scow | Upon Change | N/A | N/A |
| Beach | Every 24 Hours | N/A | N/A |
| Upland | Upon Change | Upon Change | Upon Change |

6.1. Discharge Location:  Information on where the slurry is being discharged shall be reported with the tag "outfall_location". Acceptable values include "upland", "open water", "beach", and "scow".

6.2. Discharge Horizontal Position:  The horizontal position of the outfall end of the discharge pipe shall be obtained using a positioning system operating with a minimum accuracy level of 3-10 feet horizontal Circular Error Probable (CEP).  It shall be reported as Latitude/ Longitude WGS 84 in decimal degrees with West Longitude and South Latitude values being reported as negative.  Position values shall be identified by the tags "outfall_latitude" and "outfall_longitude".

6.3. Discharge Outfall Heading:  The discharge outfall heading is the angle relative to true north measured from the centerline of the pipe in the direction of discharge.  All headings shall be provided using industry-standard equipment.  They shall be accurate to within 5 degrees and reported to the nearest whole degree with values from 000 (true north) to 359 degrees referenced to a clockwise positive direction convention.  The discharge heading shall be identified by the tag "outfall_heading".

6.4. Discharge Outfall Heading:  The discharge pipe elevation is the height of the outfall measured in feet and tenths of a foot relative to the project datum.  The required accuracy is contingent upon Contract requirements.  The tag "outfall_elevation" shall be used to identify this elevation.

### 3.1.1.3.7   Non-effective Work Event

Delays and dredge downtime shall be reported at the conclusion of the event.  The reason for the non-effective work time shall be submitted under the header tag "non_eff_event" within 24 hours of the event.

7.1. Non-effective Work Interval:  The start and end times for the non-effective work event shall be reported using the tags "msg_start_time" and "msg_end_time".

7.2. Dredge Function Code:  The dredge operator indication of production delays, as listed on Form 4267, shall be transmitted at the end of the non-effective interval.  Dredge function event messages shall be identified by the tag "function_code" and shall consist of one of the following standardized entries to indicate the operation:

AGV     Assisting Grounded Vessels

SECTION 35 20 23.33   Page 9

```
CCH     Change Cutterhead
CCSH    Clear Cutter Suction
CLPJ    Change Location Bar
COLL    Collision
CPPL    Clear Pump Pipeline
CPR     Change Impeller
DR      Dike Repair
FBD     Fire Boat Drills
HPL     Handling Pipe Line
HSL     Handling Swing Line
HSP     Handling Shore Pipe
LDNE    Loss Due to Natural Elements
LDPV    Loss Due to Passing Vessel
LNL     Transfer to New Location
MISC    Miscellaneous
MOB     Mobilization & Demobilization
MSC     Miscellaneous/Non-pay
OC      Out of Commission
OR      Operating Repairs
P       Preparation
PREP    Preparation & Making Up Tow
RPL     Repair Pipeline
SB      Sounding & Buoying
SBT     Stand-By Time as Directed
SH      Sundays-Holidays
TFS     Taking on Fuel & Supplies
TOW     Time on Tow
WAP     Waiting Attendant Plant
```

7.3. Additional Comments:  The "comment" tag shall be used to provide additional explanation for the noted delays or downtimes.  For example, when the code "LDPV" (Loss Due to Passing Vessel) is indicated, the name of the vessel and the number of tows shall be listed with the "comment" tag.

3.2   NATIONAL DREDGING QUALITY MANAGEMENT PROGRAM SYSTEM REQUIREMENTS

The Contractor's DQM system shall be capable of collecting and transmitting information to the DQM onboard computer.  The applicable parameters from Paragraph titled "Requirements for Reported Data," shall be recorded as events locally and continuously transmitted to the DQM database anytime an Internet connection is available.  The dredge shall be equipped with a DQM computer system consisting of a computer, monitor, keyboard, mouse, data modem, Universal Power Supply (UPS), and network hub.  The computer system shall be a standalone system, exclusive to the DQM monitoring system, and shall have USACE DQM software installed on it. If a hardware problem occurs, or if a part of the system is physically damaged, then the Contractor shall be responsible for repairing it within two business days of the determination of the condition or submitting a plan and timeline for repair if the repair will take more than two business days.

