# EXHIBIT 1-G



**RLB CONTRACTING INC.**
P.O. Box 1739
Port Lavaca, Texas 77979
(361) 552-2104  Fax (361) 552-2110

59819

**IBC BANK**
Port Lavaca, TX     IBC Voice - (361) 553-4200
88-502/1131

9/9/2021

PAY TO THE ORDER OF    Harbor Dredging, INC and Diamond Services    $ **950,000.00

Nine Hundred Fifty Thousand and 00/100****************************************************** DOLLARS

Harbor Dredging, INC and Diamond Services

MEMO  FULL & FINAL PAYMENT

AUTHORIZED SIGNATURE

RLB CONTRACTING, INC.    59819

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/9/2021 | Bill | Harbor Dredging, INC and Diamond Services | 950,000.00 | 950,000.00 | 9/9/2021 | 950,000.00 |
|  |  |  |  | Check Amount |  | 950,000.00 |





RLB-0000312