# EXHIBIT 7

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

5043
84-362/654

Pay to the Order of DIAMOND SERVICES

DATE 07/07/2020

AMOUNT $125,000.00*

Exactly

One Hundred Twenty-Five Thousand and 00/100 * * ***************** Dollars

DIAMOND SERVICES CORP
503 South DeGravelle Road
AMELIA, LA 70340

MEMO: MOB RLB CONTRACT

Roland J. Matherin

PLEASE ENDORSE HERE
For Deposit
Diamond Services Corp.
DO NOT WRITE
RESERVED
SIGN BELOW THIS LINE
INSTITUTION USE *
>065400483<
M C Bank and Trust #004
2020-07-24
0004005030
Batch 92769532
THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION
* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC
0004005030

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

5053
84-362/654

Pay to the Order of DIAMOND SERVICE

DATE
09/13/2020

AMOUNT
$248,788.80*

Exactly
Two Hundred Forty-Eight Thousand Seven Hundred Eighty-Eight and 80/100 ********************
* Dollars

DIAMOND SERVICES CORP
503 South DeGravelle Road
AMELIA, LA 70340

Memo: YARDAGE HSC
38,275 YDS

Roland J. Maturin

PLEASE ENDORSE HERE

For Deposit
Diamond Services Corp.

DO NOT WRITE / SIGN BELOW THIS LINE
RESERVED / FINANCIAL INSTITUTION USE *

>065400483<
M C Bank and Trust #004
2020-09-15
0004343688
Batch 97625138

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
- INVISIBLE FLUORESCENT FIBERS
- THREE STAIN SET
- UV DULL
- MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
- PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

0004343688

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

5056
84-362/654

Pay to the Order of DIAMOND SERVICE

DATE 09/29/2020

AMOUNT $450,450.00*

Exactly
Four Hundred Fifty Thousand Four Hundred Fifty and 00/100 ******************** Dollars

DIAMOND SERVICES CORP
503 South DeGravelle Road
AMELIA, LA 70340

Roland J Maturin

HSC Yardage 77,000 less 10%

HD-000083

PLEASE ENDORSE HERE

For Deposit
Diamond Services Corp

DO NOT WRITE / SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

>065400483<
M C Bank and Trust #004
2020-10-02
0004465021
Batch 99273339

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
- INVISIBLE FLUORESCENT FIBERS
- THREE-STAIN SET
- UV DULL
- MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

0004465021

* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

3

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

2346
84-362/654

Pay to the Order of Diamond Services Co

DATE 11/09/2020

AMOUNT $283,722.00*

Exactly
Two Hundred Eighty-Three Thousand Seven Hundred Twenty-Two and 00/100 ******************* Dollars

Diamond Services Corporation P.O. Box 1286
Morgan City, LA 70381

MEMO: 43,649 yards of 48,500 10% retainage withhelded

Roland J Maturin

PLEASE ENDORSE HERE

For Deposit
Diamond Services Corp.

DO NOT WRITE
RESERVE

>065400483<
M C Bank and Trust #004
2020-11-16
0004743252
Batch 103317918

SIGN BELOW THIS LINE
INSTITUTION USE *

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
- INVISIBLE FLUORESCENT FIBERS
- THREE-STAIN SET
- UV DULL
- MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

0004743252

* FEDERAL BANKING ACT 1987 • FEDERAL RESERVE REG. CC

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

5073
84-362/654

Pay to the Order of DIAMOND SERVICE

DATE
01/04/2021

AMOUNT
$171,650.70*

Exactly
One Hundred Seventy-One Thousand Six Hundred Fifty and 70/100 ******************
* Dollars

DIAMOND SERVICES CORP
P.O. Box 1286
Morgan City,, LA 70381

Roland J Maturin

Memo: Pay Yards 29,342
10% Retainage 2,934.2

PLEASE ENDORSE HERE
For Deposit
Diamond Services Corp.
DO NOT WRITE
RESERVED
SIGN BELOW THIS LINE
INSTITUTION USE *
>065400483<
M C Bank and Trust #004
2021-01-14
0004115476
Batch 108963357
THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
• INVISIBLE FLUORESCENT FIBERS
• THREE-STAIN SET
• UV DULL
• MICRO PRINT
ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION
PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION
* FEDERAL BANKING ACT 1987 - FEDERAL RESERVE REG. CC

WARNING: THIS DOCUMENT HAS SECURITY FEATURES IN THE PAPER

Harbor Dredging, Inc
226 Downing St
Lafayette LA 70506

Harbor Dredging, INC.

REGIONS BANK
313 Westbank Expy
Gretna LA 70053

5083
84-362/654

Pay to the Order of DIAMOND SERVICE

DATE 04/30/2021

AMOUNT $1,022,076.50*

Exactly
One Million Twenty-Two Thousand Seventy-Six and 50/100 ******************* Dollars

DIAMOND SERVICES CORP

P.O. Box 1286
Morgan City,, LA 70381

Roland J Maturin

Memo: Payment for Base HSC



PLEASE ENDORSE HERE

For Deposit
Diamond Services Corp.

DO NOT WRITE / SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

>065400483<
M C Bank and Trust #004
2021-05-03
0004802347
Batch 119599072

THIS DOCUMENT INCLUDES THE FOLLOWING SECURITY FEATURES
- INVISIBLE FLUORESCENT FIBERS
- THREE-STAIN SET
- UV DULL
- MICRO PRINT

ABSENCE OF THESE FEATURES MAY INDICATE ALTERATION

PADLOCK DESIGN IS A CERTIFICATION MARK OF THE CHECK PAYMENT SYSTEMS ASSOCIATION

0004802347

* FEDERAL BANKING ACT 1987 • FEDERAL RESERVE REG CC

HD-000089