# EXHIBIT 8



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**   20-090

**DATE**   08/17/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
|  | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR THE RENTAL OF TUG MISS KERRILYN AS AGREED TO
PER THE FOLLOWING FEES AS LISTED BELOW.

1) TUG RENTAL
    1500 HRS 5/15/20 -1500 HRS 5/22/20      7 DAYS @ $1,250  PER DAY        8,750.00
    1500 HRS 5/22/20 -2400 HRS 5/31/20  9.38 DAYS @ $1,000  PER DAY        9,380.00
    0000 HRS 6/01/20 -2400 HRS 6/30/20    30 DAYS @ $1,000  PER DAY       30,000.00

2) FUEL & LUBE
    FUEL - 2,000 GALLONS                                                   1,507.80
    LUBE -      6 PAILS                                                       238.68

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA.  70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$49,876.48** |



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

**Mailing Address**
P.O. Box 2545
Morgan City, LA 70381

**Physical Address**
1640 River Road
Berwick, LA 70342

**Invoice No | Invoice Date**
180236 | 05/31/20

Phone: (985) 384-8200    Fax: (985) 384-8455    Email: office@centralboat.com    Website: www.centralboat.com

| **TO:** Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|
| Diamond Services | OCSG #: | AFE #: |
| Attn: Accounts Payable | | |
| P.O. Box 1286 | Well #: | S/Lease: |
| Morgan City, LA  70380 | | |
| Job No: 936511 | Rig: | CBR use: |

| ORDERED BY Kerry Guidry | ORDERED BY PHONE (985) 631-2187 | TERMS Net 30 | PURCHASE ORDER NUMBER MS-83774 | | BILLING PERIOD May 2020 |
|---|---|---|---|---|---|

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Miss Kerrilyn** RC: 46683 | 1,200 HP Coastal Lugger Tug | 05/15/20 15:00 *Returned* 05/15/20 15:00 | 05/22/20 14:59 05/22/20 14:59 | 7.00 | 1.00 | $2,500.00 *Day Rate FINAL INVOICE* | $17,500.00 |
| **Miss Kerrilyn** RC: 46683 | One Captain, 2 Deckhands | 05/22/20 15:00 *On Rent* 05/22/20 15:00 | 05/31/20 23:59 | 9.38 | 1.00 | $2,000.00 *Day Rate* | $18,760.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

DIAMOND SERVICES CORPORATION
Vendor Code: _____
Date Received: _____  Dept. No. _____
G/L CODE _____ Cat No. _____
Charge Ref. _____  TAX YES/NO _____
Equip. No. _____
Price & extension Checked _____
Approved for Payment: _____

MGS

ENTERED

COPY

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

# Thank You

*'RC' = "Rental Contract"*

*Original*

1 of 1

| | Sub-Total: | $36,260.00 |
|---|---|---|
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| **INVOICE TOTAL:** | | **$36,260.00** |

Diamond {3:21-cv-00253} 1514



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

**Mailing Address**
P.O. Box 2545
Morgan City, LA 70381

**Physical Address**
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 180421 | 06/30/20 |

Phone: (985) 384-8200    Fax: (985) 384-8455    Email: office@centralboat.com    Website: www.centralboat.com

| **TO:** | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|---|
| **Diamond Services** Attn: Accounts Payable | | OCSG #: | AFE #: |
| P.O. Box 1286 Morgan City, LA  70380 | | Well #: | S/Lease: |
| **Job No: 936511** | | Rig: | CBR use: |

| ORDERED BY Kerry Guidry | ORDERED BY PHONE (985) 631-2187 | TERMS Net 30 | PURCHASE ORDER NUMBER M5-83830 | BILLING PERIOD June 2020 |
|---|---|---|---|---|

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Miss Kerrilyn** *RC: 46683* | One Captain, 2 Deckhands | **06/01/20 0:01** *On Rent* 05/22/20 15:00 | 06/30/20 23:59 | 30.00 | 1.00 | $2,000.00 *Day Rate* | $60,000.00 |

**COMMENTS:**

> **Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.**

DIAMOND SERVICES CORPORATION
Vendor Code:_____
Date Received:_____  Dept. No. _____
G/L CODE_____  Cat No. _____
Charge Ref._____  TAX YES/NO _____
Equip. No. _____
Price & extension Check_____
Approved for Payment: _____

ENTERED

COPY

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

## Thank You

*'RC' = "Rental Contract"*

*Original*

1 of 1

| | | Sub-Total: | $60,000.00 |
|---|---|---|---|
| 0.00% | Parish Tax | None | $0.00 |
| 0.00% | State Tax | None | $0.00 |
| | **INVOICE TOTAL:** | | **$60,000.00** |



**Invoice**

Page: 1

**REMIT TO:**

**O'Rourke Marine Services, LLC**
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*JUN 2 3 2020*

| | |
|---|---|
| Invoice Number: | 0056314 |
| Invoice Date: | 6/18/2020 |
| Invoice Due Date: | 7/18/2020 |
| Ship Date: | 6/18/2020 |
| Order Number: | 0056314 |
| Order Date: | 6/18/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O.<br>MS-83725 | Ship VIA | | RIG/VESSEL NAME<br>MISS KERRILYN | Terms<br>NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| CH052P | 000 | 6.00 | 6.00 | 0.00 | 79.5600 | 477.36 |
| Chevron Delo 400 SDE 15w40 | | PAIL | PAIL | PAIL | PAIL | |

DIAMOND SERVICES CORPORATION
Vendor Code: _____
Date Received _____
G.L. CODE _____ Dept. No. ____
Charge Ref. _____ Cat No. ____
Equip. No. _____ TAX YES NO ____
Price & extension Checked _____
Approved for Payment _____
MGS

## Marine Dockside/Midstream/Truck Deliveries
## Texas Gulf Coast and Lake Charles

| | |
|---|---|
| Net Invoice: | 477.36 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| **Invoice Total** | 477.36 |

THANK YOU FOR YOUR BUSINESS







**O'ROURKE OMS**
**MARINE SERVICES**

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

**Invoice**

**Received**

**JUL 1 3 2020**

Page: 1

| | |
|---|---|
| Invoice Number: | 0056495 |
| Invoice Date: | 7/8/2020 |
| Invoice Due Date: | 8/7/2020 |
| Ship Date: | 7/8/2020 |
| Order Number: | 0056495 |
| Order Date: | 7/8/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O. KENNY NS 87894 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
| 03M | 022 | 2,000.00 | 2,000.00 | 0.00 | 1.5068 | 3,013.60 |
| RED DYED DIESEL | | GAL | GAL | GAL | GAL | |
| FEDERAL LUST FEE | | | | | 0.00100 | 2.00 |
| | | | | | 1.50780 | 3,015.60 |

DIAMOND SERVICES CORPORATION
Vendor Code: 2040
Date Received: _____ Dept. No. _____
G/L CODE _____ Cat No. _____
Charge Ref. _____ TAX (ES)/NO _____
Equip. No. MISS KERRILYN
Price & extension Checked _____
Approved for Payment _____

MGS

**COPY TO JIM**

***Marine Dockside/Midstream/Truck Deliveries***
***Texas Gulf Coast and Lake Charles***

| | |
|---|---|
| Net Invoice: | 3,015.60 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 3,015.60 |

THANK YOU FOR YOUR BUSINESS



**COPY**



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**  20-091

**DATE**  08/17/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR THE RENTAL OF THE TUG MISS KERRILYN AS AGRRED TO
PER THE FOLLOWING FEES AS LISTED BELOW.

