United States District Court
Southern District of Texas
**ENTERED**
December 14, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| DIAMOND SERVICES CORPORATION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:21-cv-253 |
| | § § | |
| RLB CONTRACTING, INC, *ET AL.*, | § § | |
| Defendants. | § | |

## ORDER

The court hereby orders the parties in this case to submit to and participate in a settlement conference before United States Magistrate Judge Andrew M. Edison. There will be no cost to either party and the conference will be conducted over Zoom. Each party is ordered to participate in good faith and to include a representative at the conference who has full authority to negotiate a settlement. The conference must be completed by Friday, January 13, 2023. The parties should contact Judge Edison's case manager, Ruben Castro, to schedule the conference.

Signed on Galveston Island this 14th day of December, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE