UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **DIAMOND SERVICES CORPORATION** § § § | | |
| Plaintiff, § § | | |
| v. § | Civil Action No. 3:21-cv-00253-JVB | |
| § | | |
| **RLB CONTRACTING, INC., HARBOR DREDGING, INC. AND TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA** § § § § § § | | |
| Defendants § | | |

## RLB CONTRACTING, INC.'S NOTICE OF WITHDRAWAL OF ITS DEMAND FOR JURY TRIAL

Defendant/Counter-Plaintiff RLB Contracting, Inc.'s ("RLB") provides this Notice of Withdrawal of its Demand for Jury Trial to the Court, and to the other parties in the above-styled lawsuit ("Lawsuit"), and does hereby withdraw its demand for a trial by jury in the Lawsuit. Specifically, although Defendant Harbor Dredging, Inc. ("Harbor") was the first adverse party to Plaintiff/Counter-Defendant Diamond Services Corporation ("Diamond") in this Lawsuit to request a jury trial, RLB also made its demand for a jury trial as part of RLB's Original Answer and Counterclaim. *See* DN 48, § VII. Notwithstanding RLB's initial request for a jury trial, RLB did not make a similar demand in its recently filed Motion to Strike and Answer to Diamond's Second Superseding and Amended Complaint and RLB's Counterclaim Against Diamond. *See* DN 73.

RLB now expressly withdraws it demand for a jury trial in this Lawsuit and consents to all of the claims and defenses asserted in this Lawsuit being presented and tried before the Honorable Jeffrey V. Brown as the sole trier of fact and as such, respectfully requests that this Lawsuit be set for bench trial.[1]

Respectfully submitted,

**WINSTEAD PC**

By: */s/ Mark C. Guthrie*
Mark C. Guthrie
Texas Bar No. 08636600
Federal ID No. 6213
mguthrie@winstead.com
Cody N. Schneider
Texas Bar No. 24073595
Federal ID No. 2228631
cschneider@winstead.com
John T. Wooldridge, Jr.
Texas Bar No. 24118590
Federal ID No. 3669002
jwooldridge@winstead.com
600 Travis Street, Suite 5200
Houston, Texas 77002
Telephone (713) 650-8400

**COUNSEL FOR DEFENDANT/COUNTER-PLAINTIFF RLB CONTRACTING, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2022, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

*/s/ Cody N. Schneider*
Cody N. Schneider

---

[1] Harbor has also filed its Notice of Withdrawal of Demand for Jury Trial on December 27, 2022. *See* DN 71.

2