3.2.1   Computer Requirements

Provide a dedicated onboard computer for use by the Dredging Quality Management system.  This computer shall run the USACE DQM software and receive data from the Contractor's data-reporting interface.  This computer must meet or exceed the following performance specifications:

RLB-0000237

SWG FILE NO.: HSC 401-579                     SOLICITATION NO.: W912HY19B0028

| CPU | Intel or AMD processor with a (non-overclocked) clock speed of at least 1.8 gigahertz (GHz) |
|---|---|
| Hard drive | 250 gigabytes (GB); internal |
| RAM | 4 gigabytes (GB) |
| Ethernet adapter | 10 or 100 megabit (Mbit) internal network card with an RJ 45 connector |
| Video adapter | Must support a resolution of 1024x768 at 16-bit color depth |
| Keyboard | Standard 101-key keyboard |
| Mouse | Standard 2-button mouse |
| Monitor | Must support a resolution of 1024x768 at 16-bit color depth |
| Ports | 2 free serial ports with standard 9-pin connectors; 1 free USB port |
| Other hardware | Category 5 (Cat-5) cable with standard RJ-45 plugs connecting the network adapter to the network hub; one spare cable |

Install a fully licensed copy of Windows 7 Professional Operating System on the computer specified above.  Also install any necessary manufacturer-provided drivers for the installed hardware.

This computer shall be located and oriented to allow data entry and data viewing as well as to provide access to data ports for connection of external hardware.

3.2.2   Software

The DQM computer's primary function is to transmit data to the DQM shoreside database.  No other software which conflicts with this function shall be installed on it.  The DQM computer shall also have the USACE-provided Dredging Quality Management Onboard Software (DQMOBS) installed on it by DQM personnel.

3.2.3   UPS

Supply an Uninterruptible Power Supply (UPS) for the computer and networking equipment.  It shall interface with the DQM computer to communicate UPS status, and it shall provide backup power at 1 kVA for a minimum of 10 minutes.  Ensure that sufficient power outlets are available to run all specified equipment.

3.2.4   Internet Access

Maintain an Internet connection capable of transmitting real-time data to the DQM server as well as enough additional bandwidth to clear historically queued data when a connection is re-established.  The telemetry system shall always be available and have connectivity in the Contract area. If connectivity is lost, unsent data shall be queued and transmitted upon restoration of connectivity.  The Contractor shall acquire and install all necessary hardware and software to make the Internet connection available for data transmission to the DQM web service.  The hardware and software shall be configured to allow the DQM

RLB-0000238

Support Center remote access to this computer, and the telemetry system
shall be capable of meeting these minimum reporting requirements in all
operating conditions.

In areas with poor cellular service and at the local District's
discretion, it may be required to manually download the data on a daily
basis using the protocol for retrieving and submitting backup files
provided by the DQM Support Center.  This method of data transmission
should be used only if Internet connectivity is unavailable at the
dredging site, and it should be considered a temporary measure.

3.2.5   Data Routing Requirements

Onboard sensors continually monitor dredge conditions, operations, and
efficiency and route this information to the shipboard dredge-specific
system (DSS) computer to assist in guiding dredge operations.  Portions of
this Contractor-collected information, as described in this specification,
shall be routed to the DQM computer on a real-time basis.  Standard sensor
data shall be sent to the DQM computer via an RS-232 serial interface with
a baud rate of 9600 or 19200 bps.  The serial interface shall be
configured as 8 bits, no parity, and no flow control

Information regarding changes in the state of the dredge shall be
digitally logged and transmitted as close to the time of the occurrence as
possible.  These events can either be included in a separate message
bundle going to the DQM onboard computer, or they can be entered on the
"State" tab in the DQM Pipeline Software

3.3   DREDGE MONITORING DATA

3.3.1   General

Onboard sensors continuously collect dredging data in support of the
dredge Contractor's operations. Portions of this Contractor-collected
information, as described in this specification, and calculations based on
them shall be stored and transmitted to the DQM database on a near
real-time basis. Additionally, information regarding the state of the
dredge shall be digitally logged and transmitted.