1) TUG RENTAL
    0000 HRS 7/01/20 - 2400 HRS 7/14/20    14 DAYS @ $1,000. PER DAY    14,000.00
    0000 HRS 7/15/20 - 2400 HRS 7/31/20    17 DAYS @ $1,500. PER DAY    25,500.00

2) FUEL & LUBE
    FUEL - 3,500 GALLONS    2,621.50
    POTABLE WATER    12.50

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA.  70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$42,134.00** |



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 180562 | 07/31/20 |

Phone: (985) 384-8200   Fax: (985) 384-8455   Email: office@centralboat.com   Website: www.centralboat.com

| TO: | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|---|
| Diamond Services | | OCSG #: | AFE #: |
| janiece@dsegom.com | | | |
| P.O. Box 1286 | | Well #: | S/Lease: |
| Morgan City, LA 70380 | | | |
| Job No: 936511 | | Rig: | CBR use: |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| Kerry Guidry | (985) 631-2187 | Net 30 | H5-8330 | July 2020 |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY. STAT. | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Miss Kerrilyn RC: 46683 | One Captain, 2 Deckhands | 07/01/20 0:01 *Returned* 05/22/20 15:00 | 07/14/20 23:59 07/14/20 23:59 | 14.00 | 1.00 | $2,000.00 *Day Rate FINAL INVOICE* | $28,000.00 |
| Miss Kerrilyn RC: 46683 | Return to full service | 07/15/20 0:01 *On Rent* 07/15/20 0:01 | 07/31/20 23:59 | 17.00 | 1.00 | $2,400.00 *Day Rate* | $40,800.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

DIAMOND SERVICES CORPORATION
Vendor Code: 1634
Date Received: _____ Dept. No. 1
GL CODE 63162 Cat No. _____
Charge Ref. 7202 TAX YES NO
Equip. No. D-9
Price & extension Checked
Approved for Payment: MGS

ENTERED

COPY   'RC' = "Rental Contract"

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

## Thank You

*Original*

1 of 1

| | Sub-Total: | $68,800.00 |
|---|---|---|
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| | INVOICE TOTAL: | $68,800.00 |



**O'ROURKE MARINE SERVICES**

# Invoice

**Page:** 1

| | |
|---|---|
| Invoice Number: | 0056614 |
| Invoice Date: | 7/21/2020 |
| Invoice Due Date: | 8/20/2020 |
| Ship Date: | 7/21/2020 |
| Order Number: | 0056614 |
| Order Date: | 7/21/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

Received
JUL 2 2 2020

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O. | Ship VIA | | RIG/VESSEL NAME | Terms | | |
|---|---|---|---|---|---|---|
| MS-93919 | | | MISS KERRYLYNN | NET 30 DAYS | | |

| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| 03M RED DYED DIESEL | 022 | 3,500.00 GAL | 3,500.00 GAL | 0.00 GAL | 1.4970 GAL | 5,239.50 |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.50 |
| | | | | | 1.49800 | 5,243.00 |

DIAMOND SERVICES CORPORATION
Vendor Code:
Date Received:                    Dept. No.
G/L CODE                Cat No.
Charge Ref.              TAX YES/NO
Equip. No. MISS Keri
Price & extension Checked
Approved for Payment

ENTERED

## *Marine Dockside/Midstream/Truck Deliveries*
## *Texas Gulf Coast and Lake Charles*

| | |
|---|---|
| Net Invoice: | 5,243.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 5,243.00 |

THANK YOU FOR YOUR BUSINESS


COPY



**Invoice**

**Page:** 1

Invoice Number: 0056562
Invoice Date: 7/16/2020
Invoice Due Date: 8/15/2020

Ship Date: 7/16/2020
Order Number: 0056562
Order Date: 7/16/2020
Salesperson: M011
Customer Number: DIA002M

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O. NB-83894 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYNNF | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| /WATER | | | | | | 25.00 |
| POTABLE WATER | | | | | | |
| PROVISIONS | | | | | | |
| NO FUEL PURCHASED | | | | | | |

DIAMOND SERVICES CORPORATION
Vendor Code:
Date Received
G/L CODE
Charge Ref.
Equip. No.
Price & extension Checked
Approved for Payment:

Dept. No.
Cat No.
TAX YES/NO
Kerri

ENTERED

COPY TO JIM



*Marine Dockside/Midstream/Truck Deliveries*
*Texas Gulf Coast and Lake Charles*

| | |
|---|---|
| Net Invoice: | 25.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| **Invoice Total:** | 25.00 |

**THANK YOU FOR YOUR BUSINESS**





**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**   20-127

**DATE**                    10/22/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
|  | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR TUG RENTAL - TUG MISS KERRILYN AS AGREED TO
PER THE FOLLOWING FEES AS LISTED BELOW:

1) TUG RENTAL
   8/1/20-8/31/20             31 DAYS @ $1,500. PER DAY              46,500.00

2) FUEL & LUBE
   FUEL -  10,900 GALLONS                                            8,129.11
   LUBE -  65      GALLONS                                            491.65

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA.  70381-1286

| Retainage: | 0.00 |
|---|---|
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$55,120.76** |



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
*P.O. Box 120422*
*Dallas, TX 75312-0422*

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|------------|--------------|
| 180730 | 08/31/20 |

Phone: (985) 384-8200   Fax: (985) 384-8455   Email: office@centralboat.com   Website: www.centralboat.com

| **TO:** | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---------|-----------------|----------------------------|--------------------------|
| Diamond Services | | OCSG #: | AFE #: |
| janlece@dscgom.com | | | |
| P.O. Box 1286 | | Well #: | S/Lease: |
| Morgan City, LA  70380 | | | |
| Job No: 936511 | | Rig: | CBR use: |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|------------|------------------|-------|-----------------------|----------------|
| Kerry Guidry | (985) 631-2187 | Net 30 | M5-8 3830 | August 2020 |

| ITEM NO. | ITEM DESCRIPTION | | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT. | RATE | TOTAL |
|----------|------------------|---|----------------------------|------------------------|-----------|-----------|------|-------|
| **Miss Kerrilyn** RC: 46683 | Return to full service | Returned | 08/01/20 0:01 07/15/20 0:01 | 08/08/20 23:59 08/08/20 23:59 | 8.00 | 1.00 | $2,400.00 Day Rate | $19,200.00 FINAL INVOICE |
| **MISS ERIN** RC: 46683 | Replacing Miss Kerrilyn Working as directed, per attac hed boat logs. | Returned | 08/09/20 0:01 08/09/20 0:01 | 08/11/20 19:00 08/11/20 19:00 | 2.79 | 1.00 | $2,400.00 Day Rate | $6,696.00 FINAL INVOICE |
| **Miss Kerrilyn** RC: 46683 | 1,200 HP CoastalLugger Tug | On Rent | 08/11/20 19:01 08/11/20 19:01 | 08/31/20 23:59 | 20.21 | 1.00 | $2,400.00 Day Rate | $48,504.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

DIAMOND SERVICES CORPORATION
Vendor Code:
Date Received:                    Dept. No.
G/L COD:                    Cat No.
Charge Ref.:                    TAX YES/NO
Equip. No.:
Price & extension Checked
Approved for Payment
MGS

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

## Thank You

*Original*

1 of 1

*'RC' = "Rental Contract"*

| | Sub-Total: | $74,400.00 |
|---|-----------|-----------|
| 0.00% Parish Tax None | | $0.00 |
| 0.00% State Tax None | | $0.00 |
| **INVOICE TOTAL:** | | **$74,400.00** |

Diamond {3:21-cv-00253} 1523

**O'ROURKE MARINE SERVICES OMS ◨⊠◻**

**Invoice**

Page: 1

| | |
|---|---|
| Invoice Number: | 0056775 |
| Invoice Date: | 8/6/2020 |
| Invoice Due Date: | 9/5/2020 |
| Ship Date: | 8/6/2020 |
| Order Number: | 0056775 |
| Order Date: | 8/6/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