3.3.2   Data Measurement Frequency

The frequency of data transmission is dependent on the type of message
being sent. Work Event messages contain data that are instantaneously
collected or calculated from sensors and are logged as a series of events.
State event messages are activated by a change in the dredge state.

3.3.2.1   Work Event Messages

Data shall be logged as a series of events. Each event shall consist of a
dataset containing dredge information (as defined in Paragraph titled
"Requirements for Reported Data").  Each set of measurements (for example,
time and position) shall be considered an event, and there shall be a 6-12
second interval between work events.  This interval shall remain
consistent across event types for the dredge plant.

A standard data string shall be recorded within one second of an event
trigger with the time stamp and all parameters reflecting when the event
happened.

RLB-0000239

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.3.2.2   State Event Messages

A set of descriptive information (event name, time, description, comment)
shall be considered a state event.  These events shall be recorded within
24 hours of a change in state with the time stamp reflecting when the
event happened.

3.3.3   Parameter Transmission to the Web Service

The data shall be formatted as JSON (JavaScript Object Notation, as
defined at http://www.json.org) strings of arbitrary length.  These JSON
strings represent a hierarchical data structure consisting of a message
bundle which may contain 0-3 automatic data messages and any number of
manual data messages.

A tag/parameter is reported only when it contains a value.  No "Null"
value strings shall be included in a message bundle.

```
****************************
Message bundle
****************************

{
  "DQM_Data": {
    "messages":
      {
        "work_event": {
        "msg_time":              <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
         "vert_correction":      <floating point 100th decimal place>,
         "ch_latitude":          <decimal to 6 decimal places>,
         "ch_longitude":         <decimal to 6 decimal places>,
         "ch_depth":             <floating point 100th decimal
place>,
         "ch_heading":           <integer value 000-359>,
         "slurry_velocity":      <floating point 100th decimal place>,
         "slurry_density":       <floating point 100th decimal place>,
         "pump_rpm":             <integer>,
         "vacuum":               <floating point 100th decimal place>,
         "outlet_psi":           <floating point 100th decimal place>,
         "comment":              <string>},
        }
      },
      {
        "contract_event": {
         "msg_time":             <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
         "contract_number":      <string>,
         "event_type":           <string - "start" or "end">,
         "comment":              <string>
        }
      },
      {
        "station_event": {
         "msg_time":             <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
         "station_name":         <string>,
         "comment":              <string>
        }
      },
      {
        "pipe_length_event": {
```

SECTION 35 20 23.33   Page 13

```
            "msg_time":           <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
            "length_floating":    <integer>,
            "length_submerged":   <integer>,
            "length_land":        <integer>,
            "comment":            <string>
          }
        },
        {
          "booster_pump_event": {
            "msg_time":           <24-hour UTC time YYYY-MM-DDHH:MM:SS>,
            "booster_total":      <integer>,
            "comment":            <string>
          }
        },
        {
          "advance_Event": {
            "msg_time":           <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
            "advance_daily":      <integer>,
            "comment":            <string>
          }
        },
        {
          "outfall_position": {
            "msg_time":           <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
            "outfall_location":   <string-"upland", "beach", "scow",
    "open water">
            "outfall_latitude":   <decimal to 6 decimal places>,
            "outfall_longitude":  <decimal to 6 decimal places>,
            "outfall_heading":    <integer value 000-359>,
            "outfall_elevation":  <floating point 10th decimal place>,
            "comment":            <string>
          }
        },
        {
          "non_eff_event": {
            "msg_start_time":     <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
            "msg_end_time":       <24-hour UTC time YYYY-MM-DD HH:MM:SS>,
            "function_code":      <string - 1 to 4 characters>,
            "comment":            <string>

          }
        }

      }
    }
```