Received
AUG 1 0 2020

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O. MS84001 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
| 03M RED DYED DIESEL | 022 | 3,500.00 GAL | 3,500.00 GAL | 0.00 GAL | 1.5176 GAL | 5,311.60 |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.50 |
| | | | | | 1.51860 | 5,315.10 |
| SH043P ROTELLA T 40 | 002 | 6.00 PAIL | 30.00 GAL | 0.00 GAL | 14.4600 GAL | 433.80 |

DIAMOND SERVICES CORPORATION
Vendor Code:
Date Received:                 Dept.
G/L CODE                   Cat No.
Charge Ref.           TAX/YES/NO
Equip. No.    MISS KeTTi
Price & extension Checked
Approved for Payment:

**Marine Dockside/Midstream/Truck Deliveries**
**Texas Gulf Coast and Lake Charles**

| | |
|---|---|
| Net Invoice: | 5,748.90 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 5,748.90 |

**THANK YOU FOR YOUR BUSINESS**


COPY

Diamond {3:21-cv-00253} 1524



**O'ROURKE MARINE SERVICES**

# Invoice

Page: 1

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

Received

AUG 17 2020

| | |
|---|---|
| Invoice Number: | 0056832 |
| Invoice Date: | 8/11/2020 |
| Invoice Due Date: | 9/10/2020 |
| Ship Date: | 8/11/2020 |
| Order Number: | 0056832 |
| Order Date: | 8/11/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O. MS-94000 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYNN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
| SH055P | 000 | 7.00 | 35.00 | 0.00 | 15.7000 | 549.50 |
| ROTELLA T4 TRIP PROT 15W40 CK- | | PAIL | GAL | GAL | GAL | |

DIAMOND SERVICES CORPORATION
Vendor Code: 2045
Date Received:
G/L CODE: Seq. No. 8-1
Charge Ref: Cat No.
Equip. No. TAX YES NO
Price & extension Checked
Approved for Payment: MGS

## Marine Dockside/Midstream/Truck Deliveries
## Texas Gulf Coast and Lake Charles

| | |
|---|---|
| Net Invoice: | 549.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 549.50 |

**THANK YOU FOR YOUR BUSINESS**

Diamond {3:21-cv-00253} 1525



**O'ROURKE MARINE SERVICES**

# Invoice

Page: 1

| | |
|---|---|
| Invoice Number: | 0056979 |
| Invoice Date: | 8/23/2020 |
| Invoice Due Date: | 9/22/2020 |
| Ship Date: | 8/23/2020 |
| Order Number: | 0056979 |
| Order Date: | 8/23/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

Received
AUG 2 5 2020

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O.<br>M-79215 | Ship VIA | | RIG/VESSEL NAME<br>MISS KERRILYN | Terms<br>NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| 03M<br>RED DYED DIESEL | 022 | 7,400.00<br>GAL | 7,400.00<br>GAL | 0.00<br>GAL | 1.4778<br>GAL | 10,935.72 |
| FEDERAL LUST FEE | | | | | 0.00100 | 7.40 |
| | | | | | 1.47880 | 10,943.12 |

DIAMOND SERVICES CORPORATION
Vendor Code
Date Received
G/L CODE          Cat No.
Charge Ref.          TAX (YES) NO
Equip. No.
Price & extension Checked
Approved for Payment
Dept. No.

## Marine Dockside/Midstream/Truck Deliveries
## Texas Gulf Coast and Lake Charles

| | |
|---|---|
| Net Invoice: | 10,943.12 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 10,943.12 |

**THANK YOU FOR YOUR BUSINESS**



Diamond {3:21-cv-00253} 1526



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**  20-138

**DATE**  11/30/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR RENTAL OF THE TUG MISS KERRILYN, AS AGREED TO
PER THE FOLLOWING FEES AS LISTED BELOW:

1) TUG RENTAL
     9/1/20-9/30/20     30 DAYS @ $1,500. PER DAY     45,000.00

2) FUEL & LUBE
     FUEL     3,500 GALLONS     2,421.65

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA.  70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$47,421.65** |

Diamond {3:21-cv-00253} 1527



**Invoice**

Page: 1

Invoice Number: 0057175
Invoice Date: 9/17/2020
Invoice Due Date: 10/17/2020
Ship Date: 9/17/2020
Order Number: 0057175
Order Date: 9/17/2020
Salesperson: M011
Customer Number: DIA002M

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

Received

SEP 1 8 2020

*www.orpp.com*

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O.<br>MS84197 | Ship VIA | | RIG/VESSEL NAME<br>MISS KERRILYN | Terms<br>NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
| 03M<br>RED DYED DIESEL | 022 | 3,500.00<br>GAL | 3,500.00<br>GAL | 0.00<br>GAL | 1.3828<br>GAL | 4,839.80 |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.50 |
| | | | | | 1.38380 | 4,843.30 |

DIAMOND SER _____ RPORATION
Vendor Code
Date Rec'd
G/L CODE
Charge to
Encbr No.
Price & extension Checked
Approved for Payment.

MGS

*Marine Dockside/Midstream/Truck Deliveries*
*Texas Gulf Coast and Lake Charles*

| | |
|---|---|
| Net Invoice: | 4,843.30 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 4,843.30 |

**THANK YOU FOR YOUR BUSINESS**



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

**Mailing Address**
P.O. Box 2545
Morgan City, LA 70381

**Physical Address**
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 180858 | 09/30/20 |

Phone: (985) 384-8200    Fax: (985) 384-8455    Email: office@centralboat.com    •    Website: www.centralboat.com

| | | | Location: Carpenter's Bayou | | Cust Order #: Dredge work | |
|---|---|---|---|---|---|---|

**TO:**    Cust No: DIA200

Diamond Services
janiece@dscgom.com
P.O. Box 1286
Morgan City, LA  70380

Job No: 936511

| | Location: | Cust Order #: |
|---|---|---|
| | Carpenter's Bayou | Dredge work |
| | OCSG #: | APE #: |
| | Wall #: | S/Lease: |
| | Rig: | CBR use: |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| Kerry Guidry | (985) 631-2187 | Net 30 | MS-853930 | September 2020 |

| ITEM NO. | ITEM DESCRIPTION | | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Miss Kerrilyn RC: 46683 | Return to service 9/15/20 | On Rent | 09/15/20 16:01 09/15/20 16:01 | 09/30/20 23:59 | 15.33 | 1.00 | $2,400.00 Day Rate | $36,792.00 |
| Miss Laurie RC: 46683 | Replace Miss Kerrilyn 9/13-15/20 | Returned | 09/13/20 0:01 09/13/20 0:01 | 09/15/20 16:00 09/15/20 16:00 | 2.67 | 1.00 | $2,400.00 Day Rate FINAL INVOICE | $6,408.00 |
| Miss Kerrilyn RC: 46683 | 1,200 HP CoastalLugger Tug | Returned | 09/01/20 0:01 08/11/20 19:01 | 09/12/20 23:59 09/12/20 23:59 | 12.00 | 1.00 | $2,400.00 Day Rate FINAL INVOICE | -$28,800.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

TERMS AND CONDITIONS:
Payment is due per net terms as shown above from date of Invoice.