3.3.4   Contractor Data Backup

Maintain an archive of all data sent to the DQM computer during the dredging Contract.  The COR may require, at no increase in the Contract price, that the Contractor provide a copy of these data covering specified time periods.  The data shall be provided in the same JSON format as would have been transmitted to the DQM computer.  There shall be no line breaks between the parameters, and each record string shall be on separate line. The naming convention for the files shall be <dredgename>_<StartYYYYMMddhhmmss>_<EndYYYYMMddhhmmss>.txt. Data submission shall be via a storage medium acceptable to the COR.

At the end of the dredging Contact, the Contractor shall call the National

RLB-0000241

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

DQM Support Center prior to discarding the data to ensure that it has been
appropriately archived.  Record the following information in a separate
section at the end of the dredge's onboard copy of the DPIP:

- Person who called the National DQM Support Center
- Date of the call
- DQM representative who gave permission to discard the data

On the same day that the call is made, but prior to discarding the data,
the Contractor shall submit a "Data Appropriately Archived" e-mail to the
local USACE District's COR with the above information and cc: the DQM
Support Center representative who granted the permission.  In addition to
the above information, the following shall also be included in the e-mail:

- Project name and Contract number
- Dredge start and end dates
- Name of the dredge

3.4    PERFORMANCE REQUIREMENTS

The Contractor's National Dredging Quality Management Program's data
transmission shall be fully operational at the start of dredging
operations.  To meet Contract requirements for operability, the
Contractor's system shall provide an accurate data string return and be
compliant with hardware requirements.  Data string return is defined as
the number of quality records within an event or state tag sent by the
Contractor's system to the DQM database.  Quality data strings are
considered to be those providing accurate values for all parameters
reported when operating according to the specification.  Repairs necessary
to restore data return compliance shall be made within two business days,
or a plan and timeline for repair shall be submitted if the repair will
take more than two business days.  Failure by the Contractor to report
quality data within the specified time window for dredge measurements as
stated in the specifications (see Paragraphs titled "Internet Access",
"Data Measurement Frequency" and "Parameter Transmission to the Web
Service"), may result in withholding of up to 10 Percent of the CONTRACT
PROGRESS PAYMENT PER CLAUSE 52.232-5.

3.5    QUALITY ASSURANCE CHECKS

Quality assurance (QA) checks are a part of the DQM dredge certification
procedure.  They are required prior to the commencement of dredging and,
at the discretion of the COR, periodically throughout the duration of the
Contract.  The SOP and criteria for QA checks are presented on the DQM
website at https://dqm.usace.army.mil.

3.6    CONTRACTOR QUALITY CONTROL

The dredging Contractor shall designate a Quality Control Systems Manager
(QCSM), who shall develop and maintain daily procedures to ensure quality
control (QC) of the dredge Contractor's DQM system.  These methods shall
include the procedure by which data being collected is checked against
known values, and verification that the telemetry is functioning.  These
procedures shall be outlined in the DPIP and submitted prior to the Notice
to Proceed.  In the event a Contractor Quality Control (CQC) Report is
required, daily annotations shall be made in the Daily CQC Report,
documenting all actions taken on each day of work, including all
deficiencies found and the corrective actions taken.

RLB-0000242

SWG FILE NO.: HSC 401-579                    SOLICITATION NO.: W912HY19B0028

3.7   LIST OF ITEMS PROVIDED BY THE CONTRACTOR

   - DPIP          Paragraph titled "Dredge Plant Instrumentation Plan (DPIP)"

   - DQM System    Paragraph titled "National Dredging Quality Management
                   Program System Requirements," including all subparagraphs

   - Dredge Data   Paragraph titled "Dredging Monitoring Data"

        -- End of Section --

RLB-0000243