*Original*

1 of 1

'RC' = "Rental Contract"

| | | |
|---|---|---|
| Sub-Total: | | $72,000.00 |
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| **INVOICE TOTAL:** | | **$72,000.00** |

Diamond {3:21-cv-00253} 1529



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**   20-139

**DATE**   11/30/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR RENTAL OF THE TUG MISS KERRILYN, AS AGREED TO
PER THE FOLLOWING FEES AS LISTED BELOW:

1) TUG RENTAL
    10/1/20-10/31/20    31 DAYS @ $1,500. PER DAY     46,500.00

2) FUEL & LUBE
    FUEL       6,000 GALLONS     4,380.00

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA.  70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$50,880.00** |



# Central Boat Rentals, Inc.

## Invoice

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

**Mailing Address**
P.O. Box 2545
Morgan City, LA 70381

**Physical Address**
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 181027 | 10/31/20 |

Phone: (985) 384-8400 | Fax: (985) 384-8455 | Email: office@centralboat.com | Website: www.centralboat.com

| TO: | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|---|
| Diamond Services<br>janiece@dscgom.com<br>P.O. Box 1286<br>Morgan City, LA  70380 | | OCSG #: | AFE #: |
| | | Well #: | S/Lease: |
| Job No: 936511 | | Rig: | CBR use: |

| ORDERED BY<br>Kerry Guidry | ORDERED BY PHONE<br>(985) 631-2187 | TERMS<br>Net 30 | PURCHASE ORDER NUMBER<br>MS-83830 | BILLING PERIOD<br>October 2020 |
|---|---|---|---|---|

| ITEM NO. | ITEM DESCRIPTION | START CHARGE<br>DELIVERY DATE | END CHARGE<br>RETURN DATE | Rent<br>Days | QTY<br>STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Miss Kerrilyn<br>RC: 46683 | Return to service 9/15/20 | 10/01/20 0:01<br>*On Rent* 09/15/20 16:01 | 10/31/20 23:59 | 31.00 | 1.00 | $2,400.00<br>*Day Rate* | $74,400.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

## Thank You

*File Copy*

1 of 1

*'RC' = "Rental Contract"*

| | Sub-Total: | $74,400.00 |
|---|---|---|
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| **INVOICE TOTAL:** | | **$74,400.00** |





O'ROURKE **OMS**
MARINE
SERVICES ◣☒◻

## Invoice

**Page:** 1

| | |
|---|---|
| Invoice Number: | 0057427 |
| Invoice Date: | 10/15/2020 |
| Invoice Due Date: | 11/14/2020 |
| Ship Date: | 10/15/2020 |
| Order Number: | 0057427 |
| Order Date: | 10/15/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O. *MS-84421* | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| Item Number | Whse | Ordered | Shipped | Back Ordered | Price | Amount |
| 03M RED DYED DIESEL | 022 | 6,000.00 GAL | 6,000.00 GAL | 0.00 GAL | 1.4590 GAL | 8,754.00 |
| FEDERAL LUST FEE | | | | | 0.00100 | 6.00 |
| | | | | | 1.46000 | 8,760.00 |

DIAMOND SE— CORPORATION
Vendor Code .....
Date Rec'd ...... Dept No. ....
G/L Code ...... Ch. No. ....
Charge Ref ..... TAX — NO ....
Equip No. ..... *MISS Kerrilyn*
Price & Extension Checked ....
Approved for Payment ...
MGS

*Marine Dockside/Midstream/Truck Deliveries*
*Texas Gulf Coast and Lake Charles*

[black redaction bar]

**THANK YOU FOR YOUR BUSINESS**

| | |
|---|---|
| Net Invoice: | 8,760.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 8,760.00 |

ENTERED



COPY

Diamond {3:21-cv-00253} 1532



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.**  20-172

**DATE**  12/30/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS

TO INVOICE YOU FOR THE RENTAL OF THE TUG MISS KERRILYN, AS AGREED
PER THE FOLLOWING FEES AS LISTED BELOW:

1) TUG RENTAL
    11/01/2020-11/30/2020    30 DAYS @ $1,500.00 PER DAY       45,000.00

2) FUEL & LUBE
    FUEL - 3,500 GALLONS       2,430.40

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA. 70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$47,430.40** |



**O'ROURKE MARINE SERVICES**

## Invoice

**Page:** 1

| | |
|---|---|
| Invoice Number: | 0057581 |
| Invoice Date: | 11/3/2020 |
| Invoice Due Date: | 12/3/2020 |
| Ship Date: | 11/3/2020 |
| Order Number: | 0057581 |
| Order Date: | 11/3/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

Received
NOV 05 2020

www.orpp.com

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O.<br>MS84473 | Ship VIA | | RIG/VESSEL NAME<br>MISS KERRILYN | Terms<br>NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| 03M<br>RED DYED DIESEL | 022 | 3,500.00<br>GAL | 3,500.00<br>GAL | 0.00<br>GAL | 1.3878<br>GAL | 4,857.30 |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.50 |
| | | | | | 1.38880 | 4,860.80 |





*Marine Dockside/Midstream/Truck Deliveries*
*Texas Gulf Coast and Lake Charles*



| | |
|---|---|
| Net Invoice: | 4,860.80 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 4,860.80 |

**THANK YOU FOR YOUR BUSINESS**


COPY



# Central Boat Rentals, Inc.

## *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 181226 | 11/30/20 |

Phone: (985) 384-8200    Fax: (985) 384-8455    Email: office@centralboat.com    Website: www.centralboat.com

| TO: | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|---|

**Diamond Services**
janiece@dscgom.com
P.O. Box 1286
Morgan City, LA  70380

| | | OCSG #: | AFE #:  .. |
|---|---|---|---|
| | | Well #: | S/Lease: |
| **Job No: 936511** | | Rig: | CBR use: |

| ORDERED BY Kerry Guidry | ORDERED BY PHONE (985) 631-2187 | TERMS Net 30 | PURCHASE ORDER NUMBER MS-8383C | BILLING PERIOD November 2020 |
|---|---|---|---|---|

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Miss Kerrilyn** RC: 46683 | Return to service 9/15/20  *On Rent* 09/15/20 16:01 | 11/01/20 0:01 | 11/30/20 23:59 | 30.00 | 1.00 | $2,400.00 *Day Rate* | $72,000.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.



TERMS AND CONDITIONS:
Payment is due per net terms as shown above from date of invoice.

## Thank You

*Original*

1 of 1

'RC' = "Rental Contract"

| | Sub-Total: | $72,000.00 |
|---|---|---|
| 0.00% Parish Tax | None | $0.00 |
| 0.00% State Tax | None | $0.00 |
| **INVOICE TOTAL:** | | **$72,000.00** |

Diamond {3:21-cv-00253} 1535



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.** _20-173_

**DATE** _12/30/20_

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR THE RENTAL OF THE TUG MISS KERRILYN AS AGREED
PER THE FOLLOWING FEES AS LISTED BELOW:

1) TUG RENTAL
   12/01/20-12/31/20      31 DAYS @ $1,500.00 PER DAY          46,500.00

2) FUEL & LUBE
   FUEL - 3,500 GALLONS                                         2,929.85
   LUBE - 40 GALLONS                                              314.00

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA. 70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$49,743.85** |

Diamond {3:21-cv-00253} 1536



**Invoice**

Page: 1

| | |
|---|---|
| Invoice Number: | 0057881 |
| Invoice Date: | 12/9/2020 |
| Invoice Due Date: | 1/8/2021 |
| Ship Date: | 12/9/2020 |
| Order Number: | 0057881 |
| Order Date: | 12/9/2020 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

Sold To:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

Ship To:
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Confirm To:

| Customer P.O. MS-84624 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| 03M RED DYED DIESEL | 022 | 3,500.00 GAL | 3,500.00 GAL | 0.00 GAL | 1.6732 GAL | 5,856.20 |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.50 |
| | | | | | 1.67420 | 5,859.70 |
| SH055P ROTELLA T4 TRIP PROT 15W40 CK- | 000 | 8.00 PAIL | 40.00 GAL | 0.00 GAL | 15.7000 GAL | 628.00 |

DIAMOND SERVICE CORPORATION
Vendor Name
Date Received
G.L. Code         Ct. No.
Charge to
Employee
Price & Condition Check
Approved for Payment
2845
Miss Kerrilyn
MGS

*Marine Dockside/Midstream/Truck Deliveries*
*Texas Gulf Coast and Lake Charles*

| | |
|---|---|
| Net Invoice: | 6,487.70 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 6,487.70 |

THANK YOU FOR YOUR BUSINESS



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 181371 | 12/31/20 |

Phone: (985) 384-8200    Fax: (985) 384-8455    Email: office@centralboat.com    Website: www.centralboat.com

| TO: | Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|---|
| Diamond Services | | OCSG #: | AFE #: |
| janlece@dsegom.com | | | |
| P.O. Box 1286 | | Well #: | S/Lease: |
| Morgan City, LA 70380 | | | |
| Job No: 936511 | | Rig: | CBR use: |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| Kerry Guidry | (985) 631-2187 | Net 30 | | December 2020 |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE / DELIVERY DATE | END CHARGE / RETURN DATE | Rent Days | QTY / STAT. | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Miss Kerrilyn | Return to service 9/15/20 | 12/01/20 0:01 | 12/31/20 23:59 | 31.00 | 1.00 | $2,400.00 | $74,400.00 |
| RC: 46683 | | On Rent 09/15/20 16:01 | | | | Day Rate | |

**COMMENTS:**

> Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

## Thank You

| Sub-Total: | $74,400.00 |
|---|---|
| 0.00% Parish Tax   None | $0.00 |
| 0.00% State Tax   None | $0.00 |
| **INVOICE TOTAL:** | **$74,400.00** |

*Original*

'RC' = "Rental Contract"

1 of 1

Diamond {3:21-cv-00253} 1538



**DIAMOND SERVICES CORP.**

A Carline Company

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.** 21-021

**DATE** 02/17/20

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
| | 9225 | HARBOR SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR TUG RENTAL - TUG MISS KERRILYN AS AGREED TO
PER THE FOLLOWING FEES LISTED BELOW:

1) TUG RENTAL
   1/1/21-1/31/21          31 DAYS @ $1,500. PER DAY                46,500.00

2) FUEL & LUBE
   FUEL - 8,000 GALS                                                 7,077.75
   LUBE - 10 GALS                                                       78.50

| | | |
|---|---|---|
| | Retainage: | 0.00 |
| PLEASE REMIT TO: | Sales Tax: | 0.00 |
| DIAMOND SERVICES CORPORATION | **Invoice Total:** | **$53,656.25** |
| P.O. BOX 1286 | | |
| MORGAN CITY, LA. 70381-1286 | | |



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| Invoice No | Invoice Date |
|---|---|
| 181549 | 01/31/21 |

Phone: (985) 384-8200      Fax: (985) 384-8455      Email: office@centralboat.com      Website: www.centralboat.com

| **TO:** Cust No: DIA200 | Location: Carpenter's Bayou | Cust Order #: Dredge work |
|---|---|---|
| Diamond Services | OCSG.#: | AFE #: |
| janiece@dscgom.com | | |
| P.O. Box 1286 | Well #: | S/Lease: |
| Morgan City, LA 70380 | | |
| **Job No: 936511** | Rig: | CBR use: |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | BILLING PERIOD |
|---|---|---|---|---|
| Kerry Guidry | (985) 631-2187 | Net 30 | MS-83930 | January 2021 |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| **Miss Kerrilyn** RC: 46683 | Return to service 9/15/20 | 01/01/21 0:01 *On Rent* 09/15/20 16:01 | 01/31/21 23:59 | 31.00 | 1.00 | $2,400.00 *Day Rate* | $74,400.00 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat logs.

TERMS AND CONDITIONS:
Payment is due per net terms as shown above from date of invoice.

## Thank You

| | Sub-Total: | $74,400.00 |
|---|---|---|
| *Original* | | |
| | 0.00% Parish Tax   None | $0.00 |
| 1 of 1 | 0.00% State Tax   None | $0.00 |
| 'RC' = "Rental Contract" | **INVOICE TOTAL:** | **$74,400.00** |



# O'ROURKE MARINE SERVICES

**Invoice**

**Page:** 1

| | |
|---|---|
| Invoice Number: | 0058111 |
| Invoice Date: | 1/5/2021 |
| Invoice Due Date: | 2/4/2021 |
| Ship Date: | 1/5/2021 |
| Order Number: | 0058111 |
| Order Date: | 1/5/2021 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

O'Rourke Marine Services, LLC
P.O. BOX 301457
DALLAS, TX 75303-1457
(281) 695-1005

*www.orpp.com*

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Confirm To:**

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

Received

JAN - 6 2021

| Customer P.O. HS-84784 | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| 03M RED DYED DIESEL | 022 | 5,000.00 GAL | 5,000.00 GAL | 0.00 GAL | 1.7150 GAL | 8,575.00 |
| FEDERAL LUST FEE | | | | | 0.00100 | 5.00 |
| | | | | | 1.71600 | 8,580.00 |

**Marine Dockside/Midstream/Truck Deliveries**
**Texas Gulf Coast and Lake Charles**

| | |
|---|---|
| Net Invoice: | 8,580.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax | 0.00 |
| Invoice Total: | 8,580.00 |

THANK YOU FOR YOUR BUSINESS



**Invoice**

Page: 1

| | |
|---|---|
| Invoice Number: | 0058303 |
| Invoice Date: | 1/29/2021 |
| Invoice Due Date: | 2/28/2021 |
| Ship Date: | 1/29/2021 |
| Order Number: | 0058303 |
| Order Date: | 1/29/2021 |
| Salesperson: | M011 |
| Customer Number: | DIA002M |

**REMIT TO:**

**O'Rourke Marine Services, LLC**
**P.O. BOX 301457**
**DALLAS, TX 75303-1457**
**(281) 695-1005**

*www.orpp.com*

**Sold To:**
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
Morgan City, LA 70381
(985) 631-2187

**Ship To:**
DIAMOND SERVICES CORPORATION
DOCKSIDE
HOUSTON, TX
985-631-2187

**Confirm To:**

| Customer P.O. *N9-94953* | Ship VIA | | RIG/VESSEL NAME MISS KERRILYN | Terms NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| **Item Number** | **Whse** | **Ordered** | **Shipped** | **Back Ordered** | **Price** | **Amount** |
| 03M | 022 | 3,000.00 | 3,000.00 | 0.00 | 1.8575 | 5,572.50 |
| RED DYED DIESEL | | GAL | GAL | GAL | GAL | |
| FEDERAL LUST FEE | | | | | 0.00100 | 3.00 |
| | | | | | 1.85850 | 5,575.50 |
| SH055P | 000 | 2.00 | 10.00 | 0.00 | 15.7000 | 157.00 |
| ROTELLA T4 TRIP PROT 15W40 CK- | | PAIL | GAL | GAL | GAL | |

*Handwritten: 2845 6317 9205 Miss Kerrilyn*

***Marine Dockside/Midstream/Truck Deliveries***
***Texas Gulf Coast and Lake Charles***

| | |
|---|---|
| Net Invoice: | 5,732.50 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | 5,732.50 |

**THANK YOU FOR YOUR BUSINESS**

Diamond {3:21-cv-00253} 1542



**DIAMOND SERVICES CORP.**

*A Carline Company*

P. O. Box 1286 • Morgan City, LA 70381-1286 • Phone: (985) 631-2187 • Fax (985) 631-4564 • Louisiana Contractor's License: 3381

**INVOICE NO.** 21-030

**DATE** 02/28/21

**SOLD TO**
2524
HARBOR DREDGING
101 CALCO BLVD

LAFAYETTE LA 70505

| Your Order No. | Our Order No. | Area |
|---|---|---|
|  | 9225 | HOUSTON SHIP CHANNEL |

TO INVOICE YOU AS FOLLOWS:

TO INVOICE YOU FOR TUG RENTAL - MISS KERRILYN AS AGREED TO PER
THE FOLLOWING FEES LISTED BELOW:

1) TUG RENTAL - MISS KERRILYN
   2/1/21-2/12/21          12 DAYS @ $1,500. PER DAY          18,000.00

2) FUEL & LUBE
   FUEL - 600 GALS                                             671.20

PLEASE REMIT TO:
DIAMOND SERVICES CORPORATION
P.O. BOX 1286
MORGAN CITY, LA. 70381-1286

| | |
|---|---|
| Retainage: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **$18,671.20** |

Diamond {3:21-cv-00253} 1543



# Central Boat Rentals, Inc.

# *Invoice*

**REMIT PAYMENTS TO:**
Dept. 0422
P.O. Box 120422
Dallas, TX 75312-0422

*Mailing Address*
P.O. Box 2545
Morgan City, LA 70381

*Physical Address*
1640 River Road
Berwick, LA 70342

| **Invoice No** | **Invoice Date** |
|---|---|
| 181622 | 02/23/21 |

*Phone: (985) 384-8200     Fax: (985) 384-8455*          *Email: office@centralboat.com*          *Website: www.centralboat.com*

| **TO:** | | | Location: Carpenter's Bayou | Cust Order #: Dredge work | |
|---|---|---|---|---|---|
| Diamond Services | | | OCSG #: | AFE #: | |
| janiece@dsegom.com | | | | | |
| P.O. Box 1286 | | | Well #: | B/Lease: | |
| Morgan City, LA  70380 | | | | | |
| | | | Rig: | CBR use: | |
| **Job No: 936611** | | | | | |

| ORDERED BY | ORDERED BY PHONE | TERMS | PURCHASE ORDER NUMBER | | BILLING PERIOD |
|---|---|---|---|---|---|
| Kerry Guidry | (985) 631-2187 | Net 30 | MS-83830 | | February 2021 |

| ITEM NO. | ITEM DESCRIPTION | START CHARGE DELIVERY DATE | END CHARGE RETURN DATE | Rent Days | QTY STAT | RATE | TOTAL |
|---|---|---|---|---|---|---|---|
| Miss Kerrilyn<br>RC: 46683 | Return to service 9/15/20 | 02/01/21 0:01<br>*Returned* 09/15/20 16:01 | 02/12/21 23:59<br>02/12/21 23:59 | 12.00 | 1.00 | $2,400.00<br>*Day Rate* FINAL INVOICE | $28,800.00 |
| Miss Kerrilyn<br>RC: 46683 | Start 2/19/21 | 02/19/21 16:30<br>*Returned* 02/19/21 16:30 | 02/21/21 23:59<br>02/21/21 23:59 | 2.31 | 1.00 | $2,400.00<br>*Day Rate* FINAL INVOICE | $5,544.00 |
| 25010<br>RC: 46683 | Miss Kerrilyn Federal Excise Tax<br>2/21 - 48 hours x 35 gallons per<br>hour x $ .291 | *Sale Item* 05/15/20 0:00 | | 0.00 | 1.00 | $488.88<br>Each | $488.88 |

**COMMENTS:**

Report to Five Mile Cut, replace Lady Lafond, working as directed with Diamond Services dredge, per attached boat
logs.

DIAMOND SERVICES CORPORATION
Vendor Code: _____
Date Received: _____ Dept. No. _____
G/L CODE _____ Cat No. _____
Charge Ref. _____ TAX YES/NO _____
Equip. No. _____
Price & extension Checked _____
Approved for Payment: _____

**TERMS AND CONDITIONS:**
Payment is due per net terms as shown above from date of invoice.

# Thank You

*Original*

1 of 1

*'RC' = "Rental Contract"*

**Sub-Total:**          **$34,832.88**

| 0.00% Parish Tax | None | $0.00 |
| 0.00%  State Tax | None | $0.00 |

**INVOICE TOTAL:**          **$34,832.88**

# ENTERED

# Diamond Services

## MONTHLY TREND REPORT

### \<UNAUDITED\>

#### ONE AND SIX MONTHS ENDED DECEMBER 31, 2020

| | Description | Total | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-5000 | REVENUE (CONSOLIDATED) | | | | | | | | | | | | | |
| 99-5111 | DREDGING | 3,112,794 | 0 | 253,860 | 221,550 | 186,770 | 253,230 | 150,000 | 42,010 | 629,514 | (17,850) | 335,121 | 513,942 | 544,647 |
| 99-5118 | OTHER | 3,793,202 | 1,550 | 199,180 | 4,550 | 2,460 | 1,850 | 0 | 5,950 | 9,750 | 3,501,296 | (4,272) | 66,938 | 3,950 |
| 99-5119 | D-85 | 597,315 | 0 | 30,010 | 0 | 0 | 0 | 28,000 | 88,900 | 0 | 0 | 0 | 450,405 | 0 |
| 99-5120 | BOAT RENTALS | 740,783 | 42,800 | 34,600 | 39,769 | 29,742 | 54,950 | 151,510 | 89,832 | 18,650 | 50,384 | 47,895 | 63,641 | 117,010 |
| 99-5130 | B BLACK SHIPYARD | 376,104 | 56,407 | 50,477 | 49,000 | 1,150 | 22,260 | 87,262 | 0 | 73,352 | 30,551 | 0 | 5,645 | 0 |
| 99-5201 | EQUIPMENT RENTAL | 266,432 | 30,628 | 23,400 | 30,354 | 19,500 | 20,150 | 0 | 42,950 | 20,150 | 19,500 | 20,150 | 19,500 | 20,150 |
| 99-5950 | TOTAL REVENUE | 8,886,629 | 131,385 | 591,527 | 345,223 | 239,622 | 352,440 | 416,772 | 269,643 | 751,415 | 3,583,881 | 398,894 | 1,120,070 | 685,757 |
| 99-5995 | | | | | | | | | | | | | | |
| 99-5997 | | | | | | | | | | | | | | |
| 99-5999 | COST OF SERVICES | | | | | | | | | | | | | |
| 99-6000 | LABOR COST & PAYROLL | | | | | | | | | | | | | |
| 99-6001 | RELATED EXPENSES | | | | | | | | | | | | | |
| 99-6002 | DIRECT LABOR | 1,867,157 | 142,490 | 124,695 | 138,768 | 139,380 | 157,120 | 156,367 | 171,532 | 155,937 | 168,735 | 180,204 | 151,230 | 180,699 |
| 99-6130 | PAYROLL TAXES - F I C A | 215,229 | 16,804 | 15,271 | 16,505 | 16,654 | 17,901 | 17,886 | 19,282 | 17,889 | 18,850 | 19,923 | 17,632 | 20,632 |
| 99-6131 | PAYROLL TAX - S U C | 13,183 | 5,859 | 3,429 | 754 | 439 | 360 | 487 | 378 | 322 | 199 | 624 | 193 | 139 |
| 99-6132 | PAYROLL TAX - F U T A | 2,290 | 1,089 | 554 | 104 | 69 | 68 | 81 | 66 | 57 | 37 | 104 | 35 | 26 |
| 99-6138 | HIRING EXPENSE | 1,188 | 0 | 0 | 228 | 0 | 76 | 76 | 124 | 0 | 332 | 166 | 83 | 103 |
| 99-6140 | WORKMAN'S COMP. | 26,825 | 2,043 | 2,043 | 2,043 | 2,043 | 2,044 | 2,043 | 2,043 | 2,043 | 5,833 | 2,076 | 495 | 2,076 |
| 99-6160 | GROUP HEALTH INSURANCE | 422,298 | 38,825 | 41,745 | 36,785 | 35,677 | 39,361 | 33,364 | 35,216 | 34,126 | 32,597 | 33,710 | 34,134 | 26,758 |
| 99-6161 | EMPLOYEE PAID INSURANCE | (49) | (89) | 148 | (69) | (133) | 276 | (221) | 132 | 1 | 12 | (72) | 18 | (52) |
| 99-6181 | TOTAL LABOR COST | 2,548,118 | 207,021 | 187,885 | 195,117 | 194,128 | 217,206 | 210,083 | 228,771 | 210,376 | 226,595 | 236,735 | 203,819 | 230,382 |
| 99-6209 | SUBCONTRACT COST | | | | | | | | | | | | | |
| 99-6220 | SUBCONTRACTORS - OTHER | 320,118 | 22,486 | 21,275 | 25,033 | 29,770 | 25,605 | 29,788 | 28,967 | 28,571 | 31,361 | 26,550 | 23,103 | 27,609 |
| 99-6230 | CONTRACT LABOR | 265,600 | 17,653 | 17,318 | 17,714 | 43,403 | 26,627 | 18,647 | 13,767 | 29,307 | 24,514 | 12,019 | 20,144 | 24,487 |
| 99-6250 | OTHER - SUBCONTRACTING | 3,953,191 | 60,766 | 123,512 | 446,212 | 3,008 | 21,985 | 9,347 | 9,139 | 220,124 | 2,654,150 | 56,112 | 249,184 | 99,652 |
| 99-6260 | TOTAL SUBCONTRACTING | 4,538,904 | 100,905 | 162,104 | 488,958 | 76,181 | 74,217 | 57,782 | 51,872 | 278,002 | 2,710,024 | 94,680 | 292,431 | 151,748 |
| 99-6301 | OPERATING FACILTIES | | | | | | | | | | | | | |
| 99-6303 | DEP - BLDG - USED | 32,760 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 | 2,730 |
| 99-6305 | DEP - OPER VEH - NEW | 46,373 | 3,925 | 3,925 | 3,925 | 3,925 | 3,925 | 3,198 | 3,925 | 3,925 | 3,925 | 3,925 | 3,925 | 3,925 |
| 99-6308 | DEP - OPER EQUIP - NEW | 268,552 | 22,346 | 22,346 | 22,346 | 22,346 | 22,346 | 22,746 | 22,346 | 22,346 | 22,346 | 22,346 | 22,346 | 22,346 |
| 99-6309 | DEP - OPER EQUIP - USED | 47,185 | 3,872 | 3,872 | 3,872 | 3,872 | 3,872 | 4,593 | 3,872 | 3,872 | 3,872 | 3,872 | 3,872 | 3,872 |
| 99-6313 | BOARD & LODGING | 157,082 | 12,898 | 7,695 | 7,373 | 16,851 | 13,619 | 11,570 | 12,416 | 11,406 | 19,572 | 17,476 | 14,142 | 12,064 |
| 99-6314 | D M - DR & MED | 14,093 | 187 | 4,100 | 2,304 | 2,118 | 298 | 1,011 | 1,799 | (2,666) | 1,988 | 1,087 | 875 | 992 |
| 99-6316 | D M - EQUIPMENT RENTALS | 892,867 | 0 | 4,444 | 29,250 | 4,098 | 3,362 | 105,204 | 79,386 | 145,108 | 99,184 | 154,979 | 189,415 | 78,437 |
| 99-6317 | D M - FUEL | 280,422 | 11,014 | 3,097 | 19,689 | 3,556 | 40,547 | 9,828 | 18,166 | 51,235 | 29,747 | 18,740 | 37,361 | 37,442 |
| 99-6318 | D M - LINEN | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 | 0 | 0 | 0 |
| 99-6320 | D M - REPAIRS | 752,696 | 24,570 | 67,395 | 64,742 | 18,422 | 20,599 | 103,460 | 88,030 | 31,818 | 138,417 | 68,208 | 49,026 | 78,009 |

Diamond {3:21-cv-00253} 1545

# Diamond Services

## MONTHLY TREND REPORT

### \<UNAUDITED\>

### ONE AND SIX MONTHS ENDED DECEMBER 31, 2020

| | Description | Total | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-6321 | D M - SUPPLIES | 450,612 | 39,414 | 10,119 | 43,021 | 23,098 | 27,742 | 52,555 | 64,666 | 39,230 | 50,940 | 62,169 | 20,479 | 17,179 |
| 99-6333 | DEP - LEASE IMP | 321,324 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 | 26,777 |
| 99-6337 | DEP- FURNITURE & FIXTURES | 4,920 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 | 410 |
| 99-6339 | REAL PROP RENT | 36,584 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,006 | 3,262 | 3,262 |
| 99-6340 | REAL PROPERTY TAXES | 151,318 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 8,525 | 57,543 |
| 99-6380 | VEHICLE - GAS & OIL | 57,434 | 2,508 | 5,504 | 3,928 | 5,788 | 3,825 | 4,473 | 5,445 | 5,083 | 5,557 | 5,433 | 4,547 | 5,343 |
| 99-6382 | VEHICLE - TIRES & TUBE | 7,371 | 1,070 | 0 | 261 | 1,236 | 1,291 | 87 | 258 | 0 | 259 | 1,864 | 1,045 | 0 |
| 99-6384 | VEHICLE - REP & MTCE | 8,779 | 127 | 1,416 | 77 | 122 | 4,821 | 373 | (43) | 299 | 114 | 43 | 1,365 | 65 |
| 99-6390 | VEHICLE - LIC & REG FEE | 428 | 0 | 120 | 0 | 0 | 84 | 0 | 112 | 112 | 0 | 0 | 0 | 0 |
| 99-6410 | ELECTRICITY | 86,276 | 6,927 | 7,331 | 6,292 | 6,528 | 7,699 | 7,838 | 8,782 | 7,697 | 8,271 | 6,229 | 6,232 | 6,450 |
| 99-6411 | WATER | 3,585 | 200 | 438 | 306 | 243 | 78 | 270 | 411 | 347 | 392 | 326 | 475 | 99 |
| 99-6412 | GAS | 275 | 20 | 55 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 |
| 99-6601 | TELEPHONE | 31,927 | 2,446 | 2,672 | 2,495 | 2,892 | 2,183 | 2,894 | 2,542 | 2,758 | 2,450 | 3,224 | 2,968 | 2,403 |
| 99-6603 | OFFICE SUPPLIES & EXP | 56,033 | 4,362 | 5,665 | 4,285 | 3,838 | 5,319 | 4,155 | 6,765 | 4,564 | 4,372 | 3,586 | 4,425 | 4,697 |
| 99-6610 | SAFETY TRAINING AND EXPENS | 2,127 | 0 | 0 | (1,918) | 0 | 0 | 3,075 | (2,900) | 0 | 1,255 | 0 | 1,425 | 1,190 |
| 99-6621 | INSURANCE | 537,923 | 37,146 | 32,073 | 45,979 | 60,480 | 52,576 | 24,126 | 47,877 | 52,576 | 54,395 | 38,393 | 46,151 | 46,151 |
| 99-6625 | DUES & SUBSCRIPTIONS | 13,706 | 323 | 326 | 326 | 3,281 | 868 | 592 | 346 | 5,658 | 930 | 330 | 330 | 396 |
| 99-6628 | FREIGHT | 13,339 | 164 | 1,327 | 414 | 543 | 1,073 | 108 | 117 | 2,917 | 1,015 | 348 | 1,609 | 3,704 |
| 99-6635 | WATERWAYS EXCISE TAX | 1,252 | 351 | 0 | 0 | 0 | 498 | 403 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-6642 | LICENSES & PERMITS | 50,880 | 15,704 | 750 | 3,247 | 26 | 7,178 | 5,234 | 739 | 6,260 | 4,055 | 1,244 | 4,761 | 1,682 |
| 99-6700 | TOTAL OPERATING FACILITIE | 4,328,220 | 231,022 | 226,117 | 303,681 | 224,730 | 265,269 | 409,263 | 406,525 | 436,013 | 494,625 | 455,291 | 458,497 | 417,187 |
| 99-6900 | TOTAL COST OF SERVICES | 11,415,243 | 538,948 | 576,107 | 987,756 | 495,039 | 556,691 | 677,128 | 687,168 | 924,390 | 3,431,245 | 786,707 | 954,747 | 799,317 |
| 99-6950 | GROSS PROFIT | (2,528,617) | (407,564) | 15,420 | (642,534) | (255,418) | (204,251) | (260,356) | (417,525) | (172,975) | 152,636 | (387,813) | 165,323 | (113,560) |
| 99-7000 | SELLING EXPENSES | | | | | | | | | | | | | |
| 99-7313 | BOARD & LODGING | 1,101 | 65 | 363 | 0 | 23 | 40 | 0 | 0 | 0 | 0 | 235 | 475 | (100) |
| 99-7384 | VEHICLE - MAINT. & REPAIR | 1,182 | 410 | 298 | 10 | 243 | 33 | 0 | 0 | 0 | 0 | 148 | 0 | 40 |
| 99-7603 | OFFICE SUPPLIES & EXPENSE | 724 | 0 | 0 | 0 | 106 | 161 | 0 | 0 | 0 | 0 | 330 | 0 | 127 |
| 99-7610 | COMMISSIONS | 11,982 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11,982 | 0 |
| 99-7617 | ENTERTAINMENT | 5,144 | 0 | 0 | 0 | 0 | 4,700 | 0 | 0 | 0 | 348 | 0 | 0 | 96 |
| 99-7625 | DUES & SUBSCRIPTIONS | 4,551 | 60 | 760 | 0 | 0 | 0 | 69 | 0 | 0 | 0 | 399 | 3,263 | 0 |
| 99-7650 | PROMOTION | 191 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 170 | 0 | 0 |
| 99-7660 | ADVERTISING | 1,909 | 80 | 64 | 64 | 64 | 80 | 0 | 144 | 64 | 417 | 581 | 271 | 80 |
| 99-7700 | TOTAL SELLING EXPENSES | 26,782 | 636 | 1,485 | 74 | 435 | 5,015 | 69 | 144 | 64 | 765 | 1,862 | 15,990 | 243 |
| 99-7995 | | | | | | | | | | | | | | |
| 99-7997 | | | | | | | | | | | | | | |
| 99-8000 | GENERAL & ADMINISTRATIVE | | | | | | | | | | | | | |
| 99-8010 | OFFICER SALARIES | 36,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 |
| 99-8040 | OFFICE SALARIES | 995,638 | 83,485 | 80,919 | 82,699 | 84,110 | 81,544 | 81,544 | 84,110 | 81,544 | 81,544 | 84,110 | 83,002 | 87,027 |
| 99-8080 | ANNUAL PAYMENT | 16,333 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,333 |

# Diamond Services

## MONTHLY TREND REPORT

### <UNAUDITED>

### ONE AND SIX MONTHS ENDED DECEMBER 31, 2020

| | Description | Total | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-8330 | DEP- OFFICE EQUIP - NEW | 1,524 | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 127 | 127 |
| 99-8339 | REAL PROPERTY RENT | 320,400 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 | 26,700 |
| 99-8625 | DUES & SUBSCRIPTIONS | 390 | 195 | 195 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-8642 | TAXES & LICENSES | 21 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-8644 | FRANCHISE TAXES | 30,114 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30,000 | 114 | 0 |
| 99-8690 | CONTRIBUTIONS | 150 | 150 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-8701 | BAD DEBTS | 99,677 | 0 | 0 | 0 | 0 | 0 | 99,677 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-8710 | LEGAL & PROFESSIONAL FEES | 90,702 | 4,557 | 0 | 7,818 | 11,283 | 1,034 | 2,934 | 0 | 11,994 | 10,016 | 2,000 | 41,269 | (2,203) |
| 99-8720 | ACCOUNTING | 35,502 | 685 | 4,624 | 0 | 1,399 | 0 | 10,757 | 0 | 2,214 | 3,039 | 795 | 8,904 | 3,085 |
| 99-8725 | BANK SERVICE CHARGE | 30,070 | 5 | 5 | 30,000 | 0 | 15 | 78 | (43) | (30) | 20 | 10 | 5 | 5 |
| | | | | | | | | | | | | | | |
| 99-8800 | TOTAL GEN & ADMIN | 1,656,513 | 118,903 | 115,570 | 150,343 | 126,618 | 112,441 | 224,816 | 113,893 | 125,549 | 124,445 | 146,741 | 163,120 | 134,074 |
| | | | | | | | | | | | | | | |
| 99-8900 | TOTAL SELLING, GEN & ADMI | 1,683,294 | 119,539 | 117,055 | 150,417 | 127,053 | 117,455 | 224,885 | 114,037 | 125,613 | 125,210 | 148,603 | 179,110 | 134,317 |
| | | | | | | | | | | | | | | |
| 99-8950 | INCOME (LOSS) FROM OPERA | (4,211,915) | (527,103) | (101,635) | (792,951) | (382,471) | (321,707) | (485,241) | (531,563) | (298,589) | 27,426 | (536,416) | (13,787) | (247,878) |
| | | | | | | | | | | | | | | |
| 99-8995 | | | | | | | | | | | | | | |
| 99-8997 | | | | | | | | | | | | | | |
| 99-9000 | OTHER INCOME OR (EXPENSE) | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| 99-9025 | DEPARTMENT NET INCOME | (4,211,915) | (527,103) | (101,635) | (792,951) | (382,471) | (321,707) | (485,241) | (531,563) | (298,589) | 27,426 | (536,416) | (13,787) | (247,878) |
| | | | | | | | | | | | | | | |
| 99-9026 | | | | | | | | | | | | | | |
| 99-9200 | INTEREST INCOME | 181,500 | 14,743 | 14,402 | 15,436 | 14,886 | 15,358 | 14,864 | 16,841 | 15,351 | 14,719 | 15,129 | 14,642 | 15,129 |
| 99-9500 | OTHER INCOME & EXPENSE | 1,160,782 | 5,500 | 18,108 | 159,519 | 160,848 | 0 | 49,661 | 104,473 | 67,618 | 5,500 | 86,380 | 189,093 | 314,082 |
| 99-9505 | INCOME FROM SUBSIDIARY | (426) | 0 | 0 | 0 | 0 | 0 | (426) | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-9830 | DEFERRED TAX PROVISION | 1,188,638 | 0 | 0 | 0 | 0 | 0 | 1,188,638 | 0 | 0 | 0 | 0 | 0 | 0 |
| 99-9895 | CURRENT FEDERAL INCOME TA | 5,341 | 0 | 0 | 0 | 0 | 0 | 5,341 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | |
| 99-9960 | TOTAL OTHER INC. OR (EXP) | 2,535,835 | 20,243 | 32,510 | 174,955 | 175,733 | 15,358 | 1,258,079 | 121,313 | 82,969 | 20,219 | 101,509 | 203,735 | 329,212 |
| | | | | | | | | | | | | | | |
| 99-9988 | | | | | | | | | | | | | | |
| 99-9989 | | | | | | | | | | | | | | |
| 99-9990 | NET INCOME (LOSS) | (1,676,080) | (506,859) | (69,125) | (617,996) | (206,738) | (306,349) | 772,838 | (410,250) | (215,620) | 47,645 | (434,908) | 189,948 | 81,334 |
| | | | | | | | | | | | | | | |
| 99-9992 | | | | | | | | | | | | | | |

Diamond {3:21-cv-00253} 